# 1

INSTITUTION: ~~[illegible]~~

OFFENDING STAFF MEMBER'S NAME: C/O FULLER C/O (FULLER)

RACE: WHITE    SEX: MALE    CLOCK NUMBER: ?

DATE AND PLACE OF VIOLATION/CHARGE: 1/27/23 UN27 B

NATURE OF VIOLATION/CHARGE.....CONDUCT UNBECOMING A STATE EMPLOYEE:

[_] CRIMINAL CONDUCT, FELONY OR MISDEMEANOR, OR ADVOCACY OF COMMITTING SUCH
[_] ACCEPTING GIFTS, FAVORS, MONEY, SERVICES OR ANY OTHER GRATUITY FROM PRISONERS OR PRISONER'S FAMILY
[_] OVERLY FAMILIAR CONTACT/CONDUCT WITH PRISONER OR PRISONER'S FAMILY
[_] DERELICTION/INATTENTION OF DUTY – JEOPARDIZING SAFETY BY READING UNAUTHORIZED MATERIALS ON DUTY
[✓] FAILURE TO FOLLOW RULES, REGULATIONS, POLICIES AND PROCEDURES
[✓] ACTING IN A DISCRIMINATORY OR ARBITRARY MANNER
[✓] SHOWING FAVORITISM OR FAILURE TO PRACTICE AND ADMINISTER EQUAL TREATMENT
[✓] DISCRIMINATION AGAINST (RELIGION), GENDER, (RACE,) NATIONAL ORIGIN, (ETHNIC ORIGIN,) OR (HANDICAP)
[✓] MAKING UNNECESSARY RULES OR GIVING ORDERS IMPOSSIBLE TO OBEY OR FOLLOW
[_] CREATING A HOSTILE ENVIRONMENT
[_] UNJUSTLY IMPEDING OR ATTEMPTING TO IMPEDE THE TIMELY RELEASE OF A PRISONER
[_] PREVENTING A PRISONER FROM PERFORMING HIS DETAIL OR PASS CAUSING LOSS – TIME, PUNITIVE, OR FINANCIAL
[✓] ISSUING AN ORDER ENDANGERING THE LIFE, HEALTH OR WELL BEING OF A PRISONER
[_] UNAUTHORIZED ACCESS TO OR UNAUTHORIZED READING OF A PRISONER'S FILE
[_] USING MATERIALS PURCHASED THROUGH OR EXPLOITING THE PROCEEDS OR PRODUCTS OF THE INMATE BENEFIT FUND
[✓] DENYING DUE PROCESS WHEN AND WHERE REQUIRED
[_] CIRCUMVENTING PROCEDURE(S) WHEN CONFISCATING PRISONER PROPERTY THUS DENYING THE PRISONER HIS/HER RIGHTS
[✓] FAILURE OF STAFF TO PROVIDE OR OBTAIN OR CONVEY THE NEED FOR MEDICAL ATTENTION
[✓] SPEECH, ACTIONS, GESTURES, OR INNUENDO EXHIBITING BIAS
[_] LAYING OF HANDS ON A PRISONER OTHER THAN AUTHORIZED IN P.D. 04.05.110 – USE OF FORCE
[_] LAYING OF HANDS ON A PAROLEE, PROBATIONER, OR A MEMBER OF THE GENERAL PUBLIC INCLUDING A VISITOR
[_] DIRECTING OFFENSIVE, PROFANE, ABUSIVE, THREATENING, RACIALLY DEROGATORY OR VULGAR LANGUAGE OR GESTURES
[✓] DEGRADING OR BELITTLING THE INDIVIDUAL, PRISONER, OR VISITOR, IN ANY MANNER OR FOR ANY REASON
[✓] OTHER: TOLD ME HE DIDN'T CARE IF I LIVED OR DIED - HE WASN'T LETTING ME GO TO H/C OR CALLING THEM FOR ME WHEN I TOLD HIM I WAS HAVING CHEST PAIN, TOOK ALL MY NITRO AND SHOWED HIM THE EMPTY BOTTLE.

DESCRIBE THE VIOLATION/CHARGE: ON 1/27/23 C/O FULLER REFUSED TO CALL HEALTH CARE FOR 35 MINS. WHEN I TOLD HIM I WAS HAVING CHEST PAINS: I HAD 2 HEART ATTACKS AND DIED FOR 6 MINUTES AND HOSPITALIZED FOR 9 DAYS BECAUSE OF HIM, THE DOCTOR SAID IF I WOULD HAVE GOT TO THE HOSPITAL 35 MINS EARLIER, THE 2 HEART ATTACKS AND 6 MINS. OF DEATH COULD HAVE BEEN AVOIDED!

