U.S. DISTRICT COURT
FOR WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY RICHARDSON #361621
    PLANTIFF
    V.
UNKNOWN C/O FULLER, ET. AL.,
    DEFENDANTS

CASE NO. 1:23-CV-167
HON. RAY KENT

FILED - KZ
February 27, 2023 12:12 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__ems__ Scanned by ES 2/27

## NOTICE AND REQUEST OF COMPLAINT AMENDMENT

THE PLANTIFF HERE·BY AMEND· HIS FILED COMPLAINT BY ADDING THE FORMAL WARDEN CHRISTIANSEN OF THE ST. LOUIS CORRECTIONAL FACILITY WHO WAS ON DUTY AT THE TIME OF THIS INCIDENT OCCURING AND WAS THE WARDEN THE PLANTIFF SPOKE TO IN THE COMPLAINT; IT WAS NOT "A/WARDEN B CARL", SHE WAS/IS RESPONSIBLE FOR LEAVING ME UNDER THE CHARGE OF C/O FULLER AND NOW HE'S IN A POSITION TO RETALIATE FOR THIS CASE, MY LIFE AND SAFETY IS STILL IN HIS HANDS; NO INVESTIGATION OR DISCIPLINE OF C/O FULLER HAS BEEN CONDUCTED AND THIS PRISON HAS A RECORD OF KILLING AND LETTING INMATES DIE SO I'M ALSO ADDING AS DEFENDANTS TO THIS CASE/COMPLAINT, WARDEN CHRISTIANSEN, ST. LOUIS CORRECTIONAL FACILITY, AND MICHIGAN DEPARTMENT OF CORRECTIONS EFFECTIVE IMMEDIATELY.

I ALSO MOTION THIS COURT TO ORDER M.D.O.C. TO MOVE THE PLANTIFF TO ANOTHER FACILITY IMMEDIATELY; PLANTIFF IS A CARDIAC PATIENT SCHDULED FOR HEART SURGERY; HIS LIFE IS IN DANGER HERE AND THE PRISON STAFF IS IMPEEDING HIS ACCESS TO THE COURTS BY CONFISCATING EVIDENCE AND INTERFEREING WITH FEDERAL LITIGATION - I CAN'T LITIGATE THIS CASE FROM THIS PRISON. "I'M IN FEAR FOR MY LIFE"!

I HUMBLY PRAY THAT THIS COURT GRANT MY REQUEST HEREIN MADE;

X RICHARDSON, LARRY #361621      DATE
    PLANTIFF                     (2/23/23)

NAME: RICHARDSON, LARRY 301
Number: 301621
Address: 8585 N. CROSWELL
Address: ST. LOUIS MI 48880



OFF. OF CLK
1OT FED. BLDG
410 W. MICHIGAN AVE
KALAMAZOO, MI 49007

4900783757 C033

US POSTAGE IMI PITNEY BOWES

ZIP 48880 $ 000.00
02 4W
0000376747 FEB. 23 2023





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019