LARRY RICHARDSON #361621

V.

M.D.O.C. CORRECTION OFFICER FALK

FILED
JUL 11 2023
CLERK'S OFFICE
DETROIT

CASE NO. 2:23-CV-10488

HON. TERRANCE G. BERG

HON. PATRICIA T. MORRIS

## MOTION TO AMEND COMPLAINT - PURSUANT TO RULE 15.1 AND BJH MEDICAL, LLC v. ABP ADMN. INC. 526 F.3D 257, 268 NOTE 8 (6TH CIR 2008)

I HERE BY MOTION THIS COURT TO AMEND MY COMPLAINT BY REMOVING THE CURRENT COMPLAINT AGIANST YO FULLER AS HE IS INNOCCENT, AND I WANT TO DO THE RIGHT THING; AND REPLACE THAT COMPLAINT WITH THE ATTACHED COMPLAINT AGIANST M.D.O.C. CORRECTION OFFICER FALK ALL PREVIOUSLY FILED GRIEVANCES AND OTHER ATTACHMENTS WILL REMAIN AS SUPPORTING EVIDENCE TO THIS COMPLAINT AND GRIEVANCE RESPONSE ID # SLF-23-03-0272-03B INVESTIGATION SUMMARY OFFERS SUPPORTING EVIDENCE TO THIS COMPLAINT FILING. THANK YOU

X RICHARDSON, LARRY #361621          7.6.23

## MOTION TO ORDER M.O.O.C. TO PRODUCE AND PRESERVE VIDEO EVIDENCE ON 4/27/23 OF ENTIRE 20:00 HOUR

IN GRIEVANCE RESPONSE INVESTIGATION SUMMARY FILED WITH THIS COURT, ID # SLF-23-03-0272-03B THE RESPONDING LIEUTENANT AND CAPTIAN SPECIFICALLY LISTED VIDEO EVIDENCE OF C/O FALK VIOLATING MY 8TH AMEND. U.S. CONST. RIGHTS FORCING ME INTO MULTIPLE HEART ATTACKS, SURGERIES, INTENSE MENTAL ILLNESS TRAMA AND ON GOING TREATMENTS; AND BEFORE M.O.O.C. DESTROY THE EVIDENCE AND ATIEMPT TO COVER IT UP, I MOVE THIS COURT TO PRESERVE THE EVIDENCE BY ORDERING M.O.O.C. TO PRODUCE AND PROVIDE THIS COURT WITH THIS LISTED VIDEO EVIDENCE / FOOTAGE. ON JUNE 15, 2023 I WAS SCHEDULED TO MEET WITH THE OMBUDSMAN OFFICE IN THE INVESTIGATION OF THE ISSUE AT HAND BUT ST. LOUIS FACILITY TRANSFERRED ME THE DAY BEFORE THE MEETING TO PREVENT IT SO I KNOW THEY WILL ATIEMPT TO COVER IT UP IF THE COURT DON'T ACT NOW. THANK YOU

X RICHARDSON, LARRY #361621          7.6.23

POOR QUALITY ORIGINAL

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### In the United States District Court
### For the Western District of Michigan

LARRY RICHARDSON # 361621

_____

_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

CASE NO. 2:23-CV-10488

HON. TERRENCE G. BERG
DST JUDGE

HON. PATRICIA T. MORRIS
MAGISTRATE JUDGE

v.

CORRECTION OFFICER FALK OF M.D.O.C.

_____

_____

(Enter above the full name of the defendant or defendants in this action.)

### Instructions for Filing a Complaint by a Prisoner
### Under the Civil Rights Act, 42 U.S.C. § 1983
*SELF NOTIFIED*   *28 USC § 1746*

This packet includes four copies of a complaint form. To start an action, you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. The clerk will not file your complaint unless it conforms to these instructions and to these forms.

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to prepay the filing fee and service costs for this action, you must petition the court to proceed in forma pauperis by completing and signing the attached affidavit in support of application (pages 2-3). You must also have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If the court grants you leave to proceed in forma pauperis, you will still be required to pay the $150.00 filing fee through an initial partial filing fee and through monthly installments.

Your complaint must be legibly handwritten or typewritten. You, the plaintiff(s), must sign and date the complaint on the last page. If you need additional space to completely answer a question, you must attach additional pages.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the correct name and address of each person you have named as defendant. A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and copies to the Clerk of the United States District Court for the Western District of Michigan at any of the addresses below:

| U.S. District Court | U.S. District Court | U.S. District Court | U.S. District Court |
|---|---|---|---|
| 452 Federal Building | 229 Federal Building | B-35 Federal Building | 113 Federal Building |
| 110 Michigan St., NW | P.O. Box 698 | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |

(Last Revised: December 1997)

## COMPLAINT

I.   **Previous Lawsuits**

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $150 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding in forma pauperis and require you to pay the entire $150 filing fee regardless whether your complaint is dismissed.

