POOR QUALITY ORIGINAL

U.S. DIST. COURT
ESTERN DIST. OF MICHIGAN

RICHARDSON, LARRY.

V.

NATHAN FALK

CASE NO. 2:23-CV-10488

FILED
CLERK'S OFFICE
OCT 0 1 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

## MOTION TO ORDER DEFENDANT/M.D.O.C. TO PRODUCE ALL EVIDENCE PLANTIFF REQUESTED - NEEDED TO PROSECUTE THIS CASE IN ACCORD WITH COURT RULES

PURSUANT TO COURT RULES, PLANTIFF HEREBY MOVES THIS COURT TO ORDER THE DEFENDANT/M.D.O.C. TO TURN OVER HERE IN LISTED UNEDITED - UNALTERED EVIDENCE WHICH IS ESSENTIAL FOR THE PROSECUTION OF THIS CASE. ATTACHED IS 2 LETTERS SENT TO DEFENSE REQUESTING SAID EVIDENCE FOR THE THIRD AND FOURTH TIME. ALSO SIGNED BY M.D.O.C. SUPERVISOR IS A EPEDITED MAIL RECEIPT - PROVING THE MAILING OF SAID DOCUMENTS DATE 9/17/24 EVIDENCE ATTACHED! EXHIBIT A) LETTER TO DEFENDANT DATED 2/2/24 REQUESTING SAID EVIDENCE

EXHIBIT B) 9/16/24 REQUEST FOR EVIDENCE TO DEFENDANT AND EXPEDITED LEGAL MAIL RECEIPT DATED 9/17/24

THERE IS ONLY 30 DAYS OF DISCOVERY LEFT; PLEASE EXPEDITE THIS RULING.

THANK YOU

X RICHARDSON, LARRY
PLANTIFF SIGNATURE          9/25/24
                           DATE

COPY: SENT TO DEFENDANT VIA EXP: LEGAL MAIL DISBURST CERTIFIED W/ M.D.O.C. SUPERVISOR SIGNATURE

EXHIBIT A

REQUEST FOR EVIDENCE
DATED 2/2/2024

TO: NATHAN FALK AND JOHN THURBER (P44989)
M.D.O.C. / ATTY GEN.
P.O. BOX 30217
LANSING, MI 48909

FROM: PLANTIFF
RICHARDSON, LARRY 361621

CASE NO.: 2:12-CV-10488

IT'S FEBUARY 2, 2024 AND YOU STILL HAVE NOT PROVIDED THE EVIDENCE THE PLANTIFF REQUESTED, NEEDED TO PRESENT THE CASE AT HAND.

THIS IS THE THIRD REQUEST SENT TO YOU AND YOU REFUSE TO ACKNOWLEDGE, RESPOND OR COMPLY.

I WILL BE MOVING THE COURT TO ORDER YOU TO PRODUCE/PROVIDE THE BELOW LISTED EVIDENCE TO THE PLANTIFF BEFORE THE CLOSE OF DISCOVERY. YOU NEED TO SEND THIS EVIDENCE TO ME IMMEDIATELY.

1) VIDEO SURVAILANCE OF THE PLANTIFF FROM 8:00 PM IN THE ST. LOUIS CORR. FACILITY 300 BLOG UNTIL HE LEFT THE SALLY-PORT IN AN AMBULANCE ON 1/27/23.?

2) LOG ENTRIES FROM UNIT 2 OF EVERY TIME THE PLANTIFF WAS SENT TO HEALTHCARE FOR CHEST PAINS, LOG ENTRIES FROM 7 AND 5 UNIT FOR THE SAME. PLANTIFF WAS ONLY AT THAT PRISON FOR A FEW MONTHS

3) CONTROL CENTER RECORDS OF EACH TIME THE PLANTIFF WENT TO OFF-SITE MEDICAL TRANSPORT — BOTH EMERGGNCY AND APPOINT MENT

4) RECORD OF ALL OFFICERS OF CORRECTIONS THAT TRANSPORTED AND ACCOMPANIED THE PLANTIFF ON OFF SITE AND HOSPITALIZATIONS.

5) SARGENT HAMMER'S INCIDENT REPORT FILED AGIANST NATHAN FALK FOR REFUSAL TO GET PLANTIFF MEDICAL ATTN ON 1/27/23 AND WHY SGT. HAMMER HAD TO CONTACT MEDICAL HIMSELF.

X RICHARDSON LAR.  361621  2/2/24
PLANTIFF'S SIGNATURE  NUMBER  DATE

EXHIBIT B

9/16/24 REQUEST FOR EVIDENCE AND
LEGAL MAIL RECEIPT DATED 9/17/24

TO: JOHN THURBER (P44989)
FROM: RICHARDSON, LAR. # 361621
DATE: 9/16/24
CASE NO.: 2:12-CV-10488

THIS IS THE FOURTH REQUEST I SENT TO YOU, REQUESTING
THIS EVIDENCE NEEDED TO PROSECUTE THIS CASE AGAINST YOUR
CLIENT AND YOU'VE REFUSED TO PROVIDE IT. DISCOVERY HAS
BEEN REOPENED AND YOU NEED TO PROVIDE THIS LISTED EVIDENCE
IMMEDIATELY. HERE'S THE LIST

1) VIDEO SURVAILANCE OF THE PLANTIFF FOR 1/27/23? FROM
8:PM IN THE 300 BLDG AT ST. LOUIS CORR. FAC. UNTIL HE WAS
TAKEN OF THE PRISON GROUNDS IN AN AMBULANCE.

2) LOG ENTRIES FROM 2, 5, AND 7 UNIT OF WHEN HE WAS
SENT TO HEALTH CARE FOR CHEST PAINS FOR THE TIME HE WAS
AT THAT PRISON FOR THOSE FEW SHORT MONTHS

3) CONTROL CENTER RECORDS/DETAILS AND TRANSPORTATION-MONITOR
OFFICER ASSIGNMENT RECORDS FOR EVERY TIME THE PLANTIFF WENT
TO HOSPITAL AND MEDICAL APPOINTMENTS FOR CARDIAC CONDITION

4) SARGENT HAMMER'S INCIDENT REPORT OF NATHAN FALK'S REFUSAL
OF OBTAINING MEDICAL TREATMENT OF A HEART ATTACK AND WHY
SGT. HAMMER HAD TO DO IT HIMSELF! DOCUMENTING THAT
DEF. NATHAN FALK NEVER ATTEMPTED TO CONTACT ANYONE AND
REPORT THAT PLANTIFF REQUESTED MEDICAL ASSISTANCE FOR A
HEART ATTACK.

PLEASE PROVIDE ALL ABOVE LISTED EVIDENCE
IMMEDIATELY BEFORE CLOSE OF DISCOVERY AND ANY
DISPOSITION 4 U'LL NEED MY ASSISTANCE WITH.

                                        THANKS

X RICHARDSON # 361621     9/16/24

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-318

DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)

REV. 11/15 4835-3318

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock _2 · 5_   Institution _DRF_

Prisoner Number _361621_   Prisoner Name (Type or Print Clearly) _RICHARDSON_

☑ Legal Postage   ☐ Filing Fee   $ _____   ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case   ☐ Case Number _____

Pay To _MAIL ROOM_

Mailing Address _____

_P.O. BOX 30217_

_LANSING, MI 48909_

### The Following Section Must Be Completed In Authorizing Staff Member's Presence

Prisoner Signature _RICHARDSON_   Date & Time Submitted _9.17.24 / 2:25 AM_

Received by
Type or Print Name & Title _SO... IC_   Staff Signature _____

Date & Time Received by Authorizing Staff _9.17.21 / ____

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member   ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☑ Other (explain) _____

☐ Prisoner refused to sign & date in staff member's presence

Denied by
Type or Print Name & Title _____   Signature _____

### Section Below to be Completed by Mail Room Staff

Placed in Mail by
Type or Print Name & Title _____   Signature _____

Postage Amount $ _____   Date Placed in Outgoing Mail _____

### Only Business Office Staff are to Write in the Section Below

Postage $ _____   Total Obligation $ _____   ☐ Court Filing Fee Denied Due to NSF

Filing Fee $ _____   Check # _____

Date Copy Sent to Prisoner _____

Processed by
Type or Print Name & Title _____   Signature _____

DISTRIBUTION: ☐ Prisoner Accounting   ☐ Prisoner   ☐ Counselor's File   ☐ Prisoner



RICHARDSON LARRY 361632
103 TH BOYER RD
CARSON CITY MI 48811
CAR. CTY. CORR. FACILITY

US POSTAGE — PITNEY BOWES

ZIP 48811 $ 001.77⁰
02 4W
0000386197 SEP 26 2024

GRAND RAPIDS MI
27 SEP 2024 PM

RECEIVED
OCT 01 2024
THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE

U.S. DIST. COURT
ESTERN DIST. OF MT
CLERK OF THE COURT
1000 WASHINGTON AVE
P.O. BOX 913
BAY CITY, MI 48707-0913