U.S. DISTRICT COURT
EASTERN DIST. OF MI
SOUTHRN DIVSN

RICHARDSON, LARRY
361621 , PLANTZFF

VS.

NATHAN FALK
DEFENDANT

NO. 2:23-CV-10488

F I L E D
NOV 20 2024
CLERK'S OFFICE
DETROIT

PLANTZFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO COMPEL TO PROVIDE PLANT. EVIDENCE AND REQUEST FOR PRODUCTION OF DOCUMENTS:

1) RESPONSE ARGUMENT REPLY: (PRODUCTION OF EVIDENCE BREIF) THE PLANTFF DID NOT MAKE A REQUEST FOR "ONLY" DOCUMENTS. A LIST WAS PROVIDED AND MUST BE SUBMITTED TO THE PLANTFF IMMEDIATELY. WHAT FALK INTERPRETED IS IRRELEVANT AND THE LIST IS SPECIFIC AND ITEMIZED LEAVING NO ROOM FOR HIS OR ANYONE'S INTERPRETATION. HIS RESPONSE IS ONLY A PLOY TO MASK THE DEFENDANT'S REFUSAL TO COMPLY AND PROVIDE RELEVANT DOCUMENTS AND VITAL EVIDENCE.

2) PRODUCTION OF DOCUMENT RESPONSE REPLY TO: #① THIS SURVAILANCE IS FROM CAMERAS IN THE GYM ON 1/27/23 OF PLANTFF ATTENDING NATION OF ISLAM RELIGOUS SERVICE AND CAMERAS IN THE 300 BLDG HALLWAY AND WALK BACK TO THE UNIT AND PROVES THAT PLANTIFF NEVER SPOKE TO ANYONE ELSE AND INFORMED THEM OF HIS CHEST PAINS PRIOR TO APPROACHING THE DEFENDANT AND REQUESTING MEDICAL TREATMENT BECAUSE HE HAD CHEST PAINS. THIS PROVES THAT NO ONE ELSE KNEW AND IT IS EVIDENCE THAT HE HAD NO REASON TO ASSUME ANYONE ELSE CALLED HEALTH CARE. WHEN HE DENIED THE PLANTFF'S REQUEST FOR MEDICAL TREATMENT, REFUSED / DID NOT CONTACT HEALTHCARE, ORDERED THE PLANTIFF TO GO TO HIS CELL AND "DONT DIE ON HIS BASE" THEN CALLED THE YARD SARGENT TO COME PUT THE PLANTIFF IN SEGREGATION ON HIS RADIO, INSTEAD OF GETTING THE PHONE AND CALLING HEALTHCARE, THIS EVIDENCE SHOWS THAT HE HAD DELIBERATE INDIFFERANCE WHEN HE DENIED THE PLANTIFF IMMED- IATE MEDICAL TREATMENT NEED TO PREVENT THE MASSIVE CARDIAC DAM- AGE HE SUFFERED FROM THIS HEART ATTACK WHICH CAUSED THE PLANTIFF TO NEED A HEART TRANSPLANT NOW, HE'S ON THE U. OF M. LIST FOR A NEW HEART, IF HE DON'T GET IT - THE DEFENDANT WOULD HAVE ESSENTI- ALLY TURN THE PLANTIFF'S PRISON SENTENCE INTO A DEATH SENTENCE.

#② HEALTH CARE RECORDS OF THE PLANTFF BEING TREATED ARE ON THE COMPUTER FILES WHICH SHOWS INTERNAL TREATMENT AND HOSPITAL VISITS FOR CHEST PAINS. THESE RECORDS AND DATES ARE SEARCHABLE! THESE ENTRIES CORRELATES TO DATES THAT DEFENDANT WORKED IN UNIT AND ENTRIES CONTACTED HEALTHCARE / SENT PLANTIFF TO MEDICAL FOR CHEST PAINS ON NUMEROUS OCCASSIONS AND EVEN TRANSPORTED HIM TO THE HOSPITAL FOR CARDIAC TREATMENT AND EMERGENCY / CRISES FOR HIS HEART CONDITION. THIS SHOWS THE DEFENDANT WAS WELL AWARE OF THE RISK AND POSSIBLE INJURY THAT HE'D IMPOSE WITH A TEN MINUTE DELAY DURING A HEART ATTACK AND INTENDED TO INFLICT

PAGE 1 OF 2

SITES DAMAGE SHOWN, CAPT. TOLD SGT. HAMMER OVER THE RADIO TO ESCORT/PLACE THE PLANTIFF IN SEGREGATION INSTEAD OF GETTING THE PHONE AND CALLING MEDICAL AND SENDING HIM TO HEALTHCARE TO GET THE TREATMENT HE NEEDED TO PREVENT A FULL FLEDGE HEART ATTACK. THIS SHOW DEFENDANT'S DETERMINATION TO MAKE THE PLANTIFF SIT IN A CELL AND DIE THIS NIGHT. THIS EXPLAINS WHY PLANTIFF IS DETERMINED TO MAKE HIM PAY FOR WHAT HE'S DONE: A FAIR CHANCE IN THIS CASE AND THIS WILL BE THE END, BUT IF NOT SEVERAL CONTINGENCIES ARE EXTERNALLY IN PLACE TO REBALANCE THE SCALES OF JUSTICE, EVEN IN WORST CASE SINERIO - I'M NOT BACK AT THIS PRISON JUST BY CHANCE. THE UNIVERSE HAS A REASON/PURPOSE FOR EVERYTHING, COMPENSATION FOR TRAMA AND DAMAGES CAN COME IN MANY FORMS - ESPECIALLY CRIMINAL PROSECUTION: HIS FREEDOM, LIVELYHOOD, CAREER AND TOO MANY OTHER THINGS TO MENTION WILL BE ENDED. CROOKED ATTORNEYS THAT AIDE THEIR CLIENTS IN GETTING AWAY WITH CONSPIRICY TO COMMIT/ATTEMPTED MURDER ARE NOT EXEMPT OR IMMUNE EITHER! NOT IMPLYING THEY ACCOMANY ME TO THE AFTERLIFE: U. OF M. MAY FIND ME A NEW HEART SO DON'T JUMP TO ANY WRONG CONCLUSIONS.

#③ THIS EVIDENCE SHOWS DEFENDANT'S AWARENESS OF THE SEVERITY OF THE PLANTIFF'S CARDIAC CONDITION DUE TO THE NUMBER OF TIMES SENT AND TRANSPORTED PLANTIFF TO THE HOSPITAL FOR CHEST PAINS, HOSPITAL VISIT DETAILS ARE COMPUTER GENERATED AND ARE STORE/SEARCHEABLE ON THE M.D.O.C. MAINFRAME.

THE DEFENDANT PROVIDED FALSE EVIDENCE OF DEFENDANT'S LOG ENTRY OF THE PLANTIFF REPORTING CHEST PAINS! THE VIDEO SURVAILLANCE SHOWS THAT HE NEVER MADE ANY CALLS OR LOG ENTRIES THAT DAY AND NEVER SIGNED ANY ENTRY HE MADE IN THAT LOG! THIS MEANS HE FORGED A GOVERNMENT DOCUMENT TO PREFABRICATE FALSE EVIDENCE TO ENTER FEDERAL COURT COMMITTING FRAUD UPON THE COURT, OBSTRUCTION OF JUSTICE AND HAS INTENT TO COMMIT PURJURY BY LIEING UNDER OATH AT TRIAL IN THIS CASE WHICH DEPRIVES THE FACT-FINDER OF RELEVANT EVIDENCE TO CONSIDER AND THE PLANTIFF CONSTITUTIONALLY GUARANTEED RIGHTS TO DUE PROCESS AND EQUAL PROTECTION UNDER THE LAW. AS FAR AS THE EXPENSE AND BURDEN DEFENSE COMPLAINS ABOUT - THE PLANTIFF HAS SEVER MENTAL ILLNESS AS A BIPOLAR MANIC WITH A DEPRESSION AND ANIZETY DISORDER; BUT AFTER THE TRAMA HE SUFFER BY BEING DELAY BY DEFENDANT FOR OVER 10 MINUTES WHICH LED TO HIS BEING HELD ON THE COMPOUND UNTIL 9:51PM FROM 8:44PM WHEN PLANTIFF REPORTED THE CHEST PAINS TO DEFENDANT WHICH CAUSED THE HEART ATTACKS BACK TO BACK AND DEATH OF PLANTIFF / MULTIPLE DEFIBRILATED RESUSSITATIONS BY AMBULANCE MEDIC PRIOR TO/AFTER LEAVING FACILITY, AND 9 DAYS OF HOSPITALIZATION AND FLATLINING SEVERAL TIMES CAUSED PLANTIFF TO HAVE POST TRAMATIC STRESS DISORDER WHICH HE NOW RECEIVES TREATMENT FOR AND WAS NEVER DIAGNOSED WITH PRIOR TO THIS - WHICH IS WORSTENING NOW THAT HES BACK AT THIS FACILITY WITH THE DEFENDANT AND CO-WORKERS MULTIPLE ATTACKS OF HIM AND HIS PROPERTY. PRIOR TO PRISON THE PLANTIFF WAS DIAGNOSED AS BEING A PARANOIA SCHIZOPHENIC WITH HOMMOCIDAL AND SUICIDAL TENDANCIES WHICH LED TO THE PLANTIFF HAVING A BLACK OUT KILLING THE VICTIM HE'S IN PRISON FOR WITH A SINGLE STAB WOUND. NOW HE FIGHTS THE URGE AND COMPELLATIONS OF REPEATANT OFFENDING BEHAVIOR ON A INCREASANT AND FREQUANT OCCARRING OCCASSION NOW BEING IN THIS ENVIRONMENT - FACING THIS DEATH SENTENCE THAT THE DEFENDANT IMPOSE, LIVING IN CONSTANT FEAR FOR MY LIFE! THE DEFENSE/DEFENDANT SHOULD BE THANKFUL FOR EVERY SECOND THEY HAVE TO CARRY THAT BURDEN - NOT COMPLAIN ABOUT IT. THE PLANTIFF DESERVES JUSTICE,

X RICHARDSON, LARRY    11-9-24    PAGE 2 OF 2

RICHARDSON, LARRY 361621
8585 NORTH CROSWELL
ST. LOUIS MI 48880
ST. LOUIS CORRECTIONAL FACILITY

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 48880 $ 000.69⁰
02 7W
0008031587 NOV 13 2024

U.S. DIST COURT
1000 WASHINGTON AVE
P.O. BOX 913
BAY CITY, MI 48707-0913

RECEIVED

NOV 20 2024

THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE

48707$0913 B050