PRINT NAME: RICHARDSON, LARRY    NUMBER: 361621

REPORTING PRISONER'S SIGNATURE: LARRY RICHARDSON    DATE: 2/4/23

I WANT HIM SUSPENDED, FIRED AND PROSECUTED IMMED.

MAIL TO: DEPARTMENT OF CIVIL SERVICE
CAPITOL COMMONS CENTER
400 S. PINE STREET
P.O. BOX 30002
LANSING, MICHIGAN 48909

PLEASE SEND ME: CONFIRMATION OF THIS BEING FILED. LET ME GET A # OR COPY OF THE REGISTERED COMPLAINT FOR MY ATTORNEY

THANK YOU



**Legislative**

**Corrections**

**Ombudsman**

Boji Tower – 4th Floor
124 West Allegan
P.O. Box 30036
Lansing, MI  48909-7536
517/373-8573
517/373-5550 fax
Ombudsman@legislature.mi.gov

## Please use a separate form for each complaint

Name: RICHARDSON, LARRY       #361621

MDOC Number: 361621

Facility where incident occurred: ST. LOUIS CORR. FACILITY – 2 UNIT

Current facility: _____

Name and MDOC number of all individuals who may have information regarding this matter:

_____

_____

_____

Name and position of all MDOC staff who may have information regarding this matter:

SHIFT COMMAND AND HEALTH CARE STAFF THAT

WORKED AT 8-9 PM ON 1/22/23

_____

Have you filed a grievance regarding this matter with the MDOC? ✓ Yes _____ No

Have you appealed a misconduct with the MDOC? _____ Yes _____ No

If you have filed an appeal or grievance, what was the result? If so, please include the grievance
identifier or attach copies and include any responses from the MDOC.

THE FACILITY STILL HASN'T REGISTERED THE GRIEVANCE
I FILED ON THIS C/O, HE IS STILL WORKING IN MY
UNIT, STILL IN CHARGE OF MY LIFE, STILL ABUSES
HIS POWER AGIANST ME "I'M READY TO RETURN THE FAVOR"!
SO PLEASE HELP B-4 THE NECESSARY OCCUR, "I'M IN FEAR FOR MY LIFE".
(1/2)

(PG)   1 OF 2

Description of your complaint. Please include what happened, where it happened, and important dates. Additionally, please provide the statutes, policy directives and/or operating procedures that you believe have been violated.

ON 1/27/23 AT 8:30 PM - 9:15 PM I ENTERED UNIT 2 AT SLF AND TOLD C/O FULLER (FULLER) THAT I WAS HAVING CHEST PAINS AND HAD JUST TOOK ALL MY NITRO, SHOWING HIM THE EMPTY BOTTLE, AND HE REFUSED TO CALL HEALTH CARE AND GET ME ANY FORM OF MEDICAL ATTENTION FOR 35 MINUTES. A SGT CAME IN THE UNIT AND SENT ME TO H/C AT 9:15 PM. I HAD A HEART-ATTACK, WAS SENT TO MCLEREN HOSPITAL IN LANSING, HAD A SECOND HEART-ATTACK AND FLAT-LINED FOR OVER SIX MINUTES, WAS THEN SENT TO U. OF M. HOSPITAL IN ANN ARBOR - HOSPITALIZED FOR 9 DAYS. C/O FULLER STATED THAT HE DIDN'T CARE IF I LIVED OR DIED, HE ORDERED ME TO GO TO MY CELL BECAUSE HE WASN'T LETTING ME GO TO H/C. IF I WOULD'VE GOT TO THE HOSPITAL 25 MINUTES EARLIER, MY HEART-ATTACKS/DEATH COULD HAVE BEEN AVOIDED. THIS VIOLATED MY 8TH AMND U.S. CONST. RIGHT TO MED TREATMENT, FREEDOM FROM CRUEL/UNUSUAL PUNISHMENT, AND INHUMANE TREATMENT AS LISTED IN FARMER V. BRENNAN 825 U.S. DISCRIMINATION PROHIBITED BY PD 03.03.130, MCL 201.24 STATES POLICY HAS

What is your ideal outcome to this problem? THE FULL FORCE OF LAW; EQUAL PROT. UNDER LAW WAS VIOLATED UNDER COLOR OF LAW - 14TH AMND U.S. CA.

I AM TRANSFERRED TO A SAFE FACILITY

THIS C/O FULLER'S (FULLER) IS FIRED OR AT VERY LEAST SUSPENDED AND RETRAINED.

I TOLD INSPECTORS I WANT TO PRESS CHARGES AGAINST HIM BUT THE NEVER RESPONDED — I WANT HIM PROSECUTED FOR ATTEMPTED MURDER

Signature: RICHARDSON, LARRY #361631

Date: 2/4/23


PG 2 OF 2



MICHIGAN DEPARTMENT OF
CORRECTIONS

## Complaint Against Employee

| | ☐ Mail | ☐ Fax |
|---|---|---|
| Time Received | | Date Received |

**PARTIES to COMPLAINT**

| Complainant #361621 | Victim (If other than complainant) |
|---|---|
| RICHARDSON, LARRY | LARRY RICHARDSON # 361621 |
| Address (Street, City, State, Zip) 48880 | Address (Street, City, State, Zip) |
| 8585 N. CROSWELL RD St. LOUIS MI | '' '' |
| Phone (Area Code and Number) | Phone (Area Code and Number) |
| COMPLAINT AGAINST ✓ | |
| Employee Named | Employee Named |
| C/O FULLER or S | C/O FULLER |
| Civil Service Classification/Level | Civil Service Classification/Level |
| CORRECTIONAL OFFICER | |
| Work Location | Work Location |
| ST. LOUIS CORR. FAC. #2 UNIT | |

**NATURE of COMPLAINT**

| Location of Incident (Name of Facility) | Time Occurred | Date Occurred |
|---|---|---|
| ST. LOUIS CORR. FAC. UNIT 2 | 8:30 - 9:15 PM | 1/27/23 |

Brief Description of Incident I TOLD C/O FULLER THAT I WAS HAVING CHEST PAINS AND TOOK ALL MY NITRO - SHOWED HIM THE EMPTY BOTTLE AND HE TOLD ME HE DIDN'T CARE IF I LIVED OR DIED, HE WASN'T CALLING H/C FOR ME OR LETTING ME GO, HE TOLD ME TO GO TO MY CELL. AFTER WE ARGUED FOR 35 MINUTES, A SGT SENT ME TO HEALTH CARE AND TO THE HOSPITAL WHERE I HAD A HEART ATTACK, WAS THEN SENT TO MACLEREN IN LANSING WHERE I HAD A SECOND HEART ATTACK AND "FLAT-LINED" WAS DEAD FOR SIX MINUTES, THEN SENT TO ANN ARBOR'S U OF M HOSPITAL AND HOSPITAL FOR 9 DAYS, AND THE DOCTOR SAID IT COULD HAVE ALL BEEN AVOIDED IF I GOT TO THE HOSPITAL 25 MINS. EARLIER. THIS VIOLATES MY 8TH AMD RIGHT RIGHT TO MEDICAL TREATMENT, BE FREE FROM CRUEL/UNUSUAL PUNISHMENT, AND INHUMANE TREATMENT AS LISTED IN FARMER V. BRENNAN 825 U.S. I WANT HIM SUSPENDED, FIRED AND CRIMINALLY PROSECUTED IMMEDIATELY. I ALSO WANT TO BE TRANSFERRED RIGHT NOW W/ ALL MY PROPERTY

| Employee Receiving Complaint (Type Name) | Receiving Employee's Signature |
|---|---|
| | |

**REVIEW and CLOSURE**

Complaint Closed

☐ Sustained  ☐ Not Sustained  ☐ Unfounded  ☐ Other

Sustained, Action Taken

| Closing Employee's Typed Name (Director/Designee) | Closing Employees Signature (Director/Designee) | Date |
|---|---|---|
| Review by Reg. Prison Admin/F.O. Admin (Type Name) | Reg. Prison Admin./F.O. Admin. Signature | Date Reviewed |
| Review by Deputy Director (Type Name) | Deputy Director Signature | Date Reviewed |
| Reviewed by LA Administrator (Type Name) | LA Administrator Signature | Date Reviewed |

White-Internal Affairs Section;  Canary-Retain at Local Level

ATTACHMENT 3 OF 4
OP-LRF|MTF-01.05.120