A.   Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑  No ☐

B.   If your answer to question A was yes, for each lawsuit you have filed you must answer question 1 through 5 below. **Attach** additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.   Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

     U.S. DISTRICT COURT 229 FED. BLDG P.O. BOX 398 MARQ, MI 49855

2.   Is the action still pending?   Yes ☐   No ☑

     a.   If your answer was no, state precisely how the action was resolved:   SUMMARY JUDGEMENT

3.   Did you appeal the decision?   Yes ☑  No ☐

4.   Is the appeal still pending?   Yes ☐   No ☑

     a.   If not pending, what was the decision on appeal?   UPHELD COURT'S DECISION

5.   Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☑

     If so, explain: _____

II.  **Place of Present Confinement** M.D.O.C., COTTON CORRECTIONAL FACILITY   3500 N. ELM AVE   JACKSON, MI 49201
     If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

III. **Exhaustion of Administrative Remedies**

CAUTION: You are required by federal law to exhaust your available remedies on any action brought with respect to jail, prison, or other correctional facility conditions prior to bringing an action under 42 U.S.C. § 1983 or any other federal law. Once again, failure to provide complete and accurate answers to the questions set forth below will likely result in denial of the privilege of proceeding in forma pauperis. ATTACH COPIES OF ALL DOCUMENTS EVIDENCING EXHAUSTION OF REMEDIES.

A.   Is your place of confinement a facility operated by the Michigan Department of Corrections?   Yes ☑  No ☐

B.   If your answer to A was yes, did you file a grievance concerning the facts set forth in this complaint?   Yes ☑  No ☐

     1.   If your answer is no, explain why a grievance was not filed: _____

- 4 -

2. If your answer is yes, list the grievance number(s) and the date listed as "Today's Date" box on the Prisoner/Corrections Client Grievance Form: _2/4/23 ON C/O FALK AND 2/6/23 ON C/O FULLER SLF-23-03-0272-03B_

3. What was the decision upon your grievance at Step I? _C/O FALK'S WAS IGNORED AT ALL 3 STEPS, C/O FULLER 'S WAS DENIED BY C/O FALK BEING THE RESPOSIBLE PARTY_

C. If your answers to A and B are yes, did you appeal the Step I decision?  Yes ☑ No ☑

1. If your answer above was yes, what was the Step II decision? _REJECTED/IGNORED ON C/O FALK ; NO NEED TO PURSUE C/OFULLER IF HE'S INNOCCENT - PRISON SAID IT WAS C/O FALK_

Did you appeal to Step III?  Yes ☑  No ☐

If your answer above was yes, what was the decision at Step III? _IGNORED_

D. Does your complaint concern a misconduct charge filed against you?  Yes ☐  No ☑

1. Did you have an administrative hearing on the misconduct charge?  Yes ☐  No ☑

If yes, what was the hearing officer's decision? _____

2. Did you request an administrative rehearing?  Yes ☐  No ☑

If you did request an administrative rehearing, what was the decision rendered upon rehearing? _____

3. After rehearing, did you appeal the decision in one of the circuit courts for the State of Michigan?  Yes ☐  No ☑

   a. If yes, what was the decision of the circuit court? _____

   b. Did you appeal the decision of the circuit court?  Yes ☐  No ☑

   If yes, state the decisions of the Michigan Court of Appeals and Michigan Supreme Court: _____

E. If your claim concerns confinement within a facility not operated by the Michigan Department of Corrections, please state in detail the steps you have taken to exhaust your available state remedies prior to filing this lawsuit:

_____

F. If you have taken any other steps to exhaust your state remedies, please describe in detail what steps you have taken:

_FILED OMBUDSMAN OFFICE COMPLAINT, CIVIL SERVICE COMMISSION COMPLAINT, INTERNAL AFFAIRS COMPLAINT, AND A MI ST POLICE COMPLAINT_

- 5 -

IV. Parties

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff _LARRY RICHARDSON #361621_

   Address _3500 N. ELM AVE   JACKSON   MI   49201_

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary.  State whether your are suing each defendant in an official or personal capacity.

B. Defendant _C/O FALK (UNKNOWN FIRST NAME)_   is employed as _CORRECTIONS OFFICER_

   at _M.D.O.C.   ST. LOUIS CORRECTIONAL FACILITY   8585 N. CROSWELL RD.   ST. LOUIS MI 48880_

C. Additional Defendants _____

   _____

   _____

   _____

   _____

   _____

   _____

V. Statement of Claim

State here, as briefly as possible, the facts of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

ON 1/27/23 I ENTER UNIT TWO AND TOLD C/O FALK THAT I WAS HAVING CHEST PAIN'S AND NEEDED HIM TO CALL HEALTH CARE BECAUSE I WAS OUT OF NITRO - I EVEN SHOWED HIM THE EMPTY BOTTLE, I TOLD HIM I FELT LIKE I WAS DYING AND NEEDED IMMEDIATE MEDICAL ASSISTANCE, HE STATED - "I DON'T CARE IF YOU LIVE OR DIE, I'M NOT CALLING OR SENDING YOU TO HEALTH CARE, YOU SHOULD HAVE WENT ON YOUR RELIGOUS CALLOUT, I'M GIVING YOU A DIRECT ORDER TO GO TO YOUR CELL", WE ARGUED FOR 25 MINUTES AND SGT HAMMER CAME IN THE UNIT AND FINALLY CALLED HEALTH CARE HIMSELF - C/O FALK NEVER DID! HEALTH CARE SENT ME TO THE LOCAL HOSPITAL WHERE I HAD "THE FIRST HEART ATTACK" I WAS THEN SENT TO MCLAREN HOSPITAL IN LANSING WHERE I HAD THE SECOND HEART ATTACK AND DIED/FLATLINED FOR SEVERAL MINUTES (6) AND BECAUSE THE DAMAGE WAS SO BAD - I WAS SENT TO A THIRD HOSPITAL AT U. OF M. TO A CARDIAC SPECIALIST WHICH HAD TO DELAY MY HEART SURGERIES FOR A FEW MONTHS BECAUSE OF THE MEDICATION THEY HAD TO USE TO SAVE MY LIFE - AS A RESULT, I HAD ANOTHER HEART ATTACK ON 4/17/23 AND HAD TO HAVE EMERGENCY HEART SURGERY ON 4/19/23 WHEN I WAS SCHEDULED FOR SURGERY ON 4/24/23 - THIS SURGERY FAILED DUE TO THE ANTCOAGULANT STILL BEING IN MY SYSTEM WHICH MADE IT POSSIBLE THAT I HAD ANOTHER HEART ATTACK ON 5/14/23 WHERE U. OF M. HAD TO SCHEDULE AND PERFORM A SECOND HEART SURGERY ON 5/16/23. THE HEART SPECIALIST INFORMED ME THAT ALL OF THIS COULD HAVE BEEN AVOIDED IF I WOULD HAVE ARRIVED AT THE HOSPITAL 25 MINUTES EARLIER ON 1/27/23. C/O FALK'S DELIBERATE INDIFFERANCE TO MY LIFE AND HEALTH BY REFUSING TO EVER GET ME THE MEDICAL TREATMENT I NEEDED - LED TO MY HAVING 5 HEART ATTACKS, 2 HEART SURGERIES AND MY DEATH, IN ADDITION TO THE MENTAL AFFLICTION I SUFFERED WITH MY NOW SEVER MENTAL ILLNESS I.E. BI POLAR w/ ANXIETY AND DEPRESSION DISORDERS AND P.T.S.D., MY LIFE WAS MADE A LIVING HELL BY THE TORTURE AND FEAR I HAD TO LIVE THRU AND STILL SUFFER FROM DUE TO THIS C/O's (FALK) NEGLIGENT/CRIMINAL BEHAVIOR AND M.D.O.C.

CAN'T "COVER IT UP" BECAUSE IN THE ATTACHED/ALREADY FILED STEP I GRIEVANCE RESPONSE # SLF-23-03-0272-03B M.D.O.C. LUETENANT S. STEVENSON AND CAPTAIN J. GARCIA SPECIFICALLY STATED IN THEIR "INVESTIGATION SUMMARY" THAT THERE IS VIDEO EVIDENCE OF MY ARGUING WITH C/O FALK AND HIS REFUSAL TO "EVER" CONTACT HEALTH CARE AND GET ME THE MEDICAL ASSISTANCE I NEEDED - HE NEVER DID - I HAD TO GET A SGT TO DO IT. I ALREADY FILED COPIES OF THIS GRIEVANCE AND THE RESPONSE WITH THE COURT AND THE STEP 1, 2 AND 3 GRIEVANCES AGAINST C/O FALK DATED 2/4/23 AND 3/27/23. AS WELL, PLEASE BE SURE THAT THEY ARE ATTACHED TO THIS COMPLAINT.

THANK YOU

I HEREBY SUE THE DEFENDANT IN HIS OFFICIAL AND INDIVIDUAL CAPACITY - PURSUANT TO THE 11TH AMENDMENT

I WAS HOSPITALIZED FOR 9 DAYS ON 1/27/23 BECAUSE OF THIS - AND DIED! HE DON'T GET AWAY WITH THIS! THIS IS DONE IN "LEIU" OF OBTAINING OTHER FORMS OF PAYMENT FOR HIS ACTIONS. I'LL SETTLE FOR THIS WAY, OR BY ANY OTHER MEANS NECCESSARY. PREPARATIONS COMPLETE - SUCCESS WILL BE IMMENANT.

## VI. Relief

State briefly and precisely what you want the court to do for you.

I PRAY THE COURT TO ORDER THE DEFENDANT TO COMPENSATE ME FOR THE DAMAGES INCURRED, PAIN AND SUFFERING IMPOSED AND THE CONTINUOUS TRAMA INFLICTED BY CURRENT AND FUTURE TREATMENTS AND MEDICATIONS/MENTAL ILLNESS TREATMENT THAT I HAVE TO ENDURE DUE TO THE HORRORS THE DEFENDANT SUBJECTED ME TO AND ARE IMPOSED AS A RESULT OF HIS ACTIONS - WHICH COULD HAVE ALL BEEN AVOIDED IF HE WOULD HAVE DONE THE RIGHT THING AND FOLLOWED THE LETTER OF THE LAW (FARMER V. BRENNAN 825 U.S.) AND MY 8TH AMEND: U.S. CONST. RIGHT TO MED. TREATMENT AND FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT, AND INHUMANE TREATMENT.

REFILED ON / ORIGINALLY FILED ON
7·6·23 / 2/12/23
Date

RICHARDSON, LARRY #361621
Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a pro se litigant to keep the court apprised of an address change may be considered cause for dismissal.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

RICHARDSON, LARRY #361621

Plaintiff

v.

CORR. OFF. FULLER, WARDEN B. CARL, PARSONS, HILL, SIMENS

Defendant(s)

AUTHORIZATION FOR WITHDRAWAL OF FUNDS
TO PAY THE CIVIL ACTION FILING FEE and
AFFIDAVIT OF INDIGENCE IN SUPPORT OF
REQUEST TO PROCEED *IN FORMA PAUPERIS*

I, RICHARDSON, LARRY #361621 am the plaintiff in the above entitled case, and I believe I am entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore. I acknowledge that **I am liable for payment of the $350.00 civil action filing fee**, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $350.00 for this action. Further, I declare that the responses which I have made below are true.

1.     Are you presently employed?     Yes ☐ No ☑

       a.     If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

       _____

       b.     If the answer is no, state the date of last employment and the amount of the salary per month which you received.

       PORTER IN CORR. FACILITY            .70¢ A DAY 5 DAYS A WEEK

2.     Have you received, within the past twelve months, any money from any of the following sources?

       a.     Business, profession, or form of self-employment?                    Yes ☐ No ☑
       b.     Rent payments, interest, or dividends?                                Yes ☐ No ☑
       c.     Pensions, annuities, or life insurance payments?                      Yes ☐ No ☑
       d.     Gifts or inheritances?                                                Yes ☐ No ☑
       e.     Any other sources?                                                    Yes ☑ No ☐

       If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.          COURT FEES

       MOTHER 150 EVERY FEW MONTHS - CWE (RESTITUTION) TO COURT

3.     Do you own any cash or do you have money in a checking or savings account?     Yes ☐ No ☑
       (Include any funds in prison accounts)

       If your answer is yes, state the total value owned.

       _____

(Last Revised: February 2009)

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?                                                   Yes ☐ No ☑

If the answer is yes, describe the property and state its approximate value. _____

_____

5.  List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

_____

_____

_____

_____

_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

CURRENT
2/12/23   7·6·23                     RICHARDSON, LARRY #361621
_____                       _____
Date                                 Signature of Plaintiff

---

## CERTIFICATE

I certify that the plaintiff herein has had deposits of _____ and withdrawals of _____ from his

prison account over the last six-month period. The present balance in the plaintiff's prison account is _____

I further certify that plaintiff has the following securities to his credit according to the records of this institution:

_____

_____         _____         _____
Authorized Financial Officer          Name of Institution                   Date

NOTE: Instead of completing the above certificate, you may attach the certificate establishing prisoner account activity and the printout issued by the institution.

-2-

RICHARDSON, LARRY 361621
3500 N. ELM AVE
JACKSON, MI 49201
COTTON CORRECTIONAL FACILITY

METROPLEX MI 480

7 JUL 2023 PM 6 L

US POSTAGE
ZIP 49201
02 4W
0000376916 JUL 07 2023
$ 000.34⁰

U.S. DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURT HOUSE
231 W. LAFAYETTE BLVD. ROOM 564
DET., MI 48226

48226-271839