UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**POOR QUALITY ORIGINAL**

86

RICHARDSON, LARRY 368621

v.

NATHAN FALK

F I L E D

DEC 16 2024

CLERK'S OFFICE
DETROIT

CASE NUMBER 2:23-CV-10488
HON. SUSAN K. DECLERCQ
HON. PATRICIA T. MORRIS

**PLANTIFF'S RESPONSE TO DEFENDANT'S DEPOSITIVE MOTION AND SUMMARY JUDGEMENT MOTION BY PLANTIFF AND REBUTTAL TO DEF. MOTION FOR SUMMARY JUDGEMENT.**

1) DEFENDANT WILL MOTION FOR DISMISSAL BASED ON A CLAIM THAT PLANTIFF FAILED TO EXHAUST HIS ADMINISTRATIVE REMEDIES ALL THE WAY THRU STEP III GRIEVANCE PROCESS, BEFORE FILING THIS CIVIL SUIT.

THE PLANTIFF HEREBY PROVIDES THIS COURT PROOF THAT THE DEFENSE IS LYING, PLEASE SEE THE ATTACHED EVIDENCE INCLUDED WITH THIS BRIEF, TO PROVE PLANTIFF MET P.L.R.A. REQUIREMENTS.

EXHIBIT ① GRIEVANCE FILED ON 2/4/23 REJECTED BY GRIEVANCE COORDINATOR K. PARSON 2/9/23

EXHIBIT ② STEP I REFILED TIMELY GRV. ID. # SLF-23-03-0231-28 D, REJECTION LETTER 3/2/23, AND A GRIEVANCE RESTRICTION NOTICE 3/2/23

EXHIBIT ③ GRIEVANCE APPEAL REQUEST FORM DATED 3/7/23 - NEVER PROVIDED

EXHIBIT ④ STEP II AND III GRIEVANCE # SLF-23-03-0231-28 D HANDWRITTEN SENT TO WARDEN 3/27/23 FILED W/ LANSING H/Q

EXHIBIT ⑤ LETTER SENT TO LANSING MDOC. H/Q GRIEVANCE DEPT. ADMINISTRATOR REQUESTING REGISTRATION AND DECISION OF STEP2 AND STEP3 GRIEVANCE DATED 4/23/23 WHICH WAS IGNORED.

EXHIBIT ⑥ LETTER TO INTERNAL AFFAIRS SECTION MANAGEMENT DATED 5/15/23 REQUESTING A STEP III GRIEVANCE DECISION FOR THE STEP II AND III LISTED ABOVE.

EXHIBIT ⑦ LETTER FROM INTERNAL AFFAIRS MANAGER KEVIN SMITH DATED 7/6/23 DISMISSING THE ENTIRE GRIEVANCE / CLAIM AS INADEQTE.

WITH PROVISION OF THIS ATTACHED EVIDENCE, THE PLANTIFF PROVES THAT HE TOOK EVERY STEP TO EXHAUST ALL OF HIS ADMINISTRATIVE REMEDIES AND FULLY MET AND COMPLIED WITH ALL THE CRITERIA OF THE PRISONER LITIGATION REFORM ACT AS IT REQUIRES A PRISONER TO MAKE EVERY ATTEMPT AND EFFORT TO FULLY EXHAUST ALL ADMINISTRATIVE REMEDIES AND THE PLANTIFF HAVE WENT ABOVE AND BEYOND THE CALL OF DUTY TO DO SO — PLEASE REVIEW THE ATTACHED EXHIBITS TO CONFIRM.

THE RELIEF REQUESTED:

THE PLANTIFF REQUEST THAT THE COURT DENIES THE DEFENDANT'S REQUEST TO DISMISS THIS CASE AS THE PLANTIFF HAS DEMONSTRATED HERE TODAY THAT HE IS IN FULL COMPLIANCE WITH THE LAW AND THIS COURT TO THE BEST OF HIS ABILITY. THE PLANTIFF HAS OFFERED THE DEFENDANT ALL THE EVIDENCE THIS COURT ORDERED AND GAVE THE DEFENDANT THE DEPOSITION THIS COURT ORDERED. THE PLANTIFF IS NO LAWYER AND SINCE THE DATE OF THE INCIDENT THIS LAWSUIT IS ABOUT; THE PLANTIFF HAS BEEN HOSPITALIZED APPROXIMATELY 52 TIMES. HIS FOOTLOCKER, LEGAL WORK AND THIS CASE'S EVIDENCE WAS STOLEN/TAKEN BY ST. LOUIS CORRECTIONAL STAFF/DEFENDANT - AND SOME HOW THE DEFENDANT HAS PUT ME BACK AT ST. LOUIS CORRECTIONAL FACILITY, WHERE THIS INCIDENT HAPPENED AT; NOW AT THIS VERY MOMENT, THE PLANTIFF IS SITTING IN A SEGREGATION CELL AT THIS FACILITY WAITING TO BE MOVED BACK TO A HOUSING UNIT WITH THIS VERY SAME ABOVE LISTED DEFENDANT WHO WILL BE THE SUPERVISOR IN CHARGE OF THE PLANTIFF'S LIFE AND WELL BEING — NOW THE PLANTIFF IS IN FEAR FOR HIS LIFE. I'VE ALREADY BEEN RETALIATED AGIANST, ALL MY PROPERTY TAKEN, LEGAL WORK DESTROYED, THREW IN SEGREGATION, DEPRIVED LEGAL SUPPLIES, DENIED SEND LEGAL MAIL TO THIS COURT WHICH IS ALL VITAL TO MY LITIGATING IN THIS CASE, DENIED ACCESS TO THE COURT, HOSPITALIZED 5 TIMES SINCE I'VE BEEN HERE, DENIED MEDICAL ATTENTION 3 TIMES AND THE MENTAL STRAIN OF RELIVING THE TRAMATIC EXPERIENCE OF HAVING MULTIPLE HEART ATTACKS AND DYING TWICE /ONCE IN HEALTH CARE AT THIS FACILITY; IS TRIGGERING THE P.T.S.D. I WAS DIAGNOSED WITH AS A RESULT OF THE SITUATION I'M SUING FOR; I AM CURRENTLY BEING MEDICATED FOR P.T.S.D., BIPOLAR MANIC ANXIETY DISORDER AND DEPRESSION DISORDER; BEING HERE, THE MEMORIES, THE NIGHTMARES, THE VERBAL AND PHYSICAL ABUSE AND DENIAL OF MEDICAL ATTENTION WHEN I HAVE CHEST PAINS IS OVER WHELMING "MENTALLY" AND CARDIACLY." I BELIEVE THEY PLAN ON ALLOWING THE DEFENDANT TO END MY LIFE IF THIS CASE ISN'T DISMISSED. THE PLANTIFF ASK FOR THE MERCY AND THE PATIENCE OF THE COURT AND DO NOT DISMISS THIS CASE WHICH IS MY HUMBLE REQUEST. I'M DOING THE BEST I CAN BUT I'M NOT A LAWYER. I HAVE SENT A COPY OF THIS TO THE N.A.A.C.P. AND HOPE THEY'D OFFER SOME ASSISTANCE BUT THEY USUALLY ACT AFTER SOMEONE'S DEATH, MOST TIMES USING THE BLACKLIVES MATTER MOVEMENT, MOSTLY FOR PUBLICITY ONLY TO EXPOSE CORRUPTION. THIS PRISON HAS A LONG HISTORY OF KILLING PRISONERS, I BELIEVE I'M NEXT, I HAVE NO DESIRE TO DIE ONLY TO LIVE. I'LL ATTACH EXHIBIT ⑧ COPY OF P.L.R.A. / ARGUMENT FROM CASE NO. 2:12-CV-00435 2 PAGES. X RICHARDSON, LARRY 12.8.24

*EXHIBIT ⑧ PG 1*

*DEFENDANT'S PROPOSED* → **ARGUMENT**

## I.      Plaintiff failed to properly exhaust his administrative remedies.

### A.      Legal Standard.

Under 42 U.S.C. § 1997e(a), which is a section of the Prison Litigation Reform Act (PLRA), a prisoner-plaintiff cannot bring a civil rights action challenging prison conditions without first exhausting all available administrative remedies." The PLRA provides in 42 U.S.C. § 1997e(a):       *PLAINTIFF'S REBUTAL*

> No action shall be brought with respect to prison conditions under section 1979 of the Revised Statutes of the United States (42 U.S.C. § 1983), or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

A prisoner-plaintiff no longer has to plead or demonstrate exhaustion to satisfy the PLRA's exhaustion requirement.  Instead, failure to exhaust is an affirmative defense that must be raised by a defendant.  *Jones v. Bock*, 549 U.S. 199 (2007). Nevertheless, exhaustion of administrative remedies is a prerequisite to filing a prisoner lawsuit challenging prison conditions.  42 U.S.C. § 1997e(a); *Porter v. Nussle*, 534 U.S. 516, 524 (2002).  "The plain language of the statute makes exhaustion a precondition to filing an action in federal court." *Id.* at 523; *Freeman v. Francis*, 196 F.3d 641, 645 (6th Cir. 1999).

The Supreme Court has held that "the PLRA's exhaustion requirement applies to all inmate suits about prison life, whether they involve general circumstances or particular episodes, and whether they allege excessive force or some other wrong." *Porter*, 534 U.S. at 532.  Thus, the exhaustion requirement applies to Plaintiff's claim.  Furthermore, in *Woodford v. Ngo* the Supreme Court

2

*EXHIBIT ② PAGE 2*

§ 1997e(a)'s requirement "would permit a prisoner to bypass deliberately and flagrantly administrative review without any risk of sanction." *Woodford*, 548 U.S. at 97. The *Woodford* court explained:

> A prisoner who does not want to participate in the prison grievance process **will have little incentive to comply** with the system's procedural rules **unless noncompliance carries a sanction** .... For example, a prisoner wishing to bypass available administrative remedies could simply file a late grievance without providing any reason for failing to file on time. If the prison then rejects the grievance as untimely, the prisoner could proceed directly to federal court. And **acceptance of the late grievance would not thwart the prisoner's wish to bypass the administrative process; the prisoner could easily achieve this by violating other procedural rules until the prison administration had no alternative but to dismiss the grievance on procedural grounds. We are confident that the PLRA did not create such a toothless scheme.** *Id.* at 95 (emphasis added).

"The level of detail necessary in a grievance to comply with the grievance procedures will vary from system to system and claim to claim, but it is the prison's requirements, and not the PLRA, that define the boundaries of proper exhaustion." *Jones*, 549 U.S. at 219.

Finally, a prisoner must exhaust all three steps of the grievance process. The MDOC's three-step process is explained more fully in the following section. The Sixth Circuit has "held that an inmate cannot simply fail to file a grievance or abandon the process before completion and claim that he has exhausted his remedies or that it is futile for him to do so because his grievance is now time-barred under the regulations." *Hartsfield v. Vidor*, 199 F.3d 305, 309 (6th Cir. 1999). Abandoning the process before completion is not "proper exhaustion."

4

PLANTIFF'S MOTION FOR SUMMARY JUDGEMENT IN CASE 2:23-CV-10488

STATEMENT OF FACTS:

ON 1/27/23 WHILE SPEAKING AS THE NATION OF ISLAM MINISTER AT THE RELIGIOUS SERVICE IN THE 300/SCHOOL BUILDING AT ABOUT 8:18 PM WITH SARGENT HAMMER IN ATTENDANCE, THE PLANTIFF BEGAN HAVING CHEST PAIN, AT WHICH TIME HE TOOK A NITRO FOR HIS HEART, THE PAIN CONTINUED SO HE TOOK ANOTHER AT ABOUT 8:29 PM, WHEN THE PAIN BEGAN AGAIN, THE PLANTIFF TOOK ANOTHER NITRO ON HIS WAY BACK TO HOUSING UNIT TWO AT ABOUT 8:38 PM. THE PLANTIFF NEVER MENTIONED THE PAIN TO ANY OTHER STAFF MEMBER PRIOR TO APPROACHING NATHAN FALK AND REQUESTING MEDICAL TREATMENT FOR THE CHEST PAINS HE WAS HAVING AT THAT TIME WHICH WAS "8:43 PM". THE DEFENDANT REFUSE TO CONTACT HEALTH CARE AND THE PLANTIFF INFORMED HIM THAT THE PLANTIFF HAS SUDDEN DEATH SYNDROME AND HE COULD DIE IF HE DID GET IMMEDIATE MEDICAL ATTENTION, NATHAN FALK'S SPECIFIC RESPONSE WAS: "HE DIDN'T CARE" "GO TO YOUR CELL AND DIE, DON'T DO IT ON MY BASE", THE PLANTIFF TOLD HIM THAT: THE DEFENDANT SENT THE PLANTIFF TO HEALTH CARE 3 TIMES BEFORE WHEN HE HAD TO BE HOSPITALIZED AND HE EVEN TRANSPORTED HIM TO THE HOSPITAL AND BACK..... HE WAS THERE WHEN THE PLANTIFF WAS TREATED FOR HIS CARDIAC CONDITION AND THE DEFENDANT KNEW HOW SERIOUS IT IS. THE PLANTIFF EVEN TOLD HIM THAT HE TOOK HIS NITRO 3 TIMES TO STOP THE PAIN," THATS WHEN NATHAN FALK INTERRUPTED THE PLANTIFF AND GAVE HIM A DIRECT ORDER TO GO TO HIS CELL FOR THE REMAINDER OF THE NIGHT. THE PLANTIFF SIMPLY RESPONDED: "I CAN'T - I'LL DIE", AND TURNED AND WALKED AWAY. THE DEFENDANT THEN SAID HE WAS SENDING ME TO SEGREGATION, AT THAT TIME THE DEFENDANT CALLED THE YARD SARGENT FOR A ESCORT TO SEGREGATION FOR THE PLANTIFF AT 8:46 AM. AT ABOUT 8:49 PM SARGENT HAMMER ENTERED THE UNIT, ASKED THE DEFENDANT AND HIS CO-WORKERS WHAT WAS GOING ON AND THE DEFENDANT TOLD HIM THE PLANTIFF REFUSED TO LOCK-DOWN FOR THE NIGHT. WHEN SARGENT HAMMER SAW THAT IT WAS THE PLANTIFF, HE ASKED "WHY - WHATS WRONG". THE PLANTIFF TOLD HIM HE WAS HAVING CHEST PAINS: AND BECAUSE SGT. HAMMER HAD SENT THE PLANTIFF TO THE HOSPITAL BEFORE - HE ORDERED UNIT STAFF TO GET THE PLANTIFF TO HEALTH CARE IMMEDIATELY - THEN LEFT THE UNIT. ONLY AFTER BEING ORDERED TO DO SO WAS HEALTH CARE CONTACTED BY UNIT STAFF AT 8:55 AM BUT WHEN THE PLANTIFF WAS PREPARED TO LEAVE THE UNIT AND BE TRANSFERED TO HEALTH CARE IN A WHEELCHAIR A UNIT OFFICER ANNOUNCED ON THE RADIO THAT THE PLANTIFF WAS HEADED TO HEALTH CARE AT WHICH TIME, THE NURSE CALLED IN OVER THE RADIO AND ASKED IF HE, JOSHUA LENNEMEN R.N., NEEDED TO TREAT THE PLANTIFF RIGHT AWAY OR COULD IT WAIT UNTIL HE WENT TO SEGREGATION AND RESIDENTIAL TREATMENT PROGRAM UNITS AND PASSED OUT RESTRICTED MEDS - THATS WHEN THE DEFENDANT TOLD THE NURSE THAT HE DIDN'T HAVE TO RUSH BECAUSE THE PLANTIFF WAS FAKING AND JUST DIDN'T WANT TO GO IN HIS CELL FOR THE NIGHT. UPON THE PLANTIFFS ARRIVAL AT 8:58 PM IN HEALTH CARE, THERE WAS NO MEDICAL STAFF IN THE BUILDING TO TREAT HIS CHRONIC CHEST PAINS. JOSHUA LENNEMEN R.N. ENTERED THE BUILDING AT 9:30 PM WHICH WAS 32 MINUTES AFTER THE PLANTIFFS ARRIVAL. BY THAT TIME, THE H/C C/O HAD CONTACTED SGT. HAMMER AND HE CALLED FOR AN AMBULANCE ALREADY BUT DURING THE PLANTIFF'S PROCESSING IN HEALTH CARE, THE PLANTIFF'S HEART STOPPED AND THE NURSE COULDN'T GET IT GOING AGAIN, HE COULD ONLY PERFORM COMPRESSIONS UNTIL THE AMBULANCE ARRIVED AND RESUSSCITATED THE PLANTIFF WHICH IS WHY THE AMBULANCE ARRIVED AT 9:31 PM AND LEFT WITH THE PLANTIFF AT 9:51 PM. THE PLANTIFF WAS HOSPITALIZED AT ALMA-GRATIOT, MCLAREN-LANSING AND UNIVERSITY OF MICHIGAN - ANN ARBOR HAVING TO HAVE MULTIPLE SURGERIES, NOW NEEDING A HEART TRANSPLANT AS A RESULT OF THE DEFENDANT'S ACTIONS.

ARGUMENT

DEFENDANT'S ACTIONS OF HIS 12 MINUTE DELAY IN THE UNIT AND HIS ERRONEOUS INSTRUCTION GIVEN TO THE NURSE CAUSING ANOTHER 32 MINUTE DELAY IN THE PLANTIFF RECEIVING IMMEDIATE PREVENTIVE CARDIAC MEDICAL TREATMENT DIRECTLY CAUSED THE PLANTIFF TO HAVE MULTIPLE HEART ATTACKS AND GO INTO CARDIAC ARREST SEVERAL TIMES, IN THE LOBBY OF HEALTH CARE (WHICH IS WHY THE DEFENDANT REFUSES TO TURN OVER THE H/C FOOTAGE - ALSO PREVENTING PLANTIFF FROM ADDING NURSE JOSHUA LENNEMEN AS A DEFENDANT TO THIS SUIT) AND AT THE 3 HOSPITALS THAT THE PLANTIFF NEEDED TO BE TREATED AT IN ORDER TO SAVE HIS LIFE AND TEMPORARY STABILIZATIONS OF THAT CONDITION AT THAT TIME WHICH CAUSED EXTENSIVE CARDIAC DAMAGE THAT DESTROYED ANY CHANCE OF THE SCHEDULED OBLATION BEING A "CURATIVE SURGERY", THIS SURGERY WAS DELAYED AND WHEN FINALLY PERFORMED AFTER A 6 MONTH POST-PONEMENT DUE TO SAID DELAY WAS A FAILURE WHEN PERFORMED AND THAT WARRANTED ANOTHER HEART SURGERY WHICH DID NOT END IN THE PLANTIFF OBTAINING A SIMPLE CURE AS DIAGNOSED IN THE BEGINNING OF HIS CARDIAC TREATMENT, BUT NOW U OF M HOSPITAL HAS PRESCRIBED THE PLANTIFF WILL BE ON CARDIAC MEDICATION FOR THE REST OF HIS SHORT LIFE, WHICH HIS LIFE EXPECTANCY HAS BEEN CONSIDERABLY CUT SHORT AND NOW BEING TREATED BY THE TRANSPLANT DEPARTMENT OF THE U OF M CARDIAC TEAM WHICH HAS INFORMED THE PLANTIFF THAT HE NEEDS A HEART TRANSPLANT" DUE TO THE EXTENSIVE DAMAGE THAT THE PLANTIFF'S HEART SUSTAINED DURING THE 1/27/23 - 2/14/23 HEART ATTACKS AND DEATHS AS A DIRECT RESULT OF THE 1 HOUR 8 MINUTE DELAY OF THE PLANTIFF COMPLAINING OF CHEST PAINS A 8:43 PM UNTIL THE AMBULANCE LEFT THE FACILITY WITH HIM AT 9:51 PM ALL DIRECTLY CAUSE BY NATHAN FALK'S ACTIONS AND COMPLETE INTENTIONALLY DONE TO INFLICT CRUEL AND UNUSUAL PUNISHMENT - PHYSICAL/MENTAL HARM, PAIN AND SUFFERING ON THE PLANTIFF BY WILLFULLY IMPOSING INHUMANE TREATMENT ON HIM WHICH

PAGE 1 OF 6

VIOLATED THE PLANTIFF 8TH AMENDMENT RIGHT OF THE UNITED STATES CONSTITUTION AS CITED IN FARMER V. BRENNAN 511 U.S. 825 - CRIMINAL LAW - KEY 45.10(4) SHOW HE IS INCARCERATED UNDER CONDITIONS POSING SUBSTANTIAL HARM AND THAT OFFICIALS DISPLAYED "DELIBERATE INDIFFERENCE" TO INMATES HEALTH AND SAFETY." THE DEFENDANT'S ACTIONS CONDEMNED THE PLANTIFF TO A DEATH-SENTENCE IN PRISON WITH HIS ACTIONS, THE PLANTIFF HAS 16 YEARS LEFT ON HIS MINIMUM AND W/O A NEW HEART, HE WON'T MAKE IT - WHO'S GOING TO GIVE A PRISONER A NEW HEART OVER SOME HELPLESS LAW ABIDING CITIZEN. THE PLANTIFF WILL ALSO SHOW THE MENTAL ILLNESS HE'S DEVELOPED AND SUFFER FROM DUE TO THE TRAMA HE IS EXPERIENCED AT THE HANDS OF THIS DEFENDANT.

PLEASE EXAMINE THE ATTACHED EVIDENCE TO SUPPORT THE LITIGATED FACTS QUOATED HERE IN:    SEE  ALL BELOW LISTED ATTACHED EVIDENCE

10/26/22, 10/27/22 AND 10/28/22 MRF MDOC CLINICAL ENCOUNTER-ADMN. NOTES MADE BY PROVIDER NIKKIDA PRICE (RN) DOCUMENTS THAT PLANTIFF WAS HOSPITALIZED FOR A CARDIAC CONDITION OF WOLFS PARKINSON WHITE, A BUNDLE BRANCH BLOCK, NONISCHEMIC CARDIOMYOPATHY, SVT, AKI AND BRADYCARDIA. WITH A BLOOD PRESSURE OF ONLY 105 AND HIS EJECTION FRACTURE ONLY 10-15% - A HUNDRED PERCENT HEART FUNCTION PUSHES OUT 60% OF THE BLOOD IN THE HEART. 10-15% IS BELOW 20% HEART FUNCTION.
10/30/22 MRF REPORT BY AMELLIA NAJOR (RN) REPORTS PLANTIFF RETURN TO MACOMB CORRECTIONAL FACILITY FROM MCLAREN HOSPITAL IN LANSING NOTING A CHART RECORD OF A HEART BEAT OF 38 BPM. VERY LOW.
FOR THE ABOVE MEDICAL REASONS, THE PLANTIFF WAS TRANSFERRED TO ST. LOUIS CORRECTIONAL FACILITY TO BE CLOSER TO THE HOSPITAL TREATING HIS CARDIAC CONDITION AND SO HE WOULDN'T DIE IN AMBULANCE TRANSIT ON A 2 HOUR DRIVE FROM MACOMB CORRECTIONAL FACILITY.

A ST. LOUIS NURSE DOCUMENTED THAT ON 12/02/22 AT 9:13PM FELICIA MAXON (RN) HAD TO HAVE THE PLANTIFF HOSPITALIZED BECAUSE HIS BLOOD PRESSURE WAS 142/95 AND HE HAD A HEART BEAT OF ONLY 16 BEATS A MINUTE. ON THIS DAY - THE DEFENDANT CONTACTED HEALTHCARE AND REPORTED THAT THE PLANTIFF HAD CHEST PAINS - NATHAN FALK WAS ONE OF THE OFFICERS WHO TRANSPORTED THE PLANTIFF THAT DAY. (SEE ATTACH REPORT)

ALSO ATTACHED IS THE REPORT FROM JOSHUA LENNEMAN RN PREPARED ON 12/02/22 LISTING THAT THE PLANTIFF WAS HOSPITALIZED THIS DAY FOR CHEST PAINS DUE TO ANGINA, PALPITATIONS, CAD HYPERTENSION, HEART DISEASE, HYPERLIPIDEMIA, LBBB, ATRIAL FLUTTER, CARDIOMYOPATHY AND HAD A ABLATION SCHEDULE AND MISSED IT." I OFFER THIS EVIDENCE TO THE COURT" AS PROOF THAT BOTH THE DEFENDANT AND NURSE JOSHUA LENNEMEN HAS SPECIFIC AND PRIOR KNOWLEDGE OF THE PLANTIFF'S CARDIAC CONDITION PRIOR TO 1/27/23 BECAUSE THE DEFENDANT REPORTED THE PLANTIFF'S CHEST PAINS AND WAS PRESENT WITNESSING THE CARDIAC TREATMENT HE RECEIVED ON MEDICAL TRANSPORT. JOSHUA LENNEMEN WAS INFACT THE SUPERVISING NURSE WHO SENT THE PLANTIFF TO THE HOSPITAL AFTER TREATING HIM ON 12/2/22. SO HERE IN THE REPORT HE PERSONALLY LISTED HIS KNOWLEDGE OF THE PLANTIFF SERIOUS HEART CONDITION AND THEREBY PERSONALLY UNDERSTOOD THE SUBSTANTIAL RISK OF SERIOUS PHYSICAL AND PHYSIOLOGICAL HARM TO THE PLANTIFF THAT WOULD BE SUFFERED IF HE DID NOT PROVIDE IMMEDIATE TREATMENT TO THE PLANTIFF ON 1/27/23 AS THE DEFENDANT INSTRUCTED HIM. THIS ESTABLISHED DEFENDANT NATHAN FALK AND NURSE JOSHUA LENNEMAN HAD DELIBERATE INDIFFERANCE WHEN THEY BOTH CHOSE TO ACT IN A MANNER THAT COMPROMISED THE HEALTH AND SAFETY RESULTING IN SERIOUS - IRREVERSABLE INJURIES AND DAMAGE SUSTAINED AND IMPOSED ON/BY THE PLANTIFF.
FARMER V. BRENNAN 114 SCT 1970 (1994) STATE: PRISON OFFICIALS MAYBE HELD LIABLE UNDER EIGTH AMENDMENT FOR DENYING HUMANE CONDITIONS OF CONFINEMENT ONLY IF THEY KNOW THAT PRISONER FACES SUBSTATIAL RISK OF SERIOUS HARM AND DISREGUARD THAT BY FAILING TO TAKE REASONABLE MEASURES TO ABATE IT." U.S.C.A. CONST. AMEND 8

THIS IS EXACTLY WHAT NATHAN FALK DID BY DELAYING MEDICAL TREATMENT DURING CHEST PAINS THAT THE PLANTIFF HAD ON 1/27/23 FOR 12 MINUTES; FROM 8:43PM WHEN THE PLANTIFF REPORTED IT ON CAMERA AND WHEN IT WAS NOTIFIED TO HEALTH CARE AT 8:55PM. IT'S ALSO WHAT THE DEFENDANT DID WHEN HE INSTRUCTED THE NURSE JOSHUA LENNEMEN TO DO IN-HOUSE MEDIDLES IN BOTH 7 AND 1 UNITS BECAUSE THE PLANTIFF WAS FAKING AND JUST DIDN'T WANT TO GO IN HIS CELL. THIS WAS PERPETUATED BY NURSE JOSHUA LENNEMEN TAKING THE DEFENDANT'S ADVICE BY LEAVING THE PLANTIFF SITTING IN THE HEALTH CARE LOBBY 32 MINUTES LONGER WITHOUT ANY MEDICAL ATTENTION/TREATMENT IN ADDITION TO THE PREVIOUS 12 MINUTE DELAY BY DEFENDANT CAUSED THE PLANTIFF TO HAVE A MASSIVE HEART ATTACK. THIS 12/02/02 REPORT BY JOSHUA LENNEMAN SHOWS HIS INTRICATE KNOWLEDGE OF THE SUBSTATIAL RISK THE PLANTIFF FACED AND DAMAGES THAT WOULD OCCUR IF HE FAILED TO PROVIDE IMMEDIATE MEDICAL TREATMENT AND HE STILL CHOSE NOT TO AT THE BEHEST OF THE DEFENDANT.

"SUBJECTIVE RECKLESSNESS" STANDARD AS USED IN CRIMINAL LAW, IS TEST FOR WHETHER PRISON AUTHORITIES HAVE ACTED WITH "DELIBERATE INDIFFERANCE" TOWARD PRISONERS, IN VIOLATION OF THEIR EIGTH AMENDMENT RIGHTS. U.S.C.A. CONST. AMEND 8.

TO FURTHER CONFIRM THE DEFENDANT'S KNOWLEDGE OF THE SERIOUS OF THE PLANTIFF'S CARDIAC CONDITION; ATTACHED IS HOSPITAL PAPERS FROM MCLAREN HOSPITAL OF CENTRAL MICHIGAN AND LANSING DATED 12/16/22 AND 12/28/22 WHERE THE DEFENDANT SENT THE PLANTIFF TO THE HEALTH CARE CLINIC FROM THE UNIT ON BOTH OCCASIONS WHERE THE PLANTIFF WAS SENT TO THE HOSPITAL BOTH TIMES DUE TO THE SERIOUS NATURE OF HIS CARDIAC CONDITION. THIS EVIDENCE THE FULL CONSCIOUS INTENTIONS OF THE DEFENDANT TO INFLICT PAIN AND SUFFERING ON THE DEFENDANT DUE TO HIS KNOWLEDGE OF THE PLANTIFF'S HEART PROBLEMS AND DELAY/DENIAL OF MEDICAL TREATMENT

PAGE 2 OF 6

U.S.CA. CONST. AMEND. 8.

UNLESS OFFICIAL MUST BOTH BE AWARE OF FACTS FROM WHICH INFERENCE CAN BE DRAWN THAT SUBSTANTIAL RISK OF SERIOUS HARM ~~TO INMATE~~ EXIST AND OFFICIAL MUST DRAW THAT INFERANCE.

WHEN THE NURSE JOSHUA LENNEMAN ARRIVED AT HEALTHCARE, THE PLANTIFF ASKED HIM WHY HE TOOK SO LONG TO GET THERE, HE HAVING A HEART ATTACK: THE NURSE SPECIFICALLY SAID TO THE PLANTIFF: "IF YOU WANT TIMELY HEALTH CARE THEN DON'T SEND ME AGGRESSIVE KITES TELLING ME TO STOP PLAYIN GAMES WITH YOUR LIFE, OR I'LL KEEP ON DOING IT!" THE ATTACHED KITE RESPONSES DATED ON 1/25/23 BOTH MADE BY NURSE TRACY GROSSET ARE EVIDENCE THAT JOSHUA LENNEMEN WAS IN-FACT REFFERING TO: LISTED ABOVE. PLEASE REVIEW BOTH DOCUMENTS NOW TO SUPPORT ARGUEMENT.

HERE BOTH THE DEFENDANT AND THE NURSE JOSHUA LENNEMEN BOTH POSSESS INTIMATE/CONCENTRATED KNOWLEDGE OF THE PLANTIFF'S SERIOUS RISK HE WAS AT WITH HIS DETRIMENTAL CARDIAC CONDITION EVIDENCED BY THE PLANTIFF BEING HOSPITALIZED 3 TIMES IN LESS-THAN A MONTH WHERE BOTH PARTIES SENT THE PLANTIFF/TRANSPORTED THE PLANTIFFS TO RECEIVE: EMERGENCY MEDICAL TREATMENT.

511 US. 825 ~~FARMER~~ J. BRENNAN

PRISONER CLAIMING THAT PRISON OFFICIALS VIOLATED 8TH AMENDMENT DUTY TO PROTECT HIM AGAINST HARM NEED NOT SHOW THAT OFFICIAL ACTED OR FAILED TO ACT BELIEVING THAT HARM ACTUALLY BEFALL AN INMATE: IT IS SUFFICIENT THAT OFFICIAL ACTED OR FAILED TO ACT DESPITE HIS KNOWLEDGE OF SUBSTANTIAL RISK OF SERIOUS HARM. OFFICIAL WOULD NOT ESCAPE LIABILITY IF EVIDENCE SHOWED HE MERELY REFUSED TO VERIFY UNDERLYING FACT THAT HE STRONGLY SUSPECTED TO BE TRUE, OR DECLINED TO CONFIRM INFERENCES OF RISK THAT HE STRONGLY SUSPECTED TO EXIST. WHETHER AN OFFICIAL HAD THE REQUISITE KNOWLEDGE IS A QUESTION OF FACT SUBJECT TO DEMONSTRATION IN THE USUAL WAYS, AND A FACT FINDER MAY CONCLUDE THAT THE OFFICIAL KNEW OF A SUBSTATIAL RISK FROM THE VERY FACT THAT IT WAS OBVIOUS AND THE CIRCUMSTANCES SUGGEST THAT THE DEFENDANT OFFICIAL BEING SUED HAD BEEN EXPOSED TO INFORMATION CONCERNING THE RISK AND THUS "MUST" HAVE KNOWN ABOUT IT, THEN SUCH EVIDENCE COULD BE SUFFICIENT TO PERMIT A TRIER OF FACT TO FIND THAT THE DEFENDANT-OFFICIAL HAD ACTUAL KNOWLEDGE OF THE RISK. U.S.CA. CONST. AMEND. 8.

THE VIDEO SURVEILLANCE OF THE PLANTIFF ENTERING THE UNIT ON 1/27/23 AND APPROACHING THE DEFENDANT AND REQUESTING MEDICAL TREATMENT FOR CHEST PAINS SHOWED THAT HE APPROACHED HIM AT 8:43PM, YET IN THE COPY OF THE UNIT LOG ATTACHED: THIS 4 PAGE DOCUMENT ON THE THIRD PAGE SHOWS NATHAN FALK LISTING THAT THE PLANTIFF DIDN'T REPORT HIS CHEST PAIN UNTIL 8:55PM, THIS IS IN FACT EVIDENCE OF THE INTENTIONAL 12 MINUTE DEPRIVAL OF MEDICAL ATTENTION DURING THE PLANTIFF CHEST PAINS THAT WAS AS A RESULT, CLIMAXED TO A MASSIVE HEART ATTACK. PLEASE SEE UNIT 2 LOG PAGE 3 ATTACHED

THE EVIDENCE THAT THE PLANTIFF WAS SENT TO THE HOSPITAL ON 1/27/03 DUE TO HIS HAVING A HEART ATTAK AS A RESULT OF THE 12 MINUTE DELAY THE DEFENDANT INFLICTED HIMSELF AND THE 31 MINUTE DELAY THAT WAS CAUSED BY THE DEFENDANT BY INTENTIONALLY INFORMING THE NURSE THAT THE PLANTIFF WAS FAKING WHICH CAUSED A MEDICAL LICENSED PROFESSIONAL TO DELAY THE PLANTIFF OF OBTAINING MEDICAL TREATMENT DURING A HEART ATTACK FOR HIS OWN PERSONAL NAFARIOUS REASON IN ADDITION TO THE DEFENDANTS DESIRE TO INFLICT PAIN AND SUFFERING ON THE PLANTIFF. THESES EVIDENCED IN THE 1/27/23 HEALTH CARE REPORT FILED BY JOSHUA LENNEMEN WHICH IS TIMED (21:31) 9:31PM SEE ATTACHED REPORT

AT THAT TIME AFTER NURSE JOSHUA LENNEMAN'S SARCASTIC REMARKS WERE MADE, THE PLANTIFF WENT INTO CARDIAC ARREST DURING THE MASSIVE HEART ATTACK HE SUFFERED BECAUSE OF THE DEPRIVAL OF IMMEDIATE - PREVENTATIVE MEDICAL TREATMENT - THE NURSE COULD ONLY PERFORM CHEST COMPRESSIONS. THE AMBULANCE HAD TO REVIVE THE PLANTIFF. IT TOOK 20 MINUTES, THE AMBULANCE GOT TO THE PLANTIFF AT 9:31AM (WHICH WAS THE ONLY REASON THE NURSE RETURN TO HEALTHCARE OVERHEARING THE RADIO ANNOUNCEMENT OF THE (EMS ARRIVAL) AND LEFT WITH THE PLANTIFF FOR THE HOSPITAL AT 9:51PM: ATTACHED EVIDENCE IS CONTROL CENTER LOG (5 PAGES) PLEASE SEE THE 3RD PAGE - AMBULANCE TIME VERIFICATION

~~PEN~~NSYLVANIA V. WEST VIRGINIA 262 US. 553

THE SUBJECTIVE TEST ADOPTED TODAY IS CONSISTANT WITH THE PRINCIPLE THAT ONE DOES NOT HAVE TO AWAIT THE CONSUMATION OF THREATENED INJURY TO OBTAIN PREVENTATIVE RELIEF.

IN OTHER WORDS - THE PLANTIFF SHOULD NOT HAVE BEEN FORCED TO HAVE A HEART ATTACK AND DIE MULTIPLE TIMES TO OBTAIN MEDICAL TREATMENT THAT COULD HAVE PREVENTED IT IN THE FIRST PLACE.

IT WAS ESTABLISHED IN ESTELLE V. GAMBLE 429 U.S. 97 THAT "DELIBERATE INDIFFERANCE" IS A STATE OF MIND MORE BLAME WORTHY THAN NEGLIGENCE AND INADEQUATE PRISON MEDICAL CARE VIOLATED THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE, IT IS DISTINGUISED "DELIBERATE INDIFFERANCE" TO SERIOUS MEDICAL NEEDS OF PRISONERS. IT IS CONTINUED BELIEF THAT A STATE OFFICIAL MAY INFLICT CRUEL AND UNUSUAL PUNISHMENT WITHOUT ANY IMPROPER SUBJECTIVE MOTIVE. 97 S.CT. 285

SEE: UNIVERSITY OF MICHIGAN ALMA HOSPITAL REPORT BY DOCTOR JOHN OERY DATED 1/27/23 ATTACHED THIS REPORT IS EVIDENCE OF THE PLANTIFF BEING HOSPITALIZED FOR THE FIRST HEART ATTACK: THERE ARE 6 PAGES... ON PAGE 2, THE PLANTIFF'S BLOOD PRESSURE WAS 96 PULSE WAS 160 BPM. ON PAGE 5 IS EVIDENCE THAT THE PLANTIFF FLAT-LINED AND THE HOSPITAL COULD'NT BO1500 ANYTHING MORE FOR THE PLANTIFF SO THEY TRANSFERRED TO THE McLAREN HOSPITAL IN LANSING. SEE PAGE 7 AND THE EKG ON PAGE 36

PAGE 3 OF 6

ON 1/28/23 THE PLANTIFF WAS ADMITTED TO THE MCLAREN HOSPITAL IN LANSING AND THE 5 PAGE REPORT IS ATTACHED. THIS REPORT SHOWS THAT PLANTIFF HEART RATE PER MINUTE OF OVER 220-PULSE; AND THE FUNCTION OF THE HEART HAD BEEN REDUCED BY 25% AS THE EJECTION FRACTURE DROPPED FROM 60 TO 40% ON PAGE 1. PAGE 2 SHOWS THE SIGNIFICANT CARDIAC DAMAGE TO THE HEART, WHICH IS INDICATED LEFT VENTRICLE, SYSTOLIC FUNCTION REDUCED WITH SEPTAL WALL HYPOKINESIS, MITRAL REGURGITATION, TRICUSPID REGURGITATION, AND THE LEFT ATRIUM DIALATED. PAGE 4 LIST ALL DIAGNOSIS FOR THIS VISIT; AND RECORDED THAT PATIENT FULLY CODED/FLAT-LINED AND ON PAGE 5 THERE BY TRANSFERRED TO 2/3/23 TO U OF M HOSPITAL IN ANN ARBOR. SEE THIS ATTACHED REPORT.

MICHIGAN MEDICINE U OF M HOSPITAL IN ANN ARBOR DATED 2/3/23 IS ATTACHED. THIS REPORT CONFIRMS THAT THE PLANTIFF WAS HOSPITALIZED AT 3 DIFFERENT HOSPITALS IN THIS INCIDENT TO TREAT A 9 (NINE) DAY HEART ATTACK DUE TO THE PLANTIFF BEING VICTIMIZED BY THE/THESE THE DEFENDANT. AND FELLOW CO WORKER/M D O C EMPLOYEES. THIS EVIDENCE IS PROVIDED TO THE COURT TO PROVE BEYOND ANY SHADOW OF A DOUBT THAT THIS WAS DONE WITH PURPOSE, INTENTION AND "DELIBERATE INDIFFERANCE".

IT IS INDEED, FAIR TO SAY THAT ACTING OR FAILING TO ACT WITH DELIBERATE INDIFFERANCE TO A SUB-STANTIAL RISK OF SERIOUS HARM TO A PRISONER IS THE EQUIVALENT OF RECKLESSLY DISREGUARDING THAT RISK. THE KNOWS OF AND DISREGUARDS AN EXCESSIVE RISK TO INMATE HEALTH AND SAFETY; THE OFFICIAL MUST BOTH BE AWARE OF FACTS FROM WHICH THE INFERANCE COULD BE DRAWN THAT A SUBSTANTIAL RISK OF SERIOUS HARM EXIST, AND HE MUST ALSO DRAW THE INFERANCE. WITH DELIBERATE INDIFFERANCE LYING SOME-WHERE BETWEEN THE POLES OF NEGLIGENCE AT ONE END AND PURPOSE OR KNOWLEDGE AT THE OTHER END, THE COURT OF APPEALS HAVE ROUTINELY EQUATED DELIBERATE INDIFFERANCE WITH RECKLESSNESS. LAMARCA V. TURNER 995 F 2 D 1526

IN PRISON - CONDITION CASES THAT STATE OF MIND IS ONE OF "DELIBERATE INDIFFERANCE" TO INMATE HEALTH OR SAFETY. SCORED WILSON, SUPRA 501 U S. AT 302-303.

IT IS WITH THE ABOVE LISTED EVIDENCE ATTACHED TO THIS BRIEF THAT SUPPORTS THE ARGUEMENT HERE IN THAT THE PLANTIFF HAS ESTABLISHED PROOF OF DELIBERATE INDIFFERANCE POSSES-ED BY THE DEFENDANT AND NURSE WHICH LED TO THE PLANTIFF SUFFERING INJURY AND DAMAGES AT THE HANDS OF THESE OFFICIALS AND SINCE M. D. O. C. HAS INDEMNIFIED THE DEFEND-ANT THEN MICHIGAN DEPARTMENT OF CORRECTIONS IS ESSENTIALLY THE DEFENDANT WHICH INCLUDE ALL IT'S AGENTS AND EMPLOYEE THAT ARE RESPONSIBLE WHO ARE INVOLVED. THIS CASE CANT BE DISMISSED OR REDUCED TO ONLY THE ACTIONS OF JUST THE DEFENDANT NATHAN FALK - BECAUSE HIS INSTRUCTIONS GIVEN TO THE NURSE COMPOUNDED A COMBINED EFFECT THAT LED TO THE PLANTIFF SUFFERING IRREVERSIBLE INJURY AND PERMENANT DAMAGE/SICKNESS AND AFFLICTION OF INFERMARY. THIS CIVIL SUIT WAS ONLY FILED TO OBTAIN RELIEF INJUNCTIVELY AND COMPENSATION FOR DAMAGES/INJURIES IMPOSED ON PLANTIFF. IF THIS CASE IS DISMISSED THE COURT AND DEFENDANT NEED TO UNDERSTAND THAT THERE IS NO STATUE OF LIMITATIONS ON MURDER/ATTEMPTED MURDER, CONSPIRACY TO COMMIT/ACCOMPLICE TO AFOREMENTIONED CRIMES WHICH WERE COMMITTED UNDER THE COLOR OF LAW BY WHICH THESE EMPLOYEE ACTED OUTSIDE THE SCOPE OF THEIR OFFICIAL CAPACITY - IN MIND OF THAT, THE PLANTIFF HAVEN'T SUBMITED A MOTION TO REMOVE THESE OFFICIALS IMMUNITY AND INDEMNIFICATION UNDER THE (11TH) ELEVENTH AMENDMENT NOR HAS HE PRESSED CRIMINAL CHARGES VIA D. O. J.. THE PLANTIFF IS AFFORDING THESE TWO OFFICIALS THE CHANCE TO KEEP THE JOBS, FREEDOM AND WAY OF LIFE BY SIMPLY ALLOWING M. D. O. C. TO COMPESATE FOR THE LIABILITY THEY INCURRED AND INJURIES/DAMAGES THEY IMPOSED.

DESHANEY V. WINNEBAGO COUNTY DEPT OF SOCIAL SERVICES 489 U S. 189 STATES:
THE CLEAR MESSAGE IS THAT PRISON OFFICIALS MUST FULFILL THERE AFFIRMATIVE DUTY UNDER THE CONSTITUTION TO PREVENT PRISONER INJURY OR OTHERWISE FACE A SERIOUS RISK OF BEING HELD LIABLE FOR DAMAGES. THE COURT SEEKS TO ENSURE THAT THE CONDITIONS IN OUR NATIONS PRISONS IN FACT COMPORT WITH THE CONTEMPORARY STANDARD OF DECENCY "REQUIRED BY THE 8TH AMENDMENT. TO PERFECT A CLAIM AGIANST A OFFICIAL WHERE LIABILITY IS EXACTED : THE PLANTIFF NOT ONLY HAVE TO DISPLAY OFFICIAL HAD DELIBERENT INDIFERENT BUT HAS TO DEMONSTRATE THAT INJURIES HAD OCCURRED AND HOW DAMAGES SUFFERED EFFECTS THE PLANTIFF.

NOW THE PLANTIFF PROVIDES EVIDENCE OF THE INJURIES AND DAMAGES HE SUFFERED AT THE HANDS OF THE DEFENDANT.

ATTACHED IS A 3/19/23 HOSPITAL ALMA GRATIOT REPORT THAT DOCUMENT THAT THE PLANT-IFF SUFFERED ANOTHER HEART ATTACK DUE TO NOT HAVING THE ABLATION IN FEBRUARY 2023 AS A RESULT OF THE HEART ATTACK/DEATH THE PLANTIFF WAS FORCED TO HAVE BY NATHAN FALK AND HIS MINION JOSHUA LENNIMAN. THIS IS OTTERRED AS EVIDENCE OF FURTHER DAMAGE THE PLANTIFF SUFFERED. THE REPORT SHOWS EKG ON PG 18 AND 19 OF DOCUMENTED HEART ATTACK HAPPENING IN REAL TIME. HEART BEATS AT 150-160. THIS EVENT WAS SO SEVER THAT, THIS HOSPITAL TRANSFERRED THE PLANTIFF BACK TO U OF M HOSPITAL IN ANN ARBOR FOR EMERGENCY HEART SURGERY.

ATTACHED IS U OF M 3/20/23 MEDICAL REPORT FROM THE CARDIAC SURGERY UNIT WHERE EMERGENCY HEART SURGERY WAS PERFORMED WHICH FAILED!

PAGE 4 OF 6

ATTACHED IS A 3/11/23 HOSPITAL REPORT WHERE THE PLANTIFF WAS HOSPITALIZED FOR YET ANOTHER HEART ATTACK DUE TO THE DEFENDANTS ACTIONS. THE PLANTIFF'S SURGERY FAILED AND THIS IS EVIDENCE OF THAT. HEART RATE OF 140 BPM. THE DOCUMENT SHOWS THAT PLANTIFF WAS SCHEDULED FOR A SECOND SURGERY IN-OUTPATIENT SETTINGS.

ATTACHED IS A 4/25/23 MEDICAL SURGERY CENTER REPORT OF THE PLANTIFF HAVING TO SUFFER THROUGH A SECOND SURGERY ON HIS HEART AND RECOVERY AGIAN. THIS SECOND SURGERY FAILED DUE TO DAMAGE SUFFERED FROM HEART ATTACK ON 1/27/23 CAUSED BY THE DEFENDANT.

ATTACHED IS A 5/12/23 AND 13 HOSPITAL REPORT FROM U OF M ALMA GRATIOT SHOWING THAT THE DEFENDANT'S ACTIONS THAT IMPOSED DAMAGE/INJURES ON PLANTIFF. HEART HAD CONTINUOUS RESIDUAL EFFECTS AS THE PLANTIFF HAD YET ANOTHER HEART ATTACK W/BPM AT OVER 180! THE ATTACK WAS SO BAD THAT THE EMS HAD TO USE A DIAHFIBULATOR TO TRY TO PREVENT THE HEART FROM DYING. IMAGINE THE PAIN OF BEING SHOCKED/ELECTRI-CUTED WHILE YOU ARE STILL ALIVE AND FULLY AWARE. IT WAS LIKE BEING IN THE ELECTRIC CHAIR ON EXECUTION DAY AT DEATH ROW. IT WAS EXTREMELY TRAMATIC. AS A RESULT OF THIS, THE HOSPITAL TRANSFERRED PLANTIFF TO THE U OF M CARDIAC SURGERY CENTER FOR A THIRD (3RD) HEART SURGERY AGIAN.

ATTACHED IS A 4 PAGE REPORT FROM U OF M CARDIAC SURGICAL CENTER WHERE THE PLANTIFF HAD HIS (3RD) THIRD HEART SURGERY DUE TO THE DEFENDANT'S ACTIONS ON 1/27/23. THIS SURGERY HAD ONLY MINOR EFFECTS AS A TEMPORARY REMEDY BUT IT DID NOT PROVIDE THE CURE THAT WAS SUPPOSED TO BE OBTAINED PRIOR TO THE DEFENDANTS ACTIONS AND THE CARDIAC EVENTS THAT OCCURRED ON 1/27/23 AND ANY HOPE FOR THE DEFENDANTS ACTIONS TO HAVE NO LASTING CARDIAC EFFECTS ARE ALL LOST NOW!

ATTACHED IS A 5/19/23 ALMA HOSPITAL REPORT OF THE PLANTIFF CARDIAC EVENT BEING TREATED AND ADMITTED TO THE HOSPITAL WHERE IT WAS DISCOVERED THAT THE THIRD SURGERY WAS NOT SUCCESSFULL IN OVERALL HEART FUNCTION OR HEALTH IMPROVEMENT. THE DOCTOR SAID IT WAS ONLY LIKE PUTTING A BANDAID ON A BULLET HOLE.

ATTACHED IS A MEDICAL REPORT SENT TO M.D.O.C. FROM U OF M DATED 12/29/23 WHICH STATES THE PLANTIFF'S CARDIAC CARE WAS TRANSFERRED TO U OF M ADVANCED HEART FAILURE AND TRANSPLANT DEPARTMENT. NOW AFTER TWO MORE YEARS OF BEING CONSISTANTLY HOSPITALIZZED (3 TIMES THIS MONTH) 12/8/24 THE TRANSPLANT DEPARTMENT INFORMS THE PLANTIFF THAT HE NEEDS A HEART TRANSPLANT TO TO THE INVIABILITY OF HIS CURRENT HEART OR HE'LL DIE.

THE PLANTIFF WAS NOT SENTENCED BY THE COURT TO DIE IN PRISON. DUE TO THE REOCCURRING TRAMATIC EXPERIENCES FROM 1/27/23 TO DATE, BEING BACK AT ST. LOUIS CORRECTIONAL FACILITY SUFFERING THE ABUSE OF THE DEFENDANT, HIS COWORKER AND THE NEGLECT OF MEDICAL STAFF AND RECEIVING TREATMENT. HAVING ALL THE PLANTIFF'S LEGAL WORK/FOOTLOCKER TAKEN, PROPERTY TAKEN AND BEING DENIED BY STAFF TO HAVE LEGAL SUPPLIES TO LITIGATE THIS CASE, HAVING ACCESS TO THE COURT IMPEEDED AND DENYING ACCESS TO THE PLANTIFF'S FAMILY BY CONSISTANT SEGREGA-TION. THE PLANTIFF HAS BEEN DIAGNOSED AND IS BEING TREATED FOR POST TRAMA-TIC STRESS DISORDER, ANXIETY AND DEPRESSION DISORDER IN ADDITION TO THE BIPOLAR MANIC CONDITION. THE PLANTIFF LIVES IN FEAR FOR HIS LIFE (HERE) (EVERY CARDIAC EVENT).

IN UNITED STATES V. BAZLEYS 444 US. 394 IT SPECIFICALLY STATES THAT THE EIGHTH AMENDMENT PROHIBITS ALL PUNISHMENT, PHYSICALLY AND "MENTALLY" WHICH IS "TOTALLY WITHOUT PENOLOGICAL JUSTIFICATION." SUCH BRUTALITY IS THE EQUIVILANT OF TORTURE, AND IS OFFENSIVE TO ANY MODERN STANDARD OF HUMAN DIGNITY."

THE EIGHTH AMENDMENT GUARANTEES EACH PRISONER THAT REASONABLE MEASURES WILL BE TAKEN TO ENSURE HIS SAFETY. WHERE A PRISONER CAN PROVE THAT NO SUCH REASONABLE STEPS WERE TAKEN AND AS A RESULT HE EXPERIENCED SEVER PAIN OR SUFFERING WITHOUT ANY PENOLOGICAL JUSTIFICATION, THE EIGTH AMEND-MENT IS VIOLATED REGUARDLESS OF WHETHER THERE IS EASILY IDENTIFIABLE WRONGDOER WITH POOR INTENTIONS. STATE-SANCTIONED PUNISHMENT CONSIST NOT SO MUCH OF SPECIFIC ACTS ATTRIBUTABLE TO INDIVIDUAL STATE OFFICIALS, BUT MORE A COMULATIVE AGGLOMERATION OF ACTION (AND INACTION) ON AN INSTITUTIONAL LEVEL. THE SUPREME COURT LEADING CASES 150 HARV. L. REV. 177.
THE ABOVE LISTED CASE LAWS CONFIRMS THAT THE DEFENDANT DID BEHAVE WITH DELIBERATE INDIFFER-ANCE AND IMPOSE CRUEL AND UNUSUAL PUNISHMENT ON PLANTIFF CAUSING HIM SEVERE PAIN AND SUFFERRING.

SUMMARY JUDGEMENT MOTION:

THE PLANTIFF MOVES THIS COURT TO GRANT SUMMARY JUDGEMENT AND INJUNCTIVE RELIEF IN FAVOR OF THE PLANTIFF, AS THE PLANTIFF HAS ESTABLISHED THAT THE DEFENDANT ACTED WITH DELIBERATE INDIFFERANCE IMPOSING CRUEL AND UNUSUAL PUNISHMENT THROUGH INHUMANE TREATMENT WHICH INFLICTED SEVER PAIN AND SUFFERING ON THE PLANTIFF WITH LASTING LIFE TIME EFFECTS OF TRAMATIZING MENTAL HEALTH SEVER MENTAL ILLNESS AND PHYSICAL PAIN AND SUFFERING, A SHORTED LIFE SPAN AND FISCAL STRAIN AND IMITATION INCLUDING DAMMING HIM TO A DEATH SENTENCE TO DIE ALLONE AND STRIPED HIS FAMILY FROM EVER HAVING THEIR SON, FATHER, GRANDFATHER AND RELATIVE IN THEIR LIVES AGAIN.

IN LIGHT OF THESE FACTS - THE FOLLOWING INJUCTIVE RELIEF IS REQUESTED:

① THE PLANTIFF REQUEST THE COURT ORDER M.D.O.C. TO TRANSFER PLANTIFF FROM ST. LOUIS CORRECTIONAL FACILITY TO A DIFFERENT FACILITY AND NEVER HOUSED HIM THERE AGIAN.

② THE PLANTIFF ASK THIS COURT TO ORDER M.D.O.C. TO RETURN HIM TO A LEVEL 2 PRISONER, HOUSED IN LEVEL 2. FAR LESS AGGRESSIVE PRESONERS - LOST ABILITY TO DEFEND HIMSELF.

③ ORDER M.D.O.C. TO RETURN/REPLACE BLUE LEGAL FOOTLOCKER AND ALL PROPERTY TAKEN WHEN THIS PRISON TOOK PLANTIFF FROM LEVEL 2 AT CARSON CITY AND BROUGHT HIM BACK HERE AND PLACED HIM IN SEGREGATION

④ ORDER M.D.O.C TO MOVE PLANTIFF TO MACOMB CORRECTIONAL FACILITY TO BE CLOSE TO HIS FAMILY SO HE CAN SPEND AS MUCH TIME AS HE HAS LEFT WITH THEM.

⑤ CONDITIONS AT ST. LOUIS HAVE WORSENED FROM WHEN THIS EVENT ON 11/27/23 DUE TO THE PLANTIFF FILING SUIT.

WITH HERE IN-LISTED ABUSE AND MISTREATMENT IMPOSED ON PLANTIFF AND THE CONSTANT TRAMA OF RELIVING ALL THOSE PAINFUL EXPERIENCES/MEMORIES CAUSED BY THE CONSTANT REMINDER OF BEING AT ST. LOUIS CORRECTIONAL FACILITY. THE PLANTIFF PRAYS THAT THIS COURT GRANTS THE PLANTIFF INJUNCTIVE RELIEF IN ACCORD WITH UNITED STATES V. OREGON STATE MEDICAL SOC. 343.452 326. AN INMATE SEEKING INJUCTIVE RELIEF ON THE GROUND THAT THERE IS A CONTEMPORARY VIOLATION OF A NATURE LIKELY TO CONTINUE.

SUMMARY JUDGEMENT RELIEF REQUESTED:

① PLANTIFF REQUEST THAT M.D.O.C. IS ORDERED BY THIS COURT TO RELEASE PLANTIFF TO SPEND WHAT EVER TIME HE GOT LEFT ON THIS EARTH ALIVE WITH HIS FAMILY. THIS TIME AFTER PRISON SENTENCE WAS ASSURED UNTIL THE PLANTIFF WAS CONDEMNED TO A EARLY DEATH BY THE DEFENDANT. IT'S ONLY RIGHT FOR PLANTIFF TO STILL BE AFFORDED THAT TIME WITH HIS FAMILY! AND A CLEAN CRIMINAL RECORD TO RETURN TO SOCIETY WITH.

② PLANTIFF IS REQUESTING THAT THIS COURT ORDER BOTH PARTIES INTO MEDIATION TO REACH A SETTLEMENT OR PROCEED TO SCHEDULING A JURY TRIAL

③ PLANTIFF REQUEST THAT THIS COURT DENY ANY MOTION FOR DISMISSAL AND SUMMARY JUDGEMENT THAT THE DEFENDANT MAKES AS WELL ESTABLISHED FED. COURT RULES AND CASE LAW STATES: WHERE THERE IS A GENUINE DISPUTE OF MATERIAL FACTS THE WEIGHT OF THE EVIDENCE SHOULD ONLY BE CONSIDERED BY A FACT-FINDER AT TRIAL).

THE DEFENDANT SHOULDN'T BE REWARDED FOR HIS ABUSIVE, CRIMINAL AND UNCONSTITUTIONAL ACTIONS. WHAT IF IT WERE YOU OR YOUR CHILDREN - YOUR FAMILY THAT WAS TREATED LIKE THIS BY HIM, HOW WOULD YOU FEEL, WHAT WOULD YOU DO, WHAT KIND OF PROTECTION WOULD YOU NEED, THE DEFENDANT NEEDS NO BIAS PARTIALITY OR FAVORITISM AS IT ONLY ENCOURAGES HIM TO CONTINUE TO ABUSE INMATES AT HIS MERCY. WITLEY SUPRA 475 U.S. AT 320 JU STATE THAT THE COURT HAS ALREADY HELD THE HIGHEST SUBJECTIVE STANDARD KNOWN TO OUR EIGHTH AMENDMENT JURISPRUDENCE "MALICIOUS AND SADISTIC" ACTION "FOR THE VERY PURPOSE OF CAUSING HARM.

A PUNISHMENT IS NO LESS CRUEL OR UNUSUAL SIMPLY BECAUSE IT'S HARM IS UNINTENDED. IN VIEW OF THIS OBVIOUS FACT, THERE IS NO REASON TO BELIEVE THAT, IN ADOPTING THE EIGTH AMENDMENT, THE FRAMERS INTENDED TO PROHIBIT CRUEL AND UNUSUAL PUNISHMENTS ONLY WHEN THEY WERE INFLICTED INTENTIONALLY. THE FRAMERS UNDERSTOOD THAT CRUEL AND UNUSUAL PUNISHMENT CAN BE ADMINISTERED BY THE FAILURE OF THOSE IN CHARGE TO GIVE HEED TO THE IMPACT OF THEIR ACTIONS ON THOSE WITHIN THEIR CARE, JORDAN V. GARDNER 986 F2D 1521, 1544 (1AQ 1993).

THE PLANTIFF SEEKS DAMAGES IN THE AMOUNT OF $50,000,000.⁰⁰ FOR PHYSICAL INJURIES, $50,000,000.⁰⁰ IN DAMAGES FOR MENTAL ILLNESS INJURIES, AND FOR PUNATIVE DAMAGES $100,000,000.⁰⁰ THE PLANTIFF PRAYS THAT THIS COURT GRANT THE HERE IN REQUESTED RELIEF.

X RICHARDSON, LARRY
— PLANTIFF'S / MOVANT SIGNATURE

12·8·24
DATE

ALSO ATTACHED IS A LIST OF WITNESSES THAT WILL BE CALLED AND HAVE TO TESTIFY AS EXPERTS WHO TREATED PLANTIFF IN EVIDENCE ATTACH REPORTS THAT ARE HERE IN LISTED WITH THIS BRIEFS ARGUMENTS. SEE WITNESS LIST.

COPY HAS BEEN FORWARDED TO DEFENSE COUNSEL BY U.S. MAIL VIA ST. LOUIS CORR. FAC. PRISONER COUNSELOR USING EXPEDITED MAIL DISBURSIMENT ON 12·8·24

PAGE 6 OF 6

EXHIBIT 1) GRV. DATED 2/4/23 ON
DEFENDANT

WAS HOSPITALIZED FROM 1/27/23, TIL 2/4/23. TIMELY.
IF THIS GRV. ISN'T FILLED FOR ANY
REASON, I WILL PRESS CRIMINAL CHARGES!
(AGAINST THIS C/O)

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step ~~STAFF ONLY~~ Grievance Identifier: |_|_|_|_|_|_|_|_|_|_|_|_|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| RICHARDSON | 361671 | SLF | 2-109-0 | 1-27-23 | 2-9-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __1/27/23__

If none, explain why. AFTER THE C/O REFUSED TO CALL HEALTH CARE FOR MY CHEST PAINS, THE SARGENT THAT OVERSEEN THE 7:30 PM NATION OF ISLAM SERVICE ENTERED THE UNIT AND HE GOT ME SENT TO HEALTH CARE AND THE HOSPITAL AFTER C/O FAULKS REFUSED TO CALL HEALTH CARE FOR ME. I SPOKE WITH #6 SUBECK AND HE TALKED TO THE LUETENANT ABOUT IT ALSO. I'M NOW FILING A

State problem clearly. Use separate grievance form for each issue. Additional pages, using blank paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. THIS COMPLAINT IS SERVED ON C/O FAULKS FOR VIOLATING MY 8TH AMENDMENT RIGHT OF THE U.S. CONSTITUTION BY INFLICTING CRUEL AND UNHUSUAL PUNISHMENT ON ME WITH DELIBERATE INDIFFERANCE WHEN HE REFUSED TO CALL HEALTH CARE FOR ME ON 1/27/23, AFTER I INFORMED HIM THAT I WAS HAVING SEVER CHEST PAINS, I SHOVED HIM MY NITRO FOR MY HEART AND PLEAD WITH HIM FOR 35 MINATES AT THE DOOR OF THE BUBBLE AND ON B-WING BASE. HE REFUSED TO CALL, BY SAYING: "I SHOULD HAVE WENT TO HEALTH FROM THE RELIGUS SERVICE I JUST RETURNED FROM, HE DON'T CARE IF I DIE OR NOT, HE NOT CALLING HEALTH CARE FOR ME. HE THEN GAVE ME A DIRECT ORDER TO GO TO MY CELL. DUE TO (HIS) C/O FAULKS REFUSAL TO GET ME ANY MEDICAL ATTENTION, I WAS HOSPITALIZED, HAD "2" HEART ATTACKS ON 1/27/23 AND 1/29/23 FLAT-LINED/DIED FOR SEVERAL MINUTES AND HOSPITALIZED FOR 9 DAYS AT THE LOCAL HOSPITAL, MACLAREN IN LANSING AND U.OFM HOSPITAL IN ANN ARBOR; HIS DECISION INFLICTED/CONSTITUTED INHUMANE TREATMENT VIOLATING FARMER V. BRENNAN 325 U.S.; AND IT WAS A THREAT TO THE CUSTODY, SECURITY AND GOOD ORDER OF THE FACILITY.
RICHARDSON
Grievant's Signature
AS A RESOLUTION, I WANT HIM SUSPENDED W/O PAY FOR 60 DAYS AND ONLY ALLOWED TO WORK IN SEGRO TEN MONTHS. I ALSO WANT HIM TO BE RETRAINED OR I WILL PRESS CRIMINAL CHARGES, ENDING CAREER AND...

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No — If No, give explanation. If resolved, explain resolution.)

You can not write about
Rejected
Rewrite

Respondent's Signature _____ Reviewer's Signature
Williams

Respondent's Name (Print) ___ Working Title ___ Reviewer's Name (Print) ___ Working Title

| Date Returned to Grievant | If resolved at Step I, Grievant sign here. Resolution must be described above. Grievant's Signature | Date |
|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One. Goldenrod — Grievant

EXHIBIT   2) GRV. # SLF-23-03-023- 28 D
DATED 2/15/23, REJECTION NOTICE, NOTICE
OF GRV. RESTRICTION

3 PAGES

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _3-2-23_          Grievance Identifier: |S|L|F|-|2|3|-|0|3|-|0|2|3|1|-|R|8|D| |

> **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| RICHARDSON, LARRY | 361621 | JLF | 2-109-D | 2/12/23 | 2/15/23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _2/12/23_
If none, explain why. I KITED THE WARDEN 2/8 & 2/12/23, HE REFUSE TO RESPOND OR ACT, I SPOKE WITH THE CAPTAIN AND LUETENANT ON THE WALK, THEY SAID THEY'D INTERVENE BUT NEVER DID, NOTICE TO! ON LOOK K PARSONS - IF YOU FIND ANY REASON TO REJECT OR FILE ANY ONE OF THESE GRIEVANCES - YOU WILL BE HELD ACCOUNTABLE! RICHARDSON

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. THIS GRIEVANCE IS SERVED ON FALK ON THE WARDEN FOR DERELICTION OF DUTIES AND VIOLATION OF MY 8TH AMD U.S.C.A. RIGHTS LISTED IN FARMER V. BRENNAN 825 U.S. HIS DELIBERATE INDIFFERANCE TO MY LIFE AND SAFETY HAS PLACED ME AT RISK OF GREAT BODILY HARM AND DEATH BY REFUSING TO SUSPEND AND DISCIPLINE BOTH INSPECTORS AND C/O FALK WHEN I PLACED HIM ON NOTICE THAT THE INSPECTORS WOULDN'T INVESTIGATE OR ALLOW/ASSIST ME IN PROSECUTING C/O FALK FOR MY ATTEMPTED MURDER, AND WOULDN'T DISCIPLINE, SUSPEND, INVESTIGATE AND/OR REMOVE C/O FALK FROM HAVING ANY FORM OF SUPERVISION / CHARGE OVER MY LIFE AND SAFETY AFTER HE FORCED ME TO HAVE 2 HEART ATTACKS AND DIE BY REFUSING ME MEDICAL TREATMENT; EVEN AFTER I SENT WARDEN CARL, DW MATES, AND A.D.W OVER COPIES OF THE IA, OMBUDSMAN, AND CIVIL SERVICE COMP-LAINTS WITH THE COPY OF THE GRIEVANCES H HE (WARDEN) LEFT ME IN DANGER AND IN THE MIS-CARE OF FALK BECAUSE THE INSPECTORS CHOSE TO PROTECT HIM. INSTEAD OF INVESTIGATING AND ARRANGING A MEETING WITH THE STATE POLICE SO I CAN PRESS CHARGES AGAINST FALK, THIS IS A VIOLATION OF MY 14TH S.DR. UNDER THE LAW / DUE PROCESS RIGHTS AND 8TH AMD RIGHT TO BE FREE FROM CRUEL / UNUSUAL PUNISHMENT AND INHUMANE TREATMENT, FOR'S WI DELIBERATE INDIFFERENCE, THIS IS AIDING, ASSISTING AND ABETTING IN A CRIME AFTER RICHARDSON 361621
THE FACT AND CONSPIRACY / COVER-UP OF MY ATTEMPTED / _____ Grievant's Signature
MURDER WITH THE 2 INSPECTORS AND C/O FALK, DEPRIVING ME OF OR OBSTRUCTING JUSTICE
ACCESS TO THE COURTS AND LAW ENFORCEMENT THEREBY, OR OBSTRUCTING JUSTICE.

RESPONSE (Grievant Interviewed?  ☐ Yes  ☒ No   If No, give explanation. If resolved, explain resolution.)

_See attached_

_[signature]_          3/7/23        _[signature]_          3/6/23
Respondent's Signature          Date          Reviewer's Signature          Date
K. Parsons          CRR-10          C. Williams          ADW
Respondent's Name (Print)          Working Title          Reviewer's Name (Print)          Working Title

| Date Returned to Grievant 3/7/23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE:     3/2/2023

TO:     **RICHARDSON**     361621     LOCATION:  SLF     2-109

FROM:    Grievance Coordinator: ~~GC K. PARSONS~~ A/GC L___y

SUBJECT:  Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding     **prohibited language**
was received in this office on   3/2/2023      and was rejected due to the following reason:
**Your grievance is being returned to you without processing for the reason that you are in violation of OP-03.02.130. Per OP-03.02.130 grievances that contain profanity, threats of physical harm, or language which demeans the character of a staff member, or which demeans the race, ethnicity, physical appearance, sex, religion, or national origin of a staff member will not be processed.  This is a direct violation of policy and this Grievance is denied at Step I.**

**Per PD 03.02.130. J. 6. It contains profanity, threats of physical harm, or language that demeans the character, race, ethnicity, physical appearance, gender, religion, or national origin of any person, unless it is part of the description of the grieved behavior and is essential to that description. The grievant writes that if GC K. Parsons rejects any one of his grievances, she will be held accountable. This language is innapropriate and unecessary for the grievance process. This language could also be seen as a way to intimidate the grievance coordinator into processing grievances. This grievance is REJECTED at STEP I.**

Any future references to this grievance should utilize this identifier:  SLF  /   2023 /   03  /  0231   /  28D

You have submitted a grievance that has been rejected pursuant to PD 03.02.130, "Prisoner/Parolee Grievances". This is an attempt to redirect you to properly file and avoid being placed on Modified Access (MA). PD 03.02.130, "Prisoner/Parolee Grievances" is available in the law library.

**REASONS FOR REJECTION (PD 03.02.130, Paragraph J)** - Prisoners and parolees are required to file grievances in a responsible manner. A grievance shall be rejected by the Grievance Coordinator (GC) if:

1. It is vague, illegible, or contains multiple unrelated issues.
2. It raises issues that are duplicative of those raised in another grievance filed by the grievant.
3. The grievant is on modified access pursuant to Paragraphs JJ through NN and has filed a grievance in violation of those paragraphs.
4. The grievant did not attempt to resolve the issue with the staff member involved prior to filing the grievance unless prevented by circumstances beyond his/her control or if the issue falls within the jurisdiction of Internal Affairs in the Office of Executive Affairs.
5. The grievance is filed in an untimely manner. The grievance shall not be rejected if there is a valid reason for the delay; e.g., transfer.
6. It contains profanity, threats of physical harm, or language that demeans the character, race, ethnicity, physical appearance, gender, religion, or national origin of any person, unless it is part of the description of the grieved behavior and is essential to it.
7. Two or more prisoners and/or parolees have jointly filed a single grievance regarding an issue of mutual impact or submit identical individual grievances regarding a given issue as an organized protest.
8. The prisoner is grieving <u>content</u> of the policy or procedure except as it was specifically applied to the grievant. If a prisoner has a concern with the content of a policy or procedure, s/he may direct comments to the Warden's Forum as provided in PD 04.01.150 "Prisoner Housing Unit Representatives/Warden's Forum."
9. The prisoner is grieving a decision made in a Class I misconduct hearing or other hearings conducted by Administrative Law Judges (ALJ's) employed by the Michigan Department of Licensing and Regulatory Affairs (LARA), including property disposition and issues directly related to the hearing process (e.g., sufficiency of witness statements; timeliness of misconduct review; timeliness of hearing). Prisoners are provided an appeal process for Class I decisions pursuant to PD 03.03.105 "Prisoner Discipline."
10. The prisoner is grieving a decision made by the Parole Board to grant, deny, rescind, amend or revoke parole, or not to proceed with a lifer interview or a public hearing. This includes grieving the tools (scoring weights and ranges) utilized in developing guideline scores. However, a prisoner may challenge the calculation of his/her parole guideline score, including the accuracy of the information used in calculating the score by filing a grievance.
11. The prisoner is grieving a decision made in a Class II or Class III misconduct hearing, including property disposition, and issues directly related to the hearing process (e.g., sufficiency of witness statements, timeliness of misconduct review, timeliness of hearing). Class II and Class III decisions may be appealed pursuant to PD 03.03.105 "Prisoner Discipline".
12. The prisoner is grieving issues not within the authority of the Department to resolve (e.g., disputes between a prisoner and an MDOC contractor, etc.). The grievant shall be told who to contact in order to attempt to resolve the issue, if known.
13. The prisoner is grieving the result of a Risk Assessment Instrument (e.g., COMPAS) or Transition Accountability Plan (TAP). However, a prisoner may challenge the accuracy of the information used in assessments, including in the TAP.
14. The prisoner is seeking reimbursement for property loss or damage that must be submitted pursuant to PD 03.02.131 "Prisoner State Administrative Board Property Claims."

**Please note that:** *I WAS PUT ON "GRIEVANCE RESTRICTION"*
- If you continue to file grievances that are <u>rejected</u>, you may be placed on "Modified Access" (MA) pursuant to the policy.
- Modified Access (MA) is not a punitive action, but an attempt to educate you to the process of properly filing.
- While you are on MA you must request a grievance form from your GC who will provide the form if your grievance is not rejectable pursuant to policy.
- While on MA, grievances may be submitted regarding alleged violations of policy or procedure or alleged unsatisfactory conditions of confinement which directly affect you, including alleged violations of PD 03.02.130 and its related procedure.
  o **Grievances must contain only one grievable issue per CSJ-247A form and must be summarized on the form.**
  o Include details (**when/where/how**) of your attempt to resolve with the proper staff.
  o Include details of what you are grieving (**who/what/where/when**), and the resolution you seek.
  o **Be brief and to the point. Avoid extraneous information and use forms properly.**
- Grievances submitted that do not violate PD 03.02.130 will be processed as usual, however, if you further violate PD 03.02.130 you are subject to extensions of your Modified Access status.
- **YOUR MODIFIED ACCESS STATUS MAY NOT BE GRIEVED.** *GRIEVANCE RESTRICTION ALL GRIEVANCES ARE REJECTED*

| | | |
|---|---|---|
| **Prisoner Last Name:** Richardson | **Prisoner Number:** 361621 | **Lock/Location:** 2-109D |
| **Grievance Coordinator:** A/GC J. LEVY | **GC Signature:** *[signature]* | **Date:** 3/2/2023 |
| **Date Sent to Prisoner:** 3/2/2023 | **Grievance ID#:** SLF--23-03-0231-28D | |

EXHIBIT 3) APPEAL FORM REQUEST DATED 3/7/23

# GRIEVANCE APPEAL REQUEST

**DATE:**        March 7, 2023

**PRINT YOUR NAME**:

**FROM:**        K. PARSONS, GRIEVANCE COORDINATOR
St. Louis Correctional Facility

**SUBJECT:**    Attached Step I Grievance Response with Step 1 copies.

Attached is your Step I grievance response with three copies of all required paperwork.  Check the **YES** box if you'd like a Step 2 Appeal form.  **COMPLETE THIS FORM** with your grievance number, printed name and number and then sign and date the bottom of this form indicating the receipt of all proper paperwork.  **RETURN THIS FORM ONLY DO NOT SEND YOUR STEP ONE OR REPSPONSE WITH THIS FORM!******NOTE*****THIS IS AN AUTOMATIC FORM, SENT WITH ALL STEP I RESPONSES.  IF YOU HAVE ALREADY REQUESTED AND RECEIVED YOUR STEP II YOU DO NOT HAVE TO SUBMIT THIS FORM AGAIN.**

**PUT YOUR GRIEVANCE IDENTIFIER NUMBER BELOW IF YOU WANT AN APPEAL**

~~STEP~~ *GREIVANCE WROTE ON 2-4-23/REWROTE ON 2/15/23 WITH* **[X] YES**
*WARDEN ADDED - BOTH REJECTED AND I'M PUT ON GRIEVANCE RESTRICTION NOW - ALL GRV'S*
**Only Return If You Want A Step 2!!** *I WROTE ARE NOW BEING REJECTED OR IGNORED*
*PURSIANT TO GRV REJECTION SLF 23-03-0-3- 28 D*

**YOUR SIGNATURE BELOW STATES THAT YOU HAVE RECEIVED YOUR STEP I RESPONSE AND THE REQUIRED THREE COPIES.**

**Signature**            **Number**            **Lock**            **Date**
RICHARDSON            301621            2.109.D            3.7.23

*YOU MUST SIGN YOUR REQUEST FOR APPEAL FORM IN INK.*

## DO NOT WRITE BELOW THIS LINE

Date Appeal Form Sent

EXHIBIT 4) STEP II AND III GRIEVANCE ON DEFENDANT

STEP II AND III GRIEVANCE FOR 1-27-23 GRV ON 4/0 FALK

ON 1-27-23, I FILED A GRIEVANCE AGAINST 4/0 FALK FOR INFLICTING CRUEL AND UNUSUAL PUNISHMENT AND INHUMANE TREATMENT ON ME BY DENYING ME MEDICAL TREATMENT VIOLATING MY 8TH AMENDMENT RIGHT AND P.D. 03.04.125 AND P.D. 03.03 130 SEC H STATES ALL SERIOUSLY ILL PRISONERS SHALL RECEIVE PROMPT MEDICAL ATTENTION - AND P.D. 03.03 130 SEC K #3 WHICH STATES ANY ACT OR WILLFUL NEGLECT THAT INJURES OR IMPAIRS THE HEALTH OF A PRISONER IS STRICKLY PROHIBITED! 4/0 FALK REFUSED TO GET HEALTH CARE TO CALL ME OUT FOR EMERGENCY MEDICAL TREATMENT WHEN I REPORTED TO HIM THAT I WAS HAVING CHEST PAINS ON 1/27/23, HE NEVER CALLED AT ALL - I HAD 2 HEART ATTACKS, FLATLINED / DIED FOR SEVERAL MINUTES, WAS HOSPITALIZED AT 3 HOSPITALS FOR 9 DAYS AND NOW HAVE TO HAVE HEART SURGERY DUE TO THE DAMAGE MY HEART SUSTAINED WHICH THE CAR-DIOLOGIST ASSURED ME WOULD HAVE BEEN AVOIDED IF I WOULD HAVE RECEIVED IMMEDIATE MEDICAL ATTENTION AS SOON AS I REPORTED IT AS USUAL. THIS 4/0 HAS BEEN ON SEVERAL HOSPITAL VISITS WITH ME/ ESCORT - SECURITY AND WAS WELL AWARE OF THE SERIOUSNESS OF MY CONDITION WITH MY HEART, WHEN HE TOLD ME HE DID CARE IF I LIVED OR DIED, THAT CONSTITUTED DELIBERATE INDIFFERANCE, NOW I RECEIVED THE STEP I GRIEVANCE BACK ON 3/19/23 TELLING ME TO REWRITE IT SO I RESUBMITED A NEW GRV ON 4/0 FALK AND HAS NEVER GOT ANY RESPONSE BUT ON 3/14/23 I WAS THREW IN SEGREGATION BY DEFENDANT K. PARSONS (GRV. COORDIN-ATOR) AND PUT ON GRIEVANCE RESTRICTION IN RETALIATION AGIANST ME FOR FILLING THIS LAWSUIT AGIANST HER AND 4/0 FALK AND AT THAT TIME, THE CARBON COPY OF BOTH THE REJECTED AND SECOND STEP I ~~GRIEVE~~ GRIEVANCES I FILED/REFILED WAS TAKEN TO IMPEED MY ABILITY TO EXHAUST MY ADMINISTRATIVE REMEDIES AND FILE CIVIL SUIT IN COURT SO I HEREBY COMPLETE FULL AND COMPLETE EXHAUSTION IN COMPLIANCE WITH PLRA. BY FILING THIS STEP II / III WITH THE WARDEN'S OFFICE AND MAILING AN ORIGINAL COPY TO THE GRV. OFFICE IN LANSING / M.D.O.C. DIRECTOR'S DEPT; I HAVE DISCHARGED MY LEGAL-OBLIGATION IN DOING SO.

C.C.: ATTORNEY
    WARDEN
    M.D.O.C. GRV. DEPT.
    FAMILY

X ___RICHARDSON___ 361621  3/27/23
    SIGNATURE   NUMBER  DATE

ST. LOUIS CORR. FACILITY

GRIEVANCE ID # SLF-23-03-0231-28D WAS LISTED ON TOP BUT CUT OUT OF COPY

EXHIBIT 5) LETTER TO GRV. DEPT. ADMNSIRATOR DATE 4/27/23

FROM: DEPT. ADMIN...

TO: M. RICHARDSON 361621    ST. LOUIS CORR. FACILITY
DATE: 4·23·23

I FILED A STEP II WITH THE WARDEN HERE AND HE NEVER RESPONDED, SO I SENT THAT WITH THE STEP III TO YOUR OFFICE FOR FILING AND RECEIVED NO RESPONSE OR EVEN A RECEIPT - M.D.O.C HAS BEEN TRYING TO COVER THIS UP FROM THE INCEPTION OF THE INITIAL GRIEVANCES, OMBUDSMAN OFFICE AND CIVIL SERVICE COMMISSION COMPLAINTS I FILED AGAINST C/O FALK FOR HIS DENIAL OF MEDICAL TREATMENT CAUSING ME TO HAVE MULTIPLE HEART ATTACKS AND DIE ON 1·27·23. & 5·23 AND NEED/HAVE MULTIPLE HEART SURGERIES AND ONGOING MEDICAL TREATMENT/MEDICATIONS FOR THE REST OF MY LIFE BECAUSE OF WHAT HE DID!

STOP TRY'N TO FUCK UP MY LAWSUIT BY ATTEMPTING TO MAKE IT APPEAR AS IF I DIDNT (ATTEMPT) EXHAUST MY AD-MINISTRATIVE REMEDIES IN COMPLIANCE WITH P.L.R.A AND M.D.O.C. 130.

SEND ME MY REGISTRATION AND/OR RESPONSE IMMEDIATELY.

X Richardson 361621 4·23·23

C.C.: ATTY FOR DISCOVERY
INT. AFF DEPT
ATTORNEY TO ISSUE ... ...
FBI DEPT OF JUST.

EXHIBIT 6) LETTER TO:
INTERNAL AFFAIRS DEPARTMENT DATED 5/15/23

TO, INTERNAL AFFAIRS SECTION MANAGEMENT
M.D.O.C. H.Q. LANSING

FROM, Mr. RICHARDSON 361621   5.15.23
RE'D ATTACHED LETTER SENT TO LANSING GRV DEPT ADM. ABOUT ST. D I & III ON G. FALK

I FILED A STEP I GRIEVANCE ON Mr FALK FOR LETTING ME HAVE TREATMENT, THIS WAS DENIED ON 1/27/23 GRIEVANCE TO LET ME GET MEDICAL FACILITY, I WAS PUT IN SEGREGATION AND ON GRIEVANCE RESTRICTION SO THE STEP II WAS COMPLETELY IGNORED SO I SENT A COPY OF STEP I & II ATTACHED TO THE STEP III TO THAT GRIEVANCE ON S/O FALK AND NEVER GOT AN ANSWERED DOCUMENT OR RESPONSE SO PLEASE CONTACT THE DEPARTMENT OF GRIEVANCE IN M.D.O.C. HEADQUARTERS AND MAKE THEM COMPLETE THE GRIEVANCE PROCESS SO I CAN MOVE FORWARD WITH THE LAWSUIT THANK GREATLY.

THANK YOU

X RICHARDSON 361621  5. 15. 23
ADMN DEPT

ATTACHED 4.22.23 LETTER TO
GRIV DEPT.
C.C. ON FILE
I.A. COMPLAINT
F.O.I. DEPT OF JUST

EXHIBIT 7) LETTER FROM:
INTERNAL AFFAIRS DEPT. KEVIN SMITH DATED-
7/6/23



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

HEIDI E. WASHINGTON
DIRECTOR

July 6, 2023

Larry Richardson #361621
c/o ST. LOUIS CORRECTIONAL FACILITY

RE: AIM #44012

Dear Larry Richardson,

Your complaint from Feb/2023 regarding employee FALK has been investigated and found to lack sufficient information, or evidence, to support your allegation(s).

Thank you for bringing your complaint to our attention.

Sincerely,

*Kevin Smith*

Kevin Smith, Manager
Internal Affairs Section
Department of Corrections

KS/rs

cc:    Warden Christiansen
       Assistant Deputy Director Dodds-Dugan

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-602
REV. 1/08
4835-3602

# LEGAL PHOTOCOPY DISBURSEMENT AUTHORIZATION

**Please PRINT clearly. Illegible and/or incomplete forms will not be processed.**

| 11·30·23 | C 77 | ZCF |
|---|---|---|
| Filing Deadline Date | Lock | Facility |

| ▉▉▉▉▉ | ▉▉▉▉▉ |
|---|---|
| Prisoner Number | Prisoner Name (Print Clearly) |

☑ New Case    ☑ Case Number 2:23 CV·10488    ☐ Court U.S. DIST.    ☐ Legal Research

| Item(s) to be Photocopied | No. Pages | No. of Copies to be Made | $.10 per copy (2- sided copies will be $0.20) Subtotal | Is the complaint or other document for which these copies are required attached? If yes, please Identify. If no, cite court rule or attach explanation | |
|---|---|---|---|---|---|
| 1. Brief in Response to Defendant Summ. | 4 | 4 | 1.60 | ☐ Yes  ☐ No | |
| 2. | 6 | 4 | 2.40 | ☐ Yes  ☐ No | |
| 3. | 6 | 4 | .80 | ☐ Yes  ☐ No | |
| 4. | | | .20 | ☐ Yes  ☐ No | |
| 5. | | | .20 | ☐ Yes  ☐ No | |
| 6. | | | .80 | ☐ Yes  ☐ No | |
| 7. | | | .20 | ☐ Yes  ☐ No | |
| 8. | | | | ☐ Yes  ☐ No | 3.60 |

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

## Authorization Denied Because:

☐   Inadequate funds, and does not qualify for a legal photocopy loan.

☐   The following additional information is needed to process this request:

_____

☐   Other: _____

_____

**Only Business Office Staff Are to Write in the Section Below**

| Obligation Amount | | Actual Expense | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Date Posted: _____

Processed By
(Print Name & Title): _____    Signature: _____

DISTRIBUTION:    ☐ Prisoner Accounting    ☐ Prisoner    ☐ Copy Center    ☐ Prisoner

# SUMMARY JUDGMENT MOTION'S

# EVIDENCE

MEDICAL REPORTS / HOSPITAL RECORDS

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Richardson, Larry | | Off #: | 0361621 |
| Date of Birth: | 04/23/1978 | Sex: M | Facility: | MRF |
| Note Date: | 10/26/2022 13:41 | Provider: Price, Nikkida [NP] | Unit: | HU#4 |

Admission Note encounter performed at Inpatient Medical.

**Administrative Notes:**

ADMINISTRATIVE NOTE  1          Provider:  Price, Nikkida [NP]

Daily Inpatient Clinical Note(s) from McLaren Greater Lansing

Late entry due to notification being sent after business hours

10/26/22: CM REVIEW: IP DAY 1, SU DAY          *[handwritten: BI - POLAR HST]*          *[handwritten: CARDIAC CONDITION]*
S: CC: dizziness, nausea and vomiting x 1 day
O: PER H & P: 44-year-old male with medical history significant for bipolar disorder, SVT, Wolff-Parkinson-White syndrome, left bundle branch block and nonischemic cardiomyopathy.
--He developed dizziness and nausea/vomiting yesterday 10/25/22.  Symptom onset was sudden.  His symptoms were constant and lasted all day.  Nothing make symptoms better or worse.  He did admit that he has been dealing with similar symptoms in the last couple weeks but it was intermittent at that time.  He was taken to health care and sent to the ED.  He was found to have an AKI as well as bradycardia.
--Found to have NICM 1 month ago.  He has been taking entreso and amiodarone since then.  He says they have been trying to start farxiga and metoprolol as well but he has not been given these medications by MDOC.
-T: 36.6 Å°C HR: 49  RR: 17  BP: 105/65  SpO2: 96%  HT: 167 cm  WT: 76 kg  WT: 76.000 kg
A/P: 1. AKI -Could be due to entreso plus poor oral intake with nausea and vomiting.  Will hold for now
I do not have any recent labwork, I ordered labs to look at renal function
2. Non-ischemic cardiomyopathy -LVEF of 10-15%          *[handwritten: EJECTION FRACTURE AMOUNT OF BLOOD THE HEART SENDS OUT TO BODY! SUPPOSE TO BE 60-65%]*
Hold entresto due to AKI
Hold Metoprolol due to bradycardia
Will add farxiga 10 mg
See about adding aldactone if BP allows
Needs 3 month follow up echo in december
He requests a regular diet over a cardiac diet
3. Chronic HFrEF (heart failure with reduced ejection fraction) as above
4. Bipolar disorder, unspecified -risperidone
5. Wolff-Parkinson-White syndrome -With prior episodes of SVT
Recent cardiology office note reviewed
Amiodarone was decreased to 100 mg daily./cew.rn

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Price, Nikkida [NP] on 10/27/2022 13:42

# Michigan Department of Corrections
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Richardson, Larry | | Off #: | 0361621 |
| Date of Birth: | 04/23/1978 | Sex: M | Facility: | MRF |
| Note Date: | 10/27/2022 09:26 | Provider: Price, Nikkida [NP] | Unit: | HU#4 |

Admission Note encounter performed at Inpatient Medical.

**Administrative Notes:**

ADMINISTRATIVE NOTE　1　　　Provider: Price, Nikkida [NP]

*HST. OF*

*HRT FAILURE*

Daily Inpatient Clinical Note(s) from McLaren Greater Lansing

Late entry due to notification being sent after business hours

10-27-22 CM review MGL EMR: Day 2

S: Per telemetry review it appears the patient's heart rate was in the 30s throughout the night. Patient is asymptomatic at this time and heart rate increased to 60 bpm while speaking to the patient. He states that initially he also experienced palpitations prior to being admitted. Of note he states that he was discharged on Toprol as well as Farxiga which was not continued at his facility. It appears that amiodarone was continued at 200mg daily. Due to recent episode of palpitations and now bradycardia, will consult cardiology. Patient complaining of constipation states he has not had a bowel movement in several days. Patient continues to produce flatus. Will order bowel regimen.

O: TMAX: 36.8 Â°C (Oral) HR: 64 (Peripheral) RR: 16 BP: 105/69 SpO2: 98%

Assessment/Plan 1. AKI (acute kidney injury)
2. Non-ischemic cardiomyopathy
3. Chronic HFrEF (heart failure with reduced ejection fraction)
4. Bipolar disorder, unspecified
5. Wolff-Parkinson-White syndrome
Orders:
amiodarone, 200 mg = 1 tabs, Oral, Tab, Daily, First Dose: 10/27/22 9:29:00 EDT Consult to Cardiology ECG 12 Lead (93005 / 93010) hs-cTnT (High Sensitivity Troponin T) (M) hs-cTnT (High Sensitivity Troponin T) 2 hour (M) hs-cTnT (High Sensitivity Troponin T) Initial (M)
Presyncope: Patient initially states that he had lightheadedness and dizziness with associated palpitations and nausea that brought him to the hospital. At this time patient's telemetry reveals sinus bradycardia with a heart rate of a low of 38 bpm. EKG on 10/24/2022 shows sinus rhythm with right bundle branch block morphology. Patient was prescribed Toprol-XL 25 however states that he has not been taking it at his facility as he has not been given his beta-blocker. Due to significant bradycardia and risk factors including WPW, previous episode of SVT and nonischemic cardiomyopathy we will consult cardiology for further evaluation and medication management. Patient had plans for repeat echocardiogram in December as well as possible consideration for ablation/defibrillator. Will order repeat EKG. unlikely ischemic in nature as patient had a recent left heart catheterization on 8/30/2022 that showed no coronary artery disease.
Bradycardia: Patient appears to be bradycardic on telemetry at 38 bpm. Appears to be sinus bradycardia. Patient was previously prescribed Toprol-XL as part of GDMT for HFrEF however has not been getting it at this facility. Patient is currently asymptomatic and other vital signs are stable. Patient is on risperidone for bipolar disorder, bradycardia noted as a very rare side effect.
HFrEF: Patient has HFrEF secondary to nonischemic cardiomyopathy with an EF of 10 to 15%. Patient is NYHA class I/ACC stage C heart failure. Unclear etiology of cardiomyopathy. Patient was on Entresto 48/51 mg was recently increased by cardiology. Patient initially presented with an AKI, Entresto was discontinued at that time. At this time patient's blood pressures ranging from 100 mmHg systolic to 130 mmHg systolic. Patient was also started on Toprol-XL 25 mg daily as well as Farxiga 10 mg daily as part of GDMT for heart failure. He has not been receiving these medications at his facility. Farxiga has been restarted while inpatient. Cardiology has been consulted for further medical management. Patient is currently not in an exacerbation of heart failure.

ADMINISTRATIVE NOTE　2　　　Provider: Price, Nikkida [NP]

Daily Inpatient Clinical Note(s) from McLaren Greater Lansing

Late entry due to notification being sent after business hours

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: | Richardson, Larry | | Off #: | 0361621 |
| Date of Birth: | 04/23/1978 | Sex:     M | Facility: | MRF |
| Note Date: | 10/28/2022 16:23 | Provider:   Price, Nikkida [NP] | Unit: | HU#5 |

Admission Note encounter performed at Inpatient Medical.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Price, Nikkida [NP]

Daily Inpatient Clinical Note(s) from McLaren Greater Lansing

Late entry due to notification being sent after business hours

10-28-22 CM review MGL EMR:  Day 3

S:  Patient was seen and examined at bedside. Patient is resting comfortably no acute distress. Patient is amiodarone has been discontinued and metoprolol succinate has been initiated 12.5 mg daily. Patient is currently on Entresto 24/26 mg. Patient's heart rate is stable between 50 and 60 bpm. Blood pressure stable as well.

O:TMAX: 36.9 Â°C (Oral) HR: 76 (Peripheral) RR: 18 BP: 136/69 SpO2: 96%

Assessment/Plan 1. Pre-syncope
2. Bradycardia
3. AKI (acute kidney injury)
4. Non-ischemic cardiomyopathy
5. Chronic HFrEF (heart failure with reduced ejection fraction)
6. Bipolar disorder, unspecified
7. Wolff-Parkinson-White syndrome
Orders:
acetaminophen, 650 mg = 2 tabs, Oral, Tab, Q4H, PRN pain, mild (1-3 on pain scale), First Dose: 10/28/22 10:27:00 EDT ECG 12 Lead (93005 / 93010) hs-cTnT (High Sensitivity Troponin T) 2 hour (M)
Presyncope: Patient initially states that he had lightheadedness and dizziness with associated palpitations and nausea that brought him to the hospital. At this time patient's telemetry reveals sinus bradycardia with a heart rate of a low of 38 bpm. EKG on 10/24/2022 shows sinus rhythm with right bundle branch block morphology. Patient was prescribed Toprol-XL 25 however states that he has not been taking it at his facility as he has not been given his beta-blocker. Due to significant bradycardia and risk factors including WPW, previous episode of SVT and nonischemic cardiomyopathy we will consult cardiology for further evaluation and medication management. Patient had plans for repeat echocardiogram in December as well as possible consideration for ablation/defibrillator. Will order repeat EKG. unlikely ischemic in nature as patient had a recent left heart catheterization on 8/30/2022 that showed no coronary artery disease.
Bradycardia: Patient was previously prescribed Toprol-XL as part of GDMT for HFrEF however has not been getting it at this facility. Patient is currently asymptomatic and other vital signs are stable. Patient is on risperidone for bipolar disorder, bradycardia noted as a very rare side effect. Bradycardia has appeared to have improved.
HFrEF: Patient has HFrEF secondary to nonischemic cardiomyopathy with an EF of 10 to 15%. Patient is NYHA class I/ACC stage C heart failure. EF improved to 3035% on recent limited echocardiogram. Patient was also started on Toprol-XL 25 mg daily as well as Farxiga 10 mg daily as part of GDMT for heart failure. He has not been receiving these medications at his facility. Farxiga has been restarted while inpatient. Cardiology has been consulted for further medical management. Patient is currently not in an exacerbation of heart failure. Entresto 24-26 started. Cardiology started Toprol XL 12.5 mg for cardiomyopathy and heart failure.
Acute kidney injury: Currently resolved
Wolff-Parkinson-White syndrome: Patient was diagnosed with WPW with episodes of SVT on previous hospital admission. Patient to continue on amiodarone per previous EP office visit note. Amiodarone discontinued. Will be reevaluated in December for possible ablation/defibrillator.
Bipolar disorder: Continue risperidone

*[handwritten margin notes: "HEART FAILURE", "HEST OF HOST VSS"]*

Offender Name: Richardson, Larry | | Off #: 0361621
Date of Birth: 04/23/1978 | Sex: M | Facility: MRF
Encounter Date: 10/30/2022 22:41 | Provider: Najor, Amelia [AN3] RN | Unit: HU#4

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/30/2022 | 23:08 MRF | 96 | | Najor, Amelia [AN3] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/30/2022 | 23:08 MRF | Unavailable | 0.0 | | Najor, Amelia [AN3] RN |

**Exam:**

**Cardiovascular**

**Arterial Pulse**

No: Normal

**Auscultation**

Yes: Normal S1 and S2

No: Regular Rate and Rhythm (RRR)

**Observation**

Yes: Bradycardia

*HOSPT.*

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate returned from McLaren Lansing after being sent out on 10/25 for heart palpitations. He was given instructions to metoprolol ER 25mg po qd, spironolactone 25 mg po qd, and dapagliflozin 5mg qd as well as to stop taking amiodarone 200mg tablet. He is to follow up with electrophysiologist Dr. Mohammad Kanjwal within 2-4 weeks, as well as follow up with primary care within a week. On exam he had no complaints, was alert and oriented. His vital signs were stable with the exception of some bradycardia which was noted in his chart recently.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | Farxiga Oral Tablet 5 MG | 10/30/2022 22:41 | 10/30/2022 | | 5 mg By Mouth daily x 30 day(s) |
| | Metoprolol Succinate ER Oral Tablet Extended Release 24 Hour 25 MG | 10/30/2022 22:41 | 10/31/2022 | | 25 mg By Mouth daily x 30 day(s) |
| | Spironolactone Oral Tablet 25 MG | 10/30/2022 22:41 | 10/31/2022 | | 25 mg By Mouth daily x 30 day(s) |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 4005220 82 | Amiodarone HCL Oral Tablet 200 MG | 10/30/2022 22:41 | 10/30/2022 | | 1 TAB BY MOUTH EVERY MORNING X 90 DAY(S) -- ACMO APPROVED EXP 12/2/2022 |

Discontinue Type: *Immediate*

Discontinue Reason: *Provider Discontinued*

Indication:

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP UNR | 10/31/2022 00:00 | Medical Provider |

Inmate returned from McLaren Lansing, his new orders included discontinuing amiodarone, adding Farxiga 5 mg daily, metoprolol ER 25 mg daily, spironolactone 25 mg daily.

# Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: Richardson, Larry | | Off #: 0361621 |
| Date of Birth: 04/23/1978 | Sex: M | Facility: SLF |
| Encounter Date: 12/02/2022 13:25 | Provider: Lenneman, Joshua [JL13] | Unit: unit 2 |

Urgent/Emergent encounter performed at Clinic.

**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1**        Provider: Lenneman, Joshua [JL13] RN

Chief Complaint:   Chest Pain

Subjective:     Inmate c/o chest pain feels like pressure in chest s/p 3 self administration of Nitro 5 minutes apart. After last nitro pain remained a 3-4/10. Extensive cardiac hx see ROS.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Cardiovascular**

**General**

Yes: Angina, Palpitation, Hx of CAD, Hx of Hypertension, Hx of Heart Disease, Hx of Hyperlipidemia
No: Normal, Cough, Edema, Exertional dyspnea, Orthopnea, Syncope, Hx of CVA (Stroke), Hx of TIA, Hx of Heart Surgery, Hx of Phlebitis, Hx of Murmur

**Endocrine**

**General**

Yes: Normal
No: Hx of Diabetes, Hx of Thyroid Dx

**General**

**Constitutional Symptoms**

Yes: Fatigue
No: Dizziness

**History**

**Personal Medical**

Yes: Personal Medical History Documented in Comment Box, Medical Conditions Related to Encounter, Describe Symptoms, When did symptoms begin, What makes symptoms worse, What makes symptoms better
HX, LBBB, Atrial Flutter, cardiomyopathy, had ablation previous sched. and missed.

**Nursing Exam**

**Review of Nutrition and Vital Signs**

No: Caffeine Intake in Last 24 Hours

**Psychiatric**

**General**

Yes: Anxious
No: Normal, Sleep Impaired

Offender Name: Richardson, Larry         Off #:   0361621
Date of Birth:   04/23/1978      Sex:    M         Facility: SLF
Encounter Date: 12/02/2022 13:25     Provider: Lenneman, Joshua [JL13]   Unit:    unit 2

## Exam:

No: Non-Pitting Edema, Pitting Edema

**Pulmonary**

**Observation/Inspection**

Yes: Normal

No: Respiratory Distress

**Skin**

**General**

No: Dry, Clammy, Cool, Diaphoretic

## ASSESSMENT:

Risk for decreased cardiac tissue perfusion

Acute pain

Ineffective peripheral tissue perfusion

## PLAN:

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Offsite-ER | | Urgent (review within 72 hours) | No | |

Subtype:

MidMichigan Health, Gratiot

*HOSPITALIZED*

Reason for Request:

Sent Mid Michigan Gratiot, 12/2/22, by ambulance, for chest pain s/p 3 nitro

Provisional Diagnosis:

Angina

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 12/02/2022 00:00 | Medical Provider |

Sent to Hospital for angina s/p 3 nitro. Extensive cardia hx.

**Disposition:**

Education Provided

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/02/2022 | Counseling | Access to Care | Lenneman, Joshua | Verbalizes Understanding |

**Co-Pay Required:**     No      **Cosign Required:**   No

**Telephone/Verbal Order:**   No

**Standing Order:**      No

Completed by Lenneman, Joshua [JL13] RN on 12/02/2022 15:13

Offender Name: Richardson, Larry | | Off #: 0361621
Date of Birth: 04/23/1978 | Sex: M | Facility: SLF
Encounter Date: 12/02/2022 21:13 | Provider: Maxon, Felicia [FM1] RN | Unit: unit 2

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 12/02/2022 | 21:14 SLF | 16 | Maxon, Felicia [FM1] RN |

*LOW HEART BEAT*

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 12/02/2022 | 21:14 SLF | 142/95 | | | | Maxon, Felicia [FM1] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 12/02/2022 | 21:14 SLF | 97 | Room Air | Maxon, Felicia [FM1] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 12/02/2022 | 21:14 SLF | Unavailable | 0.0 | | Maxon, Felicia [FM1] RN |

**Exam:**

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|----------|----------------|---------------------|
| Chart Review | 12/05/2022 00:00 | Medical Provider |
| returned from ER | | |

Disposition:

Education Provided
Kite PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 12/02/2022 | Counseling | Access to Care | Maxon, Felicia | Verbalizes Understanding |

**Co-Pay Required:** No  **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Maxon, Felicia [FM1] RN on 12/02/2022 21:20


**McLaren**

CENTRAL MICHIGAN

# 361621

RICHARDSON, LARRY

**Transthoracic Echo Report**

McLaren Central Hospital
1221 South Drive
Mt. Pleasant, Michigan 48858
Phone: 989-772-6731
Fax: 989-772-6851

| | |
|---|---|
| Exam Date: 12/16/2022 13:37 | Ordering Physician: Kanjwal, Mohammad Khalil Khalil (mkanjwal) |
| Age: 44   Gender: M | Exam Location: CNT-Echo | Referring Physician: Kanjwal, Mohammad Khalil Khalil (mkanjwal) |
| DOB: 04/23/1978 | Ht (in):   Wt (lb): | Technologist: Natzel, Cody RDCS |
| MRN: 300001591405 | Account Number: 70000006053833 | |

RECEIVED
JAN 03 2023
SLF MEDICAL RECORDS

Procedure CPT:   93303

Indications:   Arrhythmia(s), Symptomatic

BP:   /   HR:   Rhythm:   Sinus

Technical Quality:   Good

## MEASUREMENTS

| 2D ECHO Measurement | | (Male / Female) Normal Values | | | |
|---|---|---|---|---|---|
| LV Diastolic Diameter PLAX | 6.0 cm | 4.2 - 5.9 / 3.9 - 5.3 cm | RV Internal Dim RD PLAX | 2.5 cm | 1.0 - 3.9 cm |
| LV Systolic Diameter PLAX | 4.3 cm | 2.1 - 4.0 cm | LVOT Diameter | 2.0 cm | |
| IVS Diastolic Thickness | 1.1 cm | | LA Systolic Diameter LX | 3.4 cm | 3.0 - 4.0 / 2.7 - 3.8 cm |
| LVPW Diastolic Thickness | 1.0 cm | | LV Ejection Fraction MOD 4C | 59.0 % | |
| LV Relative Wall Thickness | 0.3 | | LV Ejection Fraction 4C AL | 60.5 % | |
| M-MODE Measurement | | | | | |
| LA Systolic Diameter MM | 2.4 cm | | AV Cusp Separation MM | 2.0 cm | |
| DOPPLER Measurement | | | | | |
| AV Peak Velocity | 125.0 cm/s | | Mitral E to A Ratio | 0.7 | |
| AV Peak Gradient | 6.3 mmHg | | MV Area PHT | 1.6 cm² | |
| AV Mean Velocity | 103.0 cm/s | | TR Peak Velocity | 176.3 cm/s | |
| AV Mean Gradient | 4.2 mmHg | | TR Peak Gradient | 12.4 mmHg | |
| LVOT Peak Velocity | 88.8 cm/s | | Pulmonary Artery Systolic Pressure | 22.4 mmHg | |
| LVOT Peak Gradient | 3.2 mmHg | | Right Ventricular Systolic Pressure | 22.4 mmHg | |
| LVOT Velocity Time Integral | 15.5 cm | | PV Peak Velocity | 109.0 cm/s | |
| AV Area Cont Eq vti | 2.4 cm² | | PV Peak Gradient | 4.8 mmHg | |
| AV Area Cont Eq pk | 2.2 cm² | | LV E' Lateral Velocity | 14.4 cm/s | |
| Isovolumic Relaxation Time | 74.0 ms | | Mitral E to LV E' Lateral Ratio | 3.1 | |
| Mitral E Point Velocity | 45.0 cm/s | | LV E' Septal Velocity | 10.1 cm/s | |
| Mitral A Point Velocity | 63.1 cm/s | | Mitral E to LV E' Septal Ratio | 4.5 | |

**Study Description:**   2D Echo Complete with Color Flow and Spectral Doppler assessment

## FINDINGS

**Left Ventricle**   Normal left ventricular size, wall thickness, systolic function with no obvious regional wall motion abnormalities. The ejection fraction is visually estimated at 60 %. Abnormal relaxation filling pattern of the left ventricle for age (stage I diastolic dysfunction).

**Right Ventricle**   The right ventricle is normal in size and function.

**Right Atrium**   The right atrium is normal in size.

**Left Atrium**   The left atrium is normal in size.

**Mitral Valve**   Structurally normal mitral valve without significant stenosis or prolapse. There is no mitral regurgitation.

**Aortic Valve**   Structurally normal aortic valve without significant sclerosis or stenosis. There is no aortic regurgitation.

**Tricuspid Valve**   Structurally normal tricuspid valve. Mild tricuspid regurgitation. No evidence of pulmonary hypertension.

**Pulmonic Valve**   Structurally normal pulmonic valve without significant stenosis. There is no pulmonic regurgitation.

**Pericardium**   Normal pericardium without effusion.

## McLaren Greater Lansing Cardiovascular Services
3520 Forest Rd
Lansing, MI 48910-8394
(877)296-0111

#361621

| | | | |
|---|---|---|---|
| Patient: | **RICHARDSON, LARRY** | | |
| MRN: | 300001591405 | Admit: | 12/28/2022 |
| FIN: | 70000006054328 | Disch: | |
| DOB/Age/Sex: | 4/23/1978  44 years  Male | Admitting: | Sandberg,NP,Melinda |
| Location: | LN62 Card Ser; Exam Room 33 | Attending: | Sandberg,NP,Melinda |

## Office Clinic Notes

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

**RECEIVED**

**JAN 03 2023**

SLF MEDICAL RECORDS

Cardiology Office Clinic Note
12/28/2022 14:42 EST
Auth (Verified)
EP Office Visit Note
Sandberg,NP,Melinda (12/28/2022 14:55 EST)

### Chief Complaint
SVT- 2mo. f/u

### History of Present Illness
This is a pleasant 44-year-old incarnated male who was admitted to McLaren greater Lansing Hospital on the last week of August. He was seen by cardiology on August 30, 2022. Echocardiography revealed less than 20% ejection fraction and she underwent coronary angiography which did not show any obstructive coronary artery disease. The patient also has WPW syndrome and SVT and was seen by our service during his hospitalization as well. We suspected that he was having intermittent conduction through the accessory pathway and the fact that the accessory pathway was close to the AV node Dr Kanjwal was concerned about damage to the AV node while ablating the accessory pathway. He was started on amiodarone for SVTs as well as GDMT entresto, farxiga, aldactone, and metoprolol for further management of non-ischemic cardiomyopathy. The patient followed with our service in October where he was overall doing well from a rhythm standpoint with a plan to repeat echocardiogram in December for decision on whether patient would benefit from an ICD as well as an ablation procedure. Repeat echocardiogram on 12/16/22 demonstrated a normal left ventricular systolic function with an ejection fraction of 60% with normal wall motion. Normal chamber sizes, doppler evidence of left ventricular diastolic dysfunction, stage 1, mild tricuspid regurgitation with normal right ventricular systolic pressure by Doppler, and no evidence of pulmonary artery systolic hypertension. Due to the improvement of the patient's EF he is not a candidate for an ICD at this time. However, he would benefit from an ablation procedure for his history of SVT and WPW. Explained ablation procedure in detail to patient risks benefits and potential complications. Given where the accessory pathway is elicited from in the heart (near AV node) he would benefit from a cryoablation procedure. Unfortunately, we do not have the abilities at McLaren and therefore we will refer patient to U of M for further management and ablation procedure. Other than this, the patient reports he is overall doing well from a rhythm standpoint. He denies chest pain, palpitations, dyspnea, fatigue, orthopnea, syncope, and dizziness. He asked me today if it is okay that he works out. Educated patient that his heart function is appropriate and as long as he is not symptomatic such as passing out dizzy or getting excessively fatigued that it is okay for him to resume normal activities. We will continue him on his current medication regimens. EKG in the office today demonstrates sinus bradycardia with sinus arrhythmia with a ventricular rate of 54 bpm, right bundle branch block, no additional ectopy noted.

### Review of Systems
**Constitutional:** Patient reports no fever, no chills, no night sweats, no weight changes, no change in appetite.
**Eyes:** Patient reports no double vision, no visual changes.

### Problem List/Past Medical History
**Ongoing**
   Anxiety disorder
   Bipolar disorder, unspecified
   Depressive disorder
   Facial myokymia
   Left bundle branch block
   Non-ischemic cardiomyopathy
   SVT (supraventricular tachycardia)
   Tinea pedis
   Unspecified atrial flutter
   Wolff-Parkinson-White syndrome
**Historical**
   No qualifying data

### Procedure/Surgical History
Fluoroscopy of Left Heart using Low Osmolar Contrast (08/30/2022), Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (08/30/2022), Heart Cath; Left (08/30/2022), Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (08/30/2022), Fluoroscopy of Left Heart using Low Osmolar Contrast (01/27/2020), Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (01/27/2020), Heart Cath; Left (01/27/2020), Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (01/27/2020).

### Medications
Aldactone 25 mg oral tablet, 25 mg= 1 tabs, Oral, Daily
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tabs, Oral, Daily
carBAMazepine 200 mg oral capsule, extended release, 200 mg= 1 cap, Oral, BID
Entresto 24 mg-26 mg oral tablet, 1 tabs, Oral, BID

---

# Michigan Department of Corrections

## Kite Response

**Offender #:**  0361621     **Offender Name:** Richardson, Larry

**Location:** SLF - ST. LOUIS CORRECTIONAL FACILITY               **Lock:** unit 2:109:Bot:AL

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 01/25/2023 |
| **Initiated Date:** | 01/25/2023 |
| **Taken By:** | Grossett, Tracy [TG4] RN |
| **Request Type:** | Other |
| **Request Summary:** | Inmate states he was supposed to have Heart Surgery in November, but he rode out of his last facility. Inmate states he should not have to wait 6 months to be rescheduled. Inmate states "STOP PLAY'N GAMES WITH MY LIFE." Inmate states severe cardiac pain for the last two weeks. |
| **Plan/Action:** | The hold up for the appointment is not on our end, the referral is in. MDOC is waiting on U of M for a scheduled date. Unit also called to see if inmate wanted to be seen for chest pain today. Inmate stated that he did not need it. Inmate to call HC if he is having chest pain and wants to be seen. |
| **Comments:** | |

# Michigan Department of Corrections

## Kite Response

**Offender #:** 0361621      **Offender Name:** Richardson, Larry

**Location:** SLF - ST. LOUIS CORRECTIONAL FACILITY          **Lock:** unit 2:109:Bot:AL

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 01/25/2023 |
| **Initiated Date:** | 01/25/2023 |
| **Taken By:** | Grossett, Tracy [TG4] RN |
| **Request Type:** | Other |
| **Request Summary:** | Inmate states he was supposed to have Heart surgery in November, however, rode out of his facility. Inmate states he should not have to wait 6 months for this surgery and that he is having severe cardiac pain for 2 weeks. |
| **Plan/Action:** | Tried to call inmate to HC to be seen for his Cardiac pain and the inmate refused stating he was not currently having any issues or stress. As far as the U of M appointment goes, MDOC has put the referral in and we are waiting on the U of M hospital to send us a time for the scheduled appointment. |
| **Comments:** | |





Richardson 0007

231

2055 | Prisoner Richardson claimed to have Chest Pains

H/C Richardson 0008



Richardson 0009

233

# Michigan Department of Corrections
## Clinical Encounter

Offender Name: Richardson, Larry *SENT TO HEALTH CARE AT 8:55PM*

Date of Birth: 04/23/1978

Encounter Date: 01/27/2023 21:31 *8:55PM*

Sex: M

Provider: Lenneman, Joshua [JL13]

Off #: 0361621

Facility: SLF

Unit: unit 2

Urgent/Emergent encounter performed at Clinic.

Barriers to Communication: None

*THIS IS THE NURSE WHO NATHAN FALK TOLD I WAS FAKING AND I DID'NT NEED IMMEDIATE ATTENTION SO HE CONTINUED PASSING OUT MEDS AND LEFT ME W/O MEDICAL TREATMENT DURING A HEART ATTACK FOR OVER 40 MINUTES - THE AMBULANCE LEFT WITH ME AT 9:51A*

**SUBJECTIVE:**

COMPLAINT 1     Provider: Lenneman, Joshua [JL13] RN

Chief Complaint: Chest Pain

Subjective: I was at church service and started having chest pain and took 3 Nitroglycerin last on at 2050. After c/o chest pain continued, blurred vision, tingling/numbness in hands and feet, shortness of breath, chest tightness, and nausea.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**
**Cardiovascular**
**General**

Yes: Exertional dyspnea, Hx of Hypertension, Hx of Heart Disease, Hx of Heart Surgery

No: Normal, Cough, Hx of CAD, Hx of CVA (Stroke), Hx of TIA, Hx of Murmur, Hx of Rheumatic Fever, Hx of Hyperlipidemia

**History**
**Family Medical**

Yes: Family History Documented in Comment Box

Mother and Father passed of MI

**Personal Medical**

Yes: Medical Conditions Related to Encounter, Describe Symptoms, When did symptoms begin, What makes symptoms worse, What makes symptoms better

LBBB, WPW, cardiomyopathy

**OBJECTIVE:**

**Exam:**
**Cardiovascular**
**Observation**

Yes: Regular Rhythm, Tachycardia, Bradycardia

No: Normal Rate, Pacemaker, Pacemaker w/ICD

**Diagnostics**
**Medication Review**

Yes: Current Medication List, Compliance, Allergies

Allergies see chart





Richardson Subpoena Response #1 - 0006

Case 2:23-cv-10488-SKD-PTM   ECF No. 48, PageID.311   Filed 12/16/24   Page 46 of 86

221

**Richardson 0003**

1-27-23          1800-0600          Frl



2131 Ambulance on Grounds ———————— % B___l

2151 Ambulance off Ground with Prisoner Richardson 361621



Richardson 0004



2330
2400
2400
0015
0030
0100
0005
22:00
0105
0130
0200
0205
0230
0300
0300
0315
0330
0400
0405
0430
0600
0500
0511
0530
0531
0545
0595
0345

0660



**My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

Emergency Department:
MyMichigan Medical Center
Alma
300 E. Warwick Drive
Alma MI 48801-1014
Notes

Richardson, Larry
MRN: 2000499313, DOB: 4/23/1978, Sex: M
Acct #: 2003883564
Adm: 1/27/2023, D/C: 1/28/2023

---

**ED Provider Notes by John Dery, DO at 1/27/2023 10:03 PM**

---

Author: John Dery, DO
Filed: 1/28/2023  1:40 AM
Editor: John Dery, DO (Physician)
  Procedure Orders
  1. Critical Care [158500601] ordered by John Dery, DO

Service: Emergency Medicine
Date of Service: 1/27/2023 10:03 PM

Author Type: Physician
Status: Signed

| Larry Richardson | MRN:20004993 |
|---|---|
| Date of visit: 01/27/2023 | Room: GRH ED 19 |

**Chief Complaint:**[JD.1] *Chest Pain*[JD.2]

**Per Triage RN:**[JD.1] Pt reports squeezing CP that started 2030. Pt has a hx of a LBB and a recent heart cath. Pt given 324 of Asprin and 3 nitro.[JD.3]
===> *PCP listed (Per EMR): Darrel Barrows, NP*

**Per EMS report:**[JD.1] *SVT HR > 220 at the jail c/o chest pain started at 2030 tonight (> 2 hours ago)*[JD.3]
- *IV:*[JD.1] *yes*[JD.3];
- *EKG:*[JD.1] *yes*[JD.3];
- *Medications:*[JD.1]  *ASA 325, Nitro x's 3 PTA*[JD.3] ;
- *other interventions:*[JD.1] *no*[JD.3]
===> Status upon ED arrival:[JD.1] *stable on this treatment*[JD.3]
(see progress note section below for additional information)

**Per my interview.** "[JD.1]*my heart is going way too fat again*[JD.3]";[JD.1] *patient*[JD.3] *is primary source*[JD.1]
- I need to you to have you sent me to UofM so I can get this ablation done, I am tired of this happening[JD.3]
- I was just in Maclaren in lansing for this and they said that my node was too close to the SA an di needed to go to UofM but it has not been set up set

History provided by:[JD.1]  **Patient, EMS personnel, medical records and police**[JD.3]
History limited by:[JD.1]  **Acuity of condition**[JD.3]
**Palpitations**[JD.4]
Palpitations quality:[JD.1]  **Fast**[JD.3] ·
Onset quality:[JD.1]  **Sudden**[JD.3]
Duration:[JD.1]  **2 hours**[JD.3]
Timing:[JD.1]  **Constant**[JD.3]
Progression:[JD.1]  **Worsening**[JD.3]
Chronicity:[JD.1]  **Recurrent**[JD.3]
Context:[JD.1]  **not anxiety**[JD.3],[JD.1] **not appetite suppressants**[JD.3] and[JD.1] **not dehydration**[JD.3]
Relieved by:[JD.1]  **Nothing**[JD.3]
Associated symptoms:[JD.1]  **no chest pain**[JD.3],[JD.1] **no cough**[JD.3],[JD.1] **no nausea**[JD.3],[JD.1] **no shortness of breath**[JD.3],[JD.1] **no syncope**[JD.3],[JD.1] **no vomiting**[JD.3] and[JD.1] **no weakness**[JD.3]
Risk factors:[JD.1]  **heart disease (they told me i need an ablation done)**[JD.3]
Risk factors:[JD.1]  **no hypercoagulable state**[JD.3],[JD.1] **no hyperthyroidism**[JD.3] and[JD.1] **no OTC sinus medications**[JD.3]

---

**Review of Systems**[JD.1]
Unable to perform ROS[JD.3]:[JD.1] Acuity of condition[JD.3]
Constitutional: Negative for[JD.1] chills[JD.3],[JD.1] fever[JD.3],[JD.1] night sweats[JD.3] and[JD.1] weight gain[JD.3].
HENT:  Negative for[JD.1] congestion[JD.3].

**PREVIOUS MED/FAMILY/SOCIAL Hx**
No past medical history on file.
Social History
  Social History Narrative
    Not on file

---



**My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

| Emergency Department: MyMichigan Medical Center Alma 300 E. Warwick Drive Alma MI 48801-1014 Notes | Richardson, Larry MRN: 2000499313, DOB: 4/23/1978, Sex: M Acct #: 2003883564 Adm: 1/27/2023, D/C: 1/28/2023 |

---

**ED Provider Notes by John Dery, DO at 1/27/2023 10:03 PM (continued)**

| | |
|---|---|
| Cardiovascular:  Positive for[JD.1] palpitations[JD.3]. Negative for[JD.1] chest pain[JD.3] and[JD.1] syncope[JD.3]. Respiratory:  Negative for[JD.1] cough[JD.3], [JD.1] shortness of breath[JD.3] and[JD.1] wheezing[JD.3]. Gastrointestinal:  Negative for[JD.1] abdominal pain[JD.3], [JD.1] constipation[JD.3], [JD.1] diarrhea[JD.3], [JD.1] nausea[JD.3] and[JD.1] vomiting[JD.3]. Genitourinary:  Negative for[JD.1] bladder incontinence[JD.3] and[JD.1] hematuria[JD.3]. Neurological:  Negative for[JD.1] weakness[JD.3]. | |

---

### PHYSICAL EXAMINATION

***VITAL SIGNS:***[JD.1] BP 96/80 (Blood Pressure Location: Right arm, Patient Position: Sitting)  | Pulse (!) 160  | Temp 98.6 °F (37 °C) (Oral)  | Resp 20 | Ht 5' 5" (1.651 m)  | Wt 182 lb (82.6 kg)  | BMI 30.29 kg/m²[JD.5] *(i reviewed these vital signs)*

**Physical Exam**[JD.1]
Vitals[JD.3] and[JD.1] nursing note[JD.3] reviewed.
Constitutional:
    General: He is[JD.1] awake[JD.3]. He is[JD.1] in acute distress[JD.3].
    Appearance:[JD.1] Normal appearance[JD.3]. He is[JD.1] well-developed[JD.3] and[JD.1] normal weight[JD.3]. He is not[JD.1] toxic-appearing[JD.3] or[JD.1] diaphoretic[JD.3].
    Interventions:[JD.1] Nasal cannula[JD.3] in place.
HENT:
    Head:[JD.1] Normocephalic[JD.3] and[JD.1] atraumatic[JD.3].
    Right Ear:[JD.1] Tympanic membrane[JD.3] normal. Tympanic membrane is not[JD.1] injected[JD.3].
    Left Ear:[JD.1] Tympanic membrane[JD.3] normal. Tympanic membrane is not[JD.1] injected[JD.3].
    Mouth/Throat:
    Pharynx: No[JD.1] oropharyngeal exudate[JD.3].
Eyes:
    General:[JD.1] Lids[JD.3] are normal.
    Extraocular Movements:[JD.1] Extraocular movements intact[JD.3].
    Pupils:[JD.1] Pupils are equal, round, and reactive to light[JD.3].
    Funduscopic exam:
    Right eye: No[JD.1] hemorrhage[JD.3].
    Left eye: No[JD.1] hemorrhage[JD.3].
    Comments:[JD.1]
- **the eyes can freely track me around the room in NAD and with no gross deficits on my brief exam**[JD.3]
Neck:
    Thyroid: No[JD.1] thyroid mass[JD.3] or[JD.1] thyroid tenderness[JD.3].
    Vascular: No[JD.1] carotid bruit[JD.3].
    Trachea:[JD.1] Trachea[JD.3] and[JD.1] phonation[JD.3] normal.
    Comments:[JD.1]
- **the head can swivel in all directions to track my movement around the room while I am examining the pt**[JD.3]
Cardiovascular:
    Rate and Rhythm:[JD.1] Tachycardia[JD.3] present.[JD.1] Rhythm regularly irregular[JD.3].
    Chest Wall:[JD.1] PMI is displaced[JD.3].

---



**My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

| Emergency Department: | Richardson, Larry |
|---|---|
| MyMichigan Medical Center Alma | MRN: 2000499313, DOB: 4/23/1978, Sex: M |
| 300 E. Warwick Drive | Acct #: 2003883564 |
| Alma MI 48801-1014 | Adm: 1/27/2023, D/C: 1/28/2023 |
| Notes | |

---

**ED Provider Notes by John Dery, DO at 1/27/2023 10:03 PM (continued)**

Performed by: **John Dery, DO**
Authorized by: **John Dery, DO**

Critical care provider statement:
  Critical care time (minutes):[JD.1]  **45**[JD.4]
  Critical care start time:  **1/27/2023 10:05 PM**
  Critical care end time:[JD.1]  **1/28/2023 1:40 AM**[JD.4]
  Critical care time was exclusive of:  **Separately billable procedures and treating other patients and teaching time**
  Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions:  **Shock, cardiac failure and circulatory failure**
  Critical care was time spent personally by me on the following activities:  **Blood draw for specimens, development of treatment plan with patient or surrogate, discussions with consultants, evaluation of patient's response to treatment, examination of patient, ordering and performing treatments and interventions, ordering and review of laboratory studies, ordering and review of radiographic studies, pulse oximetry, re-evaluation of patient's condition and review of old charts**
Comments:[JD.1]
  **- the failure to initiate the above interventions on an urgent basis would likely result in sudden, clinically significant/life-threatening deterioration in the patient's condition**
**- the time above does NOT include any procedures which will be listed separately**[JD.4]

| PROGRESS NOTE(s) |
|---|

10:04 PM: My initial evaluation of the patient at the bedside, see HPI above;
===> *Plan/MDM/Action* I made my initial plan, discussed, and coordinated the plan of care with the pt and care team; *acute intervention was needed; critical care for tachyarrythmia*[JD.1]

*22:10*[JD.3] PM[JD.6]: **CPT 93010 - EKG #1 interpretation.** Collected at 2210 by the ED Staff; I did read this contemporaneously.

| Rhythm: Supraventricular Tachycardia (SVT) 153 bpm; | Axis: normal | PR: Abnormal: ; |
|---|---|---|
| QRS: RIGHT bundle branch block pattern, | QT/QTc: 316/504 | LVH: present |
| ST changes: late r wave progression in the lateral leads,  and cardiac strain noted | Comparison: 12/02/22 sinus with | *Summary: there is no acute STEM process/pattern identified on this EKG, , this is an abnormal ekg, , a there are acute findings including SVT with hx of WPW as well,*[JD.3] |

*10:21 PM*[JD.7]: *notified no procanimide at this facility*
*- 2nd line is amio for WPW patient*
*- placed order*
*- informed staff*[JD.1]

**11:07 PM( Notified of critical result: phos 1.9**
**Ca 4.0**
**K 1.7**
===> *Plan/MDM/Action: will start replacement*

HEART STOPPED
CARDIAC ARREST



**My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

Emergency Department:
MyMichigan Medical Center
Alma
300 E. Warwick Drive
Alma MI 48801-1014
Notes

Richardson, Larry
MRN: 2000499313, DOB: 4/23/1978, Sex: M
Acct #: 2003883564
Adm: 1/27/2023, D/C: 1/28/2023

---

**ED Provider Notes by John Dery, DO at 1/27/2023 10:03 PM (continued)**

---

11:07 PM: Lab tests resulted and noted as:

| Abnormals (value): | Normals:[JD.3] | ===> Plan/MDM/Action taken: |
|---|---|---|
| • UA glucose<br>• Ca 4.0<br>• K 1.7<br>• Chlorinde 130<br>• Co2 14<br>• Glucose 51<br>• AG 2.7 | • trop[JD.4] | • Added additional iron study labs<br>• Added additional labs to look for other sources of cation for low AG presence that may have been overloooked<br>• Added glucose IV<br>• Added PO K replacement<br>• Added IV Mg replacement for K optimization absorption<br>• Added A1C[JD.3]<br>• |

11:20 PM[JD.8]: Recheck of the patient at bedside/brief update of case.

| Subjective: Initial presenting symptoms are improved with interventions thus far.<br>- The patient and LawEnforcement states "I feel better now" | Objective: currently stable,<br>- Updated vitals:[JD.3] BP 96/80 (Blood Pressure Location: Right arm, Patient Position: Sitting) | Pulse (!) 160 |Temp 98.6 °F (37 °C) (Oral) | Resp 20 | Ht 5' 5" (1.651 m) | Wt 182 lb (82.6 kg) | BMI 30.29 kg/m²[JD.8] ;<br>- Focused repeat PE: HR 74 bpm and converted | Plan/MDM/Action taken<br>• The pt feeling better, , normal<br>• Ordered repeat EKG[ |

11:20 PM[JD.8]: **CPT 93041 - EKG Rhythm Strip #1 interpretation.** Collected by the ED Staff; was interpreted by me contemporaneously as
- **Rhythm:** Normal Sinus Rhythm 74 bpm; **Ectopy:** none; **ST changes:** none
- a copy of this rhythm strip is added to the medical chart (see RN notes)[JD.3]

0025[JD.4]: **CPT 93010 - EKG #[JD.3]1[JD.4] interpretation.** Collected at[JD.3] 0021[JD.4] by the ED Staff; I[JD.3] did[JD.4] read this contemporaneously.

| Rhythm:[JD.3] Normal Sinus Rhythm 75[JD.4] bpm; | Axis:[JD.3] LEFT axis deviation[JD.4] | PR:[JD.3] Abnormal: borderline 1st degree block at 196[JD.4]; |
|---|---|---|
| QRS:[JD.3] RIGHT bundle branch block pattern,[JD.4] | QT/QTc:[JD.3] 412[JD.4]/[JD.3]460[JD.4] | LVH:[JD.3] absent[JD.4] |
| ST changes:[JD.3] nonspecific ST changes, , no acute STEMI pattern noted, , and late r wave progression in the lateral leads,[JD.4] | Comparison:[JD.3] same day #1; conversion of previous tachy rate[JD.4] | Summary:[JD.3] *this is a nonspecifi EKG, , there is no acute STEMI process/pattern identified on this EKG, , this is an abnormal ekg, , a abnormal at baseline and similar the 12/2/22 EKG*[JD.4] |

11:20 PM[JD.8]: **Consult to - MDOC Provider Dr Coleman** by PHONE - the above consultant called back and I spoke to them directly, explained the reason for consult, and reviewed the relevant items of the patient's case.[JD.3]
*11:35 PM[JD.9]: contact made[JD.3], left a message[JD.4]*

1:12 AM[JD.10]: Lab tests resulted and noted as:

| Abnormals (value): | Normals: | ===> Plan/MDM/Action taken: |
|---|---|---|
| • LDH 75 (low) | • Tylenol<br>• salicylate | • Sent slide for peripheral smear[JD.4] |



| | |
|---|---|
| Emergency Department: | Richardson, Larry |
| MyMichigan Medical Center | MRN: 2000499313, DOB: 4/23/1978, Sex: M |
| Alma | Acct #: 2003883564 |
| 300 E. Warwick Drive | Adm: 1/27/2023, D/C: 1/28/2023 |
| Alma MI 48801-1014 | |
| Notes | |

**ED Provider Notes by John Dery, DO at 1/27/2023 10:03 PM (continued)**

- *TIBC 151 (low)*
- *% sat 14 (low)*
- *UA glucose*

1:12 AM[JD.10]: Radiology imaging test resulted and noted as:

| Studies: | Results: | Interpretation by: | ===> Plan/MDM/Action taken: |
|---|---|---|---|
| • pCXR | The heart, mediastinum, and pulmonary vasculature are normal. No lung consolidation or pleural effusions are present. No pneumothorax is present. | *FINAL - resulted from the radiologist as reported and stored in EPIC* | • none[JD.4] |

1:14 AM[JD.11]: re-paged Dr Coleman from MDOC for disposition
- approved for Maclaren Lansing

1:20 AM[JD.12]: I have performed a Medical Screening Examination (MSE) and determined that the patient will need additional work up/admission/consulting services that are NOT available at this facility and will need to be transferred
- Initial call placed to the facility utilizing the Transfer Center; they will assist with coordinating the transfer and putting me in contact with the appropriate providers[JD.4]

1:34 AM[JD.13]: Patient Placement returned the call. I spoke to the representative at the above facility; explained the reason for consult and reviewed the case.
===> *Action: will call back when can get providers on the phone;*[JD.4]

1:37 AM[JD.14]: I spoke with Dr. Kowalchyk (Hosptialist Dept) at the above facility who has accepted the patient for a *Transfer* to the Lansing Maclaren Facility
===> made additional request of: nothing, accepted the transfer at this time
    - the patient has already been swabbed for COVID to facilitate placement
    - I filled out the required EMTALA and transfer forms and provided to the HUC
    - I updated the pt and MDOC officers as to the disposition and plan
    - the "comment" section on the Epic track board was updated for the disposition and communication with bed control

**Working Diagnosis:**[JD.4]
Diagnoses that have been ruled out:[JD.15]
**Lower GI bleeding**
**STEMI**[JD.4]
Diagnoses that are still under consideration:[JD.15]
IGG Gamaglobinemia
Unmeasured cations
NSTEMI[JD.4]
Final diagnoses:
**Tachyarrhythmia**
**EKG abnormalities**
**History of Wolff-Parkinson-White (WPW) syndrome**

**My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

Emergency Department:
MyMichigan Medical Center
Alma
300 E. Warwick Drive
Alma MI 48801-1014
Orders/Results

Richardson, Larry
MRN: 2000499313, DOB: 4/23/1978, Sex: M
Acct #: 2003883564
Adm: 1/27/2023, D/C: 1/28/2023

## Order-Level Documents: (continued)



## ECG 12 lead [158502199]

| | Status: **Completed** |
|---|---|
| Electronically signed by: **John Dery, DO on 01/27/23 2319** | |
| Ordering user: John Dery, DO 01/27/23 2319 | Ordering provider: John Dery, DO |
| Authorized by: John Dery, DO | Ordering mode: Standard |
| Frequency: Once 01/27/23 2320 - 1 occurrence | |
| Acknowledged: Mia Q McLaughlin, RN 01/27/23 2327 for Placing Order | |

### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam? | Palpitation |

Order comments: converted

Resulted: 01/28/23 1349, Result status: Final
result

## ECG 12 lead [158502200]

n/a
n/a

n/a

| | | | | |
|---|---|---|---|---|
| Patient: | **RICHARDSON, LARRY** | | Admit: | n/a |
| MRN: | 300001591405 | | Disch: | n/a |
| FIN: | 70000006421891 | | Admitting: | Kowalczyk,DO,Michael Casimir |
| DOB/Age/Sex: | 4/23/1978  44 years  Male | | Attending: | Nguyen,MD,Eric |
| Location: | n/a | | | |

## Name History

| Person Name | Begin Date Time | End Effective Dt | Name Type |
|---|---|---|---|
| RICHARDSON, LARRY | 06/07/2018 21:23 | 12/31/2100 00:00 | Current |
| RICHARDSON, LARRY | 06/07/2018 21:23 | 12/31/2100 00:00 | Current |

## Discharge Summary

| | | |
|---|---|---|
| Document Type: | # 361621 | Discharge Summary |
| Service Date/Time: | | 2/3/2023 09:49 EST |
| Result Status: | | Auth (Verified) |
| Document Subject: | | Discharge Note |
| Sign Information: | | Ghose,MD,Amit (2/3/2023 09:59 EST) |

**Reason for Hospitalization**
Chest pain and tachycardia

**Date of Admission**
01/28/2023
**Date of discharge:**
02/03/2023

**Attending**
Kowalczyk, DO, Michael Casimir
Nguyen, MD, Eric

**Consulting**
Madala, MD, Mohan Chand
Kanjwal, MD, Mohammad Khalil
Basic, DO, Edin
Bakr, MD, Omar Ali

**Hospital Course**
Mr. Richardson is a 44-year-old male with current medical history significant for bipolar disorder, SVT, Wolff-Parkinson-White syndrome, and left bundle branch block who presents to MGL secured unit on 1/28/2023 for 7-day history of chest pain. Patient reports that for the past 7 days he has been experiencing intermittent chest pain with radiation into his left shoulder. Patient reports that these symptoms are consistent with previous symptomatic arrhythmias that he has had in the past. Patient presented to the prison medic approximately 4 days ago, vitals were taken and patient was dismissed from medic. Patient reports that on the evening of 1/27, he began to experience squeezing chest pain that prompted present medic to evaluate patient. Patient was found to be in SVT, with heart rate greater than 220. The patient is known to have Wolff-Parkinson-White syndrome. This was evaluated with cardiology. He was also hypokalemic at the time of admission which was supplemented.
Patient is known to have nonischemic cardiomyopathy, with a cardiac catheterization in August, 2022 showing a left ventricular ejection fraction of 20% without significant coronary disease. The patient was treated medically, with an echocardiogram in December, 2022 showing normal left ventricular systolic function, mild valvular insufficiency and normal estimated right heart pressures. He is known to have pre-excitation syndrome and a propensity for supraventricular tachycardia, which in the past was satisfactorily controlled with Amiodarone. In light of recurrence of supraventricular arrhythmias, Amiodarone has been reinstituted.
McLaren electrophysiology team evaluated him and recommendation was for referral to University of Michigan for consideration of WPW/accessory pathway ablation. University of Michigan was contacted and patient was accepted. We received a call back today with the

♪          n/a                                    ♪

Patient Name:   RICHARDSON, LARRY
MRN:            300001591405
DOB/Age/Sex:  4/23/1978   44 years    Male         Admitting:   Kowalczyk,DO,Michael Casimir

## Discharge Summary

likelihood that there will be a bed available for him later in the day.  The patient will be transferred over to tertiary care center for further evaluation and management.

### Medications

Inpatient
  Aldactone, 25 mg= 1 tabs, Oral, Daily
  amiodarone, 200 mg= 1 tabs, Oral, Daily
  amiodarone, 200 mg= 1 tabs, Oral, BID
  aspirin, 81 mg= 1 tabs, Oral, Daily
  Entresto 24 mg-26 mg oral tablet, 1 tabs, Oral, BID
  Farxiga, 10 mg= 2 tabs, Oral, Daily
  Lovenox, 40 mg= 0.4 mL, SubCutaneous, Daily
  magnesium oxide 400 mg (241.3 mg elemental magnesium) oral tablet, 400 mg= 1 tabs, Oral, BID
  melatonin, 3 mg= 1 tabs, Oral, QHS
  nitroglycerin, 0.4 mg= 1 tabs, SubLingual, Q5 Min, PRN
  ondansetron, 4 mg= 2 mL, IV Push, Q8H, PRN
  potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tabs, Oral, Daily
  risperiDONE 0.5 mg oral tablet, 0.5 mg= 2 tabs, Oral, Daily w/Lunch
  risperiDONE 1 mg oral tablet, 1 mg= 1 tabs, Oral, Daily w/Lunch
  Sodium Chloride 0.9% Flush, 10 mL, IV Flush, Unscheduled, PRN
  Sodium Chloride 0.9% Flush, 10 mL, IV Flush, Q8H
  Toprol-XL, 12.5 mg= 0.5 tabs, Oral, Daily
  Tylenol, 650 mg= 2 tabs, Oral, Q4H, PRN

Home
  Aldactone 25 mg oral tablet, 25 mg= 1 tabs, Oral, Daily
  amiodarone 200 mg oral tablet, 200 mg= 1 tabs, Oral, BID
  aspirin 81 mg oral delayed release tablet, 81 mg= 1 tabs, Oral, Daily
  Entresto 49 mg-51 mg oral tablet, 1 tabs, Oral, BID
  Farxiga 5 mg oral tablet, 10 mg= 2 tabs, Oral, Daily
  Lovenox, 40 mg= 0.4 mL, SubCutaneous, Daily
  magnesium oxide 400 mg (241.3 mg elemental magnesium) oral tablet, 400 mg= 1 tabs, Oral, BID
  melatonin 3 mg oral tablet, 3 mg= 1 tabs, Oral, QHS
  nitroglycerin 0.4 mg sublingual tablet, 0.4 mg= 1 tabs, SubLingual, Q5 Min, PRN
  potassium chloride 20 mEq oral tablet, extended release, 20 mEq= 1 tabs, Oral, Daily
  risperiDONE 0.5 mg oral tablet, 0.5 mg= 1 tabs, Oral, Daily w/Lunch
  risperiDONE 1 mg oral tablet, 1 mg= 1 tabs, Oral, Daily w/Lunch
  Toprol-XL 25 mg oral tablet, extended release, 25 mg= 1 tabs, Oral, Daily

Significant Findings
Limited 2 D echocardiogram.
Mildly dilated left ventricle with normal wall thickness.
Systolic function is mildly reduced with septal wall hypokinesis.
The ejection fraction is visually estimated at 4550%.
There is trace mitral regurgitation.
There is trace tricuspid regurgitation.
Pulmonary artery systolic pressure is normal.
Normal aortic root dimension.
Normal pericardium without effusion.
Structurally normal pulmonic valve.
Structurally normal tricuspid valve. There is trace tricuspid regurgitation. Pulmonary artery systolic pressure is normal.
Structurally normal aortic valve without significant sclerosis.
Structurally normal mitral valve without significant prolapse. There is trace mitral regurgitation.
The left atrium is mildly dilated.

             ♠                           n/a            ♠

Patient Name:  RICHARDSON, LARRY
MRN:           300001591405
DOB/Age/Sex:   4/23/1978    44 years    Male        Admitting:   Kowalczyk,DO,Michael Casimir

## Discharge Summary

The right atrium is normal in size.
The right ventricle is normal in size and function. TAPSE is normal at 1.9 cm.
Mildly dilated left ventricle with normal wall thickness. Systolic function is mildly reduced with septal wall
hypokinesis. The ejection fraction is visually estimated at 45-50%.

RICHARDSON, LARRY 01/29/2023 14:56
**McLaren Greater Lansing**
**2900 Collins Road**
**Lansing, Michigan 48910**
**Phone: 5179759400**
**Fax: 5179757660**
2D ECHO Measurement
LV Diastolic Diameter PLAX 6.5 cm 4.2 5.9
/ 3.9 5.3
cm LA Systolic Diameter LX 3.5 cm 3.0 4.0
/ 2.7 3.8
cm
LV Systolic Diameter PLAX 4.4 cm 2.1 4.0
cm LA Systolic Diameter 2C 3.4 cm
IVS Diastolic Thickness 0.8 cm LA Systolic Diameter 4C 3.5 cm
LVPW Diastolic Thickness 0.9 cm LA Volume 53.7 cm³ 18 58
/ 22 52
cm³
LV Relative Wall Thickness 0.3 LA Volume Index 27.9 cm³/m² 16 28
cm³/m²
RV Internal Dim ED PLAX 2.7 cm 1.9 3.8
cm LA Systolic Volume 2C 41.8 cm³
LVOT Diameter 2.6 cm LA Systolic Volume 4C 53.3 cm³
Aortic Root Diameter 3.1 cm
**DOPPLER** Measurement
TR Peak Velocity 118.0 cm/s Pulmonary Artery Systolic Pressure 8.6 mmHg
TR Peak Gradient 5.6 mmHg Right Ventricular Systolic Pressure 8.6 mmHg

Procedures and Treatment Provided
XR Chest 1 View Portable

01/29/23 15:19:17
IMPRESSION:
No acute chest pathology.

Electronically signed by:

Signed By: Rawson, DO, David James

**Physical Exam**
General: Vital signs reviewed as above, NAD, well-developed, well-nourished.
Head: AT/NC
Eyes: sclerae anicteric, eyelids normal
Ears: External ears normal. Hearing for conversation normal.
Nose/Mouth: External nose normal. Oral mucosa moist and clear.
Neck: Symmetrical. No tracheal deviation.
Thorax/Lungs: Chest movement symmetrical. CTAB. No accessory muscle use.
Cardiovascular: +S1S2. No murmur appreciated.  No rubs or gallops appreciated. Pedal pulses are intact.  No lower extremity edema.
Gastrointestinal: Soft, NT/ND. +BS.

---

Report Request ID:  67164218                              Print Date/Time:    2/7/2023 14:01 EST

n/a

Patient Name:   RICHARDSON, LARRY
MRN:   300001591405
DOB/Age/Sex:   4/23/1978   44 years   Male        Admitting:   Kowalczyk,DO,Michael Casimir

## Discharge Summary

| With | When | Contact Information |
| --- | --- | --- |
| Additional Instructions: | | |

[1] Admission H&P; Cheng, DO, Albert 01/28/2023 07:33 EST

Electronically Signed on 02/03/23 09:59 AM

Ghose, MD, Amit

## History and Physical

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

History and Physical
1/28/2023 07:33 EST
Auth (Verified)
Admission H&P
Nguyen,MD,Eric (1/28/2023 13:32 EST); Cheng,DO,Albert
(1/28/2023 07:34 EST)

### History of Present Illness
Mr. Richardson is a 44-year-old male with current medical history significant for bipolar disorder, SVT, Wolff-Parkinson-White syndrome, and left bundle branch block who presents to MGL secured unit on 1/28/2023 for 7-day history of chest pain. Patient reports that for the past 7 days he has been experiencing intermittent chest pain with radiation into his left shoulder. Patient reports that these symptoms are consistent with previous symptomatic arrhythmias that he has had in the past. Patient presented to the prison medic approximately 4 days ago, vitals were taken and patient was dismissed from medic. Patient reports that on the evening of 1/27, he began to experience squeezing chest pain that prompted present medic to evaluate patient. Patient was found to be in SVT, with heart rate greater than 220.

Patient was transferred to outlying medical facility who performed initial work-up. Initial work-up revealed ECG finding of supraventricular tachycardia with 153 bpm (no copy of ECG is present with prison documents). Patient received bolus of amiodarone, initial lab results revealed potassium 1.7, calcium 4.0, phosphorus 1.9. Patient received aggressive electrolyte replacement, second ECG revealed normal sinus rhythm. After patient had received aggressive electrolyte replacement and telemetry return to normal sinus rhythm, the decision was made to transfer patient to MGL secured unit for close hemodynamic monitoring in patient with complicated cardiac history.

Patient is full code.

*PLANTIFF FLATLINED AND HOSPITAL TRANSFERRED HIM TO U OF M IN ANN ARBOR DUE TO CODED. COULDN'T OPERATED*

### Review of Systems
Positives in **BOLD**

Gen.: fever, chills, **weakness, or fatigue.**
Skin: rashes, erythema.
Head: lightheadedness, dizziness, headache.
Eyes: vision changes.
Ears: hearing loss, earache.
Sinuses: rhinorrhea , sinus pressure.

### Problem List/Past Medical History
Ongoing
  Anxiety disorder
  Bipolar disorder, unspecified
  Depressive disorder
  Facial myokymia
  Left bundle branch block
  Non-ischemic cardiomyopathy
  SVT (supraventricular tachycardia)
  Tinea pedis
  Unspecified atrial flutter
  Wolff-Parkinson-White syndrome
Historical
  No qualifying data

### Procedure/Surgical History
Fluoroscopy of Left Heart using Low Osmolar Contrast (08/30/2022), Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (08/30/2022), Heart Cath; Left (08/30/2022), Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (08/30/2022), Fluoroscopy of Left Heart using Low Osmolar Contrast (01/27/2020), Fluoroscopy of Multiple Coronary Arteries using Low Osmolar Contrast (01/27/2020), Heart Cath; Left (01/27/2020), Measurement of Cardiac Sampling and Pressure, Left Heart, Percutaneous Approach (01/27/2020).

n/a

Patient Name:   RICHARDSON, LARRY
MRN:             300001591405
DOB/Age/Sex:  4/23/1978    44 years     Male          Admitting:    Kowalczyk,DO,Michael Casimir

## *Discharge Summary*

Extremities:No lower extremity edema.
Psych: Affect normal.  Oriented ×3.
Skin: warm and dry. No open wounds or rashes.  multiple tattoos throughout body

### Vitals & Measurements
T: 37 °C (Oral)  TMIN: 36.5 °C (Oral)  TMAX: 37 °C (Oral)  HR: 85 (Monitored)  RR: 18  BP: 142/81  SpO2: 99%

### Discharge Diagnosis and Plan

1. Hypokalemia
   Resolved
2. Hypocalcemia
   Resolved
3. Non-ischemic cardiomyopathy
   Current treatment plans will be continued.
4. Bipolar disorder, unspecified
   Home medications to continue.
5. Wolff-Parkinson-White syndrome
   Follow-up at University of Michigan hospitals.
6. SVT (supraventricular tachycardia)
Orders:
amiodarone, 200 mg = 1 tabs, Oral, BID, 0 Refill(s), Maintenance
enoxaparin, 40 mg = 0.4 mL, SubCutaneous, Daily, 0 Refill(s), Maintenance
magnesium oxide, 400 mg = 1 tabs, Oral, BID, 0 Refill(s), Maintenance
melatonin, 3 mg = 1 tabs, Oral, QHS, 0 Refill(s), Maintenance
potassium chloride, 20 mEq = 1 tabs, Oral, Daily, 0 Refill(s), Maintenance

### All Diagnoses This Visit
Hypokalemia
Hypocalcemia
Non-ischemic cardiomyopathy
Bipolar disorder, unspecified
Wolff-Parkinson-White syndrome
SVT (supraventricular tachycardia)
SVT (supraventricular tachycardia)
Abscess of cardiac septum
Acquired dilation of left ventricle of heart

### Patient Discharge Condition
Stable

### Discharge Disposition
To University of Michigan

Level of service: Discharge greater than 30 minutes

"I have spent 39 minutes on the patient's care unit involving any needed patient evaluation, preparation of discharge records including any needed prescriptions and forms, and coordination of care instructions with relevant caregivers."

### Education Leaflets
Cardiac Ablation, Easy-to-Read

### Follow Up Appointments

| With | When | Contact Information |
|---|---|---|
| Follow Up with Primary Care Physician | Within 5 to 7 days | |

Report Request ID:  67164218                               Print Date/Time:    2/7/2023 14:01 EST



3621 S State St
Ann Arbor MI 48108
Notes Report

Richardson, Larry
MRN: 101712621, DOB: 4/23/1978, Sex: M
Adm: 2/3/2023, D/C: 2/4/2023

#361621

## MICHIGAN MEDICINE
UNIVERSITY OF MICHIGAN

**H&P by Moles, Victor Martin, MD at 2/3/2023 10:46 PM**

Author: Moles, Victor Martin, MD          Service: Medicine Coronary = MW/MJ   Author Type: Physician
Filed: 2/4/2023 10:17 AM                  Date of Service: 2/3/2023 10:46 PM      Note Type: H&P
Status: Signed                            Editor: Moles, Victor Martin, MD (Physician)
Related Notes: Original Note by Smith, Joshua, MD (Resident) filed at 2/4/2023 6:21 AM



**Medicine Coronary = MW/MJ ADMISSION HISTORY AND PHYSICAL**

**Admission Date:** 2/3/2023
**Reason for Admission:** Wolff-Parkinson-White (WPW) syndrome [I45.6]
**Primary Cardiologist:** Dr. Madala
**Primary Care Physician:** Mohammad Khalil Kanjwal, MD
**Hometown:** SAINT LOUIS, MI

**HISTORY OF PRESENT ILLNESS**
Larry Richardson is a 44 y.o. man with a past medical history of WPW, SVT, NICM with recovered EF (last TTE Dec 2022), bipolar disorder who initially presented with chest pain, found to have recurrent SVT and transferred to MM for EP procedure.

# NICM
# HFrecEF
# SVT
# Wolff-Parkinson-White syndrome
# Bipolar disorder

Currently incarcerated patient. He started experiencing chest pain around 1/24 and initially went to prison medic, but had normal vitals. On 1/27, had more persistent chest pain and was found to be in SVT with HR >220 and was transported to ED in Alma, where his HR was 160s, BP 96/80. Received ASA load and nitro 3x. Presenting labs notable for WBC 4.9 Hgb 8.9 (14.7 in Dec 2022) Plt 139 (236 in Dec 2022) Glucose 51 Cr 0.4 Ca 4.0 w/ iCal 2.9 (reference 4.3 normal) Na 145 K 1.7 CO2 14 Cl 130 Albumin 1.6 Phos 1.9 Mg not drawn. Of note, had normal CBC and CMP on Dec 2022. NT-proBNP 32 Trop 3x normal. Started on amiodarone gtt at this time and admitted to McLaren Lansing.

While hospitalized, his lab abnormalities resolved (most recent labs available on GLHC from 1/31 showed WBC 11.8 Hgb 13.8 Cr 1.2 K 4.0 Ca 9.4 CRP 8.3 (ref rance 0 - 0.8) ESR 9 (ref range 0 - 15) Procal 0.08). Report of a low-grade fever, reportedly had cultures drawn which were negative and no infectious sxs for >48 hours. Pt feels that fever was d/t extravasation of amio gtt. Last episode of SVT was 1/30 and was transitioned from amio gtt to PO presumably on 2/1.

For his cardiac history, pt states he has had WPW for his whole life. He would have 2-3 episodes a year when he would get palpitations, SOB, and CP, sometimes requiring hospitalization. He believes that 2-3 years ago when he got the Moderna COVID vaccine, things started to get worse; in particular, starting in March 2022, he started to experience the aforementioned episodes more frequently (2-3x a month). In June 2022, he states that he was hospitalized for difficulty breathing and SOB, and underwent LHC in August, 2022 showing a left ventricular ejection fraction of 20% without significant coronary disease. Patient diagnosed with nonischemic cardiomyopathy. The patient was treated medically with initiation of GDMT, with an echocardiogram in December, 2022 showing normal left ventricular systolic function, mild valvular insufficiency and normal estimated right heart pressures. He is known to have pre-excitation syndrome and a propensity for supraventricular tachycardia, which in the past was satisfactorily controlled with amiodarone. In light of recurrence of supraventricular arrhythmias, amiodarone has been reinstituted.

McLaren electrophysiology team evaluated him and recommendation was for referral to University of Michigan for consideration of WPW/accessory pathway ablation. Per chart review, they have suspicion for a R anterior or R



3621 S State St
Ann Arbor MI 48108
Notes Report

Richardson, Larry
MRN: 101712621, DOB: 4/23/1978, Sex: M
Adm: 2/3/2023, D/C: 2/4/2023

# MICHIGAN MEDICINE
### UNIVERSITY OF MICHIGAN

**H&P by Moles, Victor Martin, MD at 2/3/2023 10:46 PM (continued)**

anteroseptal accessory pathway, and are concerned that this accessory pathway may be close to native conduction tissue and therefore pt is at high risk for heart block.

Upon arrival to MM, pt was afebrile HR in 60s NSR, BP 160s/80s, pt providing and reaffirming the above history.

Review of Systems: Pertinent positive and negative systems described in HPI. Remainder of 14 systems are negative.

## PAST MEDICAL HISTORY
\# NICM
\# HFrecEF
\# SVT
\# Wolff-Parkinson-White syndrome
\# Bipolar disorder

## PAST SURGICAL HISTORY
Heart catheterization.

## MEDICATIONS PRIOR TO ADMISSION
Home
Aldactone 25 mg oral tablet, 25 mg= 1 tabs, Oral, Daily
aspirin 81 mg oral delayed release tablet, 81 mg= 1 tabs, Oral, Daily
Entresto 49 mg-51 mg oral tablet, 1 tabs, Oral, BID
Farxiga 5 mg oral tablet, 10 mg= 2 tabs, Oral, Daily
magnesium oxide 400 mg (241.3 mg elemental magnesium) oral tablet, 400 mg= 1 tabs, Oral, BID
melatonin 3 mg oral tablet, 3 mg= 1 tabs, Oral, QHS
risperiDONE 1 mg oral tablet, 1 mg= 1 tabs, Oral, Daily w/Lunch
Toprol-XL 25 mg oral tablet, extended release, 25 mg= 1 tabs, Oral, Daily

## ALLERGIES
**Allergies**

| Allergen | Reactions |
|---|---|
| • Bactrim [Sulfamethoxazole-Trimethoprim] | Rash-Mild |
| • Lamictal [Lamotrigine] | Rash-Mild |
| • Sulfamethoxazole | Rash-Mild |
| • Tetracyclines | Rash-Mild |
| • Cephalexin | Rash-Mild |
| • Trimethoprim | Rash-Mild |

## SOCIAL HISTORY
**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Former |
| Types: | Cigarettes |
| Quit date: | 12/10/1998 |
| Years since quitting: | 24.1 |
| • Smokeless tobacco: | Never |
| Vaping Use | |
| • Vaping Use: | never used |
| Substance Use Topics | |
| • Drug use: | Not Currently |



3621 S State St
Ann Arbor MI 48108
Notes Report

Richardson, Larry
MRN: 101712621, DOB: 4/23/1978, Sex: M
Adm: 2/3/2023, D/C: 2/4/2023

## MICHIGAN MEDICINE
### UNIVERSITY OF MICHIGAN

**H&P by Moles, Victor Martin, MD at 2/3/2023 10:46 PM (continued)**

## PHYSICAL EXAM
### Vital signs

| Minimum / Maximum (24 hours) | Most recent |
|---|---|
| Temp  Min: 37 °C (98.6 °F)  Max: 37 °C (98.6 °F) | 37 °C (98.6 °F) |
| Pulse  Min: 67  Max: 67 | 67 |
| Resp  Min: 19  Max: 19 | 19 |
| BP  Min: 164/83  Max: 164/83 | (!) 164/83 |
| SpO2  Min: 97 %  Max: 97 % | 97 % |
| No data recorded | |

*← HEART BEGAN TO FAIL*

**GEN:** Middle aged man in no acute distress. Currently with handcuffs and shackles in place.
**HEENT:** PERRLA. EOMI. No LAN noted.
**CARD:** Regular rate and rhythm. Normal S1 and S2. No S3 or S4. No murmurs, rubs, or gallops. JVD not discernable.
**PULM:** Normal work of breathing in room air. Lungs clear to auscultation bilaterally.
**ABD:** Non-distended. Normoactive bowel sounds. Soft. Non-tender. No palpable masses or organomegaly.
**NEURO:** Alert and oriented x3. CN II - XII grossly intact. No focal neurologic deficits.
**MSK:** No joint tenderness, erythema, or swelling.
**EXT:** Warm and well-perfused. 2+ distal pulses bilaterally. No lower extremity edema.
**SKIN:** No worrisome rashes or lesions.

## PERTINENT LABS
**Reviewed**

## PERTINENT STUDIES

**EKG (02/03/23):** Sinus rhythm, RBBB, no ischemic changes including ST segment changes, TWIs, or q-waves.

**Echocardiogram (01/29/23):**
Mildly dilated left ventricle with normal wall thickness. Systolic function is mildly reduced with septal wall hypokinesis. The ejection fraction is visually estimated at 45-50%.
The right ventricle is normal in size and function. TAPSE is normal at 1.9 cm.
There is trace mitral regurgitation.
Normal aortic root dimension.
Normal pericardium without effusion.
Structurally normal pulmonic valve.
Structurally normal tricuspid valve. There is trace tricuspid regurgitation. Pulmonary artery systolic pressure is normal.
Structurally normal aortic valve without significant sclerosis.
Structurally normal mitral valve without significant prolapse. There is trace mitral regurgitation.
The left atrium is mildly dilated.
The right atrium is normal in size.

**Coronary Angiography (08/30/22)**
Left main coronary artery: Left main coronary artery is a large caliber vessel with no significant flow-limiting lesions.  It trifurcates into the left circumflex artery, ramus intermedius and left anterior descending artery. The ramus intermedius further bifurcates into two vessels and are free of disease.
Left anterior descending artery:  Left anterior descending artery is a large caliber vessel, it reaches the apex of the left ventricle. It gives rise to a medium caliber diagonal branch (D1) from it's proximal segment and medium caliber diagonal branch (D2) in mid segment. No flow-limiting lesions are noted in the LAD or its branches.
Left circumflex artery:  Left circumflex artery is a large caliber, nondominant vessel. It gives rise to two medium caliber obtuse marginal branches which are free of disease.  There is no flow limiting lesions in the Left circumflex artery or its branches.



3621 S State St
Ann Arbor MI 48108
Notes Report

Richardson, Larry
MRN: 101712621, DOB: 4/23/1978, Sex: M
Adm: 2/3/2023, D/C: 2/4/2023

## MICHIGAN MEDICINE
### UNIVERSITY OF MICHIGAN

**H&P by Moles, Victor Martin, MD at 2/3/2023 10:46 PM (continued)**

Right coronary artery: Right coronary artery is a dominant vessel. It is a large caliber vessel with no significant flow-limiting lesions. It gives rise to a small caliber right ventricular branch in the mid segment, and a medium caliber acute marginal branch which is arising in the mid segment of the RCA. It gives rise to large caliber PLV branch and PDA branch. There is no significant flow-limiting lesions in these branches.

**ASSESSMENT AND PLAN**
Larry Richardson is a 44 y.o. man with a past medical history of WPW, SVT, NICM with recovered EF (last TTE Dec 2022), bipolar disorder who initially presented with chest pain, found to have recurrent SVT and transferred to MM for EP procedure.

**# Wolf Parkinson White syndrome**
**# Supraventricular tachycardia**
Pt transferred to MM for EP procedure iso longstanding WPW with accessory pathway too close to AV node for ablation.
- EP to be consulted in AM for consideration of ablation vs optimization of medical mgmt
- Will need PFT's if he continues on amiodarone. Already got LFT's, TFT's
- If pt becomes HDUS, cardioversion is within his GOC, and he is full code

**# Non ischemic car4diomyoapthy**
**# Chronic heart failure with recovered ejection fraction**
Per chart review, pt initially diagnosed with HFrEF in Aug 2022, with EF 10-15%. Etiology suspected to be tachyarrhythmia-induced cardiomyopathy iso longstanding WPW and SVT. At that time he was initiated on GDMT, and f/u TTE in Dec 2022 demonstrated recovered EF. Currently without SOB, DOE, or e/o volume overload. Has mild achy CP that is chronic for him. NYHA Class 2. Currently at dry weight, only diuretic on regimen is aldactone, no loop diuretics.
Diagnostics
- NT-pro BNP negative at OSH
- TTE as above
- Prior heart cath, as above
- Will ask RA to obtain images for prior TTE and cath for internal review
Therapeutics
- telemetry
- strict I/O's
- 2L fluid restriction, 2g sodium restriction (though currently NPO for possible ablation)
- GDMT:
        - BB: metoprolol succinate 12.5 qday
        - ACE/ARB/ARNI: entresto 24-26 bid, plan to increase if blood pressure allows
        - AA/MRA: aldactone 25mg qday
        - SGLTi: farxiga 10mg qday
- Chest pain: SL nitro prn, APAP prn, topicals prn (lido patch, voltaren gel)

**# Leukocytosis**
WBC 8 on 1/28, then elevated to 10-12, most recently 10.2 on admission. Also had elevated CRP of 8 at OSH. Unclear of etiology, he has not had any s/s of infection aside from a single low-grade fever at OSH. BCx NGTD at OSH, though will need to f/u on these records.
- f/u OSH BCx
- f/u CRP, pending

Chronic problems
**# Bipolar d/o:** continue home risperdone 1mg qday

**FEN**
F: ad lib




| | 3621 S State St<br>Ann Arbor MI 48108<br>Notes Report | Richardson, Larry<br>MRN: 101712621, DOB: 4/23/1978, Sex: M<br>Adm: 2/3/2023, D/C: 2/4/2023 |

**MICHIGAN MEDICINE**
UNIVERSITY OF MICHIGAN

**Consults by Pelosi, Frank Jr., MD at 2/4/2023  7:11 AM (continued)**

### ELECTROPHYSIOLOGY NEW CONSULT NOTE

*(handwritten, right margin: SHOW TREATMENT WORKED - READY FOR SURGERY PRIOR TO THIS HEART ATTACK THAT LASTED FOR 9 DAYS STRAIGHT 1/27 - 2/04/23)*

**Reason for Consultation:** WPW ablation
**Consult requested by:** Cardiology
**Admission Date/Length of Stay:**
2/3/2023 / 1 days

**Impression:**
Mr. Larry Richardson is a 44 year old Male with a history of NICM (dx 08/2022, EF recovered 15%>60% 12/2022 with GDMT and now 42% again), recurrent SVT (report of WPW, ORT at OSH EP), bipolar disorder, currently incarcerated patient who was transferred to recurrent SVT (? ORT) requiring amiodarone for consideration of ablation. .

He had a longstanding history of WPW with SVT (presumed ORT) with episodes 2-3 years that worsened in 2022 and especially in the last 1-2 months. He had it controlled with amiodarone but this medication was stopped for unclear reasons. He was readmitted to an OSH with recurrence off amio but has been electrically quiet s/p amiodarone load. OSH EP had question of ORT with anteroseptal pathway and recommend transfer here for possible cryoablation.

At this point he would benefit from an EP study for SVT ablation for potential orthodromic AVRT (ORT). However, it will be essential to be able to induced the SVT which may not be possible after amiodarone load.

**Recommendations:**
--Repeat Echo
--Stop amiodarone
--Check TSH
--Given OSH cath, no ischemic eval needed
--increase BB as tolerated as well as GDMT for CHF
--We will schedule ablation 4 weeks
--If recurrent episode before then discussed returning to ED for possible IP ablation (hopefully before receiving amiodarone and instead a more short term AAD or CV if needed to abort arrhythmia)
--Discharge with biotel monitor
--Red flags discussed

EP will sign off.

Thank you for allowing us to participate in the care of this patient. Please contact the cardiac electrophysiology fellow on call with any questions or concerns.

recurrent SVT, hx of WPW, needs high risk ablation

.
.

**HPI:**
Mr. Larry Richardson is a 44 year old Male with a history of NICM (dx 08/2022, EF recovered 15%>60%



3621 S State St
Ann Arbor MI 48108
Notes Report

Richardson, Larry
MRN: 101712621, DOB: 4/23/1978, Sex: M
Adm: 2/3/2023, D/C: 2/4/2023

## MICHIGAN MEDICINE
### UNIVERSITY OF MICHIGAN

**Consults by Pelosi, Frank Jr., MD at 2/4/2023  7:11 AM (continued)**

12/2022 with GDMT and now 42% again), recurrent SVT (report of WPW, ORT at OSH EP), bipolar disorder, currently incarcerated patient who was transferred to recurrent SVT (? ORT) requiring amiodarone for consideration of ablation. .

He was told he he had WPW first around age 17-18 at Botsford hospital when he was having hand surgery and during surgery and he had a cardiac arrest. Back then he did not have palpitations very frequently maybe rarely when exercising heavily.

Then he had the Moderna vaccine around 3 years ago. Since then he began having more palpitations occurring about 1x/month a or bit less lasting often long days and frequently hospitalized for it. He has not had DCCV but has had medications or letting it self resolve.

In the last year it was become more frequent, 2x/month, lasting a day or two, severe palpitations and chest pain, dizziness, blurry vision, coordination diffiuclties, diaphoresis, and also had several episodes of syncope (at home) but not more DCCV.

He was evaluated by electrophysiologist at McLaren who felt he had WPW and anteroseptal pathway and was treated beta blockers but no AAD. Unclear exactly why. No ablation discussed per patient.

Then in august 2022 but and CHF with EF 15%. He was treated with GDMT and amiodarone.

Amiodarone was stopped September, unclear exactly why

In December EF improved but had worsening episodes SVT 3/x month.

Eventually January, he had another episode admitted, he was loaded with IV amiodarone. He had another episode maye a day or two after starting amiodarone but after that he has been electrically quiet for about 5-7 days on amiodarone.

In OSH ED SVT that stable BP but HR 160-220 and chest pain but BP>90 and presented 01/27/203 and was converted with IV amiodarone and then transitioned to oral amiodarone. He has been electrically quiet (we think) since initial presentation. OSH felt the pathway was right anteroseptal and recommend transfer here for ablation but he has not had an EP study.

He denies any prior EP procedures or ablations. McLaren had a heart monitor for 24 hours in 2020. No other heart monitors.
Denies HTN, HLD, DM2, CVA/TIA, no stent. Bipolar disorder on respierdal but only intermittently taking due to gynecomastia.

## Past Medical and Social History
*Personally reviewed and appropriate edits made as necessary.*

## Patient Active Problem List
Diagnosis
- Wolff Parkinson White pattern seen on electrocardiogram



**MICHIGAN MEDICINE**
UNIVERSITY OF MICHIGAN

3621 S State St
Ann Arbor MI 48108
Orders/Results

Richardson, Larry
MRN: 101712621, DOB: 4/23/1978, Sex: M
Adm: 2/3/2023, D/C: 2/4/2023

EPI 2021)                                    mL/min/1.73m2
Comment:
The estimated glomerular filtration rate (eGFR) was
calculated using the 2021 CKD-EPI eGFR creatinine equation,
which does not include race as a factor. https://tinyurl.com/3fabafed

GFR Categories in Chronic Kidney Disease (CKD)

| GFR Category: | GFR (mL/min/1.73 square meters): | Interpretation: |
| --- | --- | --- |
| G1 | 90 or greater | Normal or high* |
| G2 | 60-89 | Mild decrease* |
| G3a | 45-59 | Mild to moderate decrease |
| G3b | 30-44 | Moderate to severe decrease |
| G4 | 15-29 | Severe decrease |
| G5 | 14 or less | Kidney failure |

*In the absence of evidence of kidney damage, neither GFR
category G1 nor G2 fulfill the criteria for CKD
(Kidney Int Suppl 2013;3:1-150)

*[handwritten]* SUFFER KIDNEY DAMAGE

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| **42 - MM LABS** | MICHIGAN MEDICINE PATHOLOGY AND CLINICAL LABORATORIES | Unknown | 1500 E. Medical Center Drive Ann Arbor MI 48109 | 01/17/20 1001 - Present |

**ONBASE Images**

(Link Unavailable) Show images for Estimated GFR, Creatinine-based formula (CKD-EPI 2021)

## C-Reactive Protein (Inflammatory) [LAB149]                  Order #605493919

### C-Reactive Protein (Inflammatory) [605493918]

Electronically signed by: **Lab, Int on 02/03/23 2249**                  Status: **Completed**
Ordering user: Lab, Int 02/03/23 2249                  Ordering provider: Smith, Joshua, MD
Authorized by: Smith, Joshua, MD                  Ordering mode: Standard
Frequency: Once 02/03/23 2249 - 1 occurrence

**Results**                  C-Reactive Protein (Inflammatory) [LAB149] (Order# 605493919)

Resulted: 02/04/23 0711, Result status: Final result

C-Reactive Protein (Inflammatory) [605493919] (Abnormal)

Ordering provider: Smith, Joshua, MD 02/03/23 2249                  Resulting lab: MICHIGAN MEDICINE PATHOLOGY AND CLINICAL LABORATORIES

Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
| — | — | 02/03/23 2347 |

Printed on 2/7/23  3:26 PM                                    Page 23



**My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

Emergency Department:
MyMichigan Medical Center
Alma
300 E. Warwick Drive
Alma MI 48801-1014

Richardson, Larry
MRN: 2000499313, DOB: 4/23/1978, Sex: M
Acct #: 2004015860
Adm: 3/19/2023, D/C: 3/19/2023

---

### 03/19/2023 - ED in Emergency Department: MyMichigan Medical Center Alma

**ED Provider Note**

---

**ED Provider Notes by Matthew B Kanitz, PA-C at 3/19/2023 1911**

| | | |
|---|---|---|
| Author: Matthew B Kanitz, PA-C | Service: Emergency Medicine | Author Type: Physician Assistant |
| Filed: 3/19/2023 9:25 PM | Date of Service: 3/19/2023 7:11 PM | Status: Signed |
| Editor: Matthew B Kanitz, PA-C (Physician Assistant) | | Cosigner: John Dery, DO at 3/20/2023 3:12 AM |

Procedure Orders
1. Critical Care [162066149] ordered by Matthew B Kanitz, PA-C

**HPI**

**Chief Complaint**
Patient presents with
- Chest Pain

Patient presents emergency department the chief complaint of a tachyarrhythmia. The patient states that he has a history of WPW. Patient was seen back in late January was found to be in refractory tachyarrhythmia at that point time he had severe electrolyte derangement with a potassium of 1.7. Patient's electrolytes were replaced that point time was sent down to McLaren of greater Lansing at that point time EP mapped out and found his accessory pathway to be very close to his intrinsic pathway near the AV node. It was deemed a high risk EP procedure and he was sent to U of M. Patient was given amiodarone at that point time
Wanted this washed out for at least 30 days. He has been maintained on his current Lopressor at home. Patient's blood pressures are in the 90s systolic on arrival heart rate is anywhere from 1 50-1 60. Patient complains of some very mild shortness of breath but no chest pain no diaphoresis he speaking in full sentences and resting comfortably

History provided by: **Patient**

**Patient History**

No past medical history on file.

No past surgical history on file.

No family history on file.

**E-Cigarette/Vaping History**
No existing history information found.
No existing history information found.
No existing history information found.

**Review of Systems**

Review of Systems
Respiratory: Positive for shortness of breath.

---



Emergency Department:
MyMichigan Medical Center Alma
300 E. Warwick Drive
Alma MI 48801-1014

Richardson, Larry
MRN: 2000499313, DOB: 4/23/1978, Sex: M
Acct #: 2004015860
Adm: 3/19/2023, D/C: 3/19/2023

## 03/19/2023 - ED in Emergency Department: MyMichigan Medical Center Alma (continued)

### Labs (continued)

Frequency: STAT Once 03/19/23 1926 - 1 occurrence
Quantity: 1
Instance released by: (auto-released) 3/19/2023 7:43 PM

Class: Normal
Lab status: Final result

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| X39223 | Plasma | — | 999 03/19/23 1926 |

#### Procalcitonin Test
Resulted: 03/19/23 2012, Result status: Final result

Ordering provider: Matthew B Kanitz, PA-C  03/19/23 1926
Filed by: Interface, Lab Results In  03/19/23 2012
Resulting lab: MYMICHIGAN HEALTH GRATIOT LABORATORY

Order status: Completed
Collected by: 999 03/19/23 1926

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Procalcitonin | <0.03 | 0.00 - 0.50 ng/mL | — | 31 |

Comment:
SYSTEMIC INFECTION IS NOT LIKELY. POSSIBLE LOCALIZED INFECTION CANNOT BE RULED OUT.
SYSTEMIC INFECTION (SEPSIS) IS LIKELY UNLESS OTHER CAUSES ARE KNOWN.

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 31 - Unknown | MYMICHIGAN HEALTH GRATIOT LABORATORY | Maged Hanna, MD | 300 E. Warwick Drive Alma MI 48801 | 01/10/22 0748 - Present |

#### Procalcitonin Test
Resulted: 03/19/23 1932, Result status: In process

Ordering provider: Matthew B Kanitz, PA-C  03/19/23 1926
Filed by: Interface, Lab Results In  03/19/23 1944
Resulting lab: SUNQUEST

Order status: Completed
Collected by: 999 03/19/23 1926

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 12 - Sunquest | SUNQUEST | Unknown | Unknown | 06/24/20 1454 - Present |

#### Procalcitonin Test
Resulted: 03/19/23 1932, Result status: In process

Ordering provider: Matthew B Kanitz, PA-C  03/19/23 1926
Filed by: Interface, Lab Results In  03/19/23 1943
Resulting lab: SUNQUEST

Order status: Completed
Collected by: 999 03/19/23 1926

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 12 - Sunquest | SUNQUEST | Unknown | Unknown | 06/24/20 1454 - Present |

### Imaging

#### X-ray chest 1 view : portable (Final result)

Electronically signed by: **Matthew B Kanitz, PA-C on 03/19/23 1920**
This order may be acted on in another encounter.

Status: **Completed**



| Emergency Department: | Richardson, Larry |
| --- | --- |
| MyMichigan Medical Center Alma | MRN: 2000499313, DOB: 4/23/1978, Sex: M |
| 300 E. Warwick Drive | Acct #: 2004015860 |
| Alma MI 48801-1014 | Adm: 3/19/2023, D/C: 3/19/2023 |

## 03/19/2023 - ED in Emergency Department: MyMichigan Medical Center Alma (continued)

### Cardiology Scans (continued)

#### Electrocardiogram - Scan on 3/19/2023

Scan (below)





RICHARDSON, LARRY        ID:2000499313        19-Mar-2023 19:55:38        MidMichigan Health-GR ED   ROUTINE RECORD

| 23-Apr-1978 (44 yr) | Vent. rate | 110 | BPM | Sinus rhythm followed by Atrial fibrillation with rapid ventricular response |
| Male | PR interval | * | ms | Right bundle branch block |
| 44in | QRS duration | 142 | ms | T wave abnormality, consider inferior ischemia |
| Room:GRHE~ | QT/QTcB | 346/468 | ms | Abnormal ECG |
| Loc:311 | P-R-T axes | * 89 | -2 | When compared with ECG of 19-MAR-2023 19:17, Atrial fibrillation has replaced Wide QRS rhythm |

Confirmed by Berlin, Kevin (10249) on 3/20/2023 12:55:11 PM

Technician: ch
Test ind:

Confirmed By: Kevin Berlin

25mm/s   10mm/mV   150Hz   10.1.2   12SL 241   CID: 1        EID: 10249 EDT: 12:55 20-Mar-2023 ORDER: 162066139 ACCOUNT: 84443196

Page 1 of 1

*EVIDENCE OF ANOTHER HEART ATTACK ON 3/19/23* (handwritten)

---

Generated on 3/22/23  1:02 PM



| | | |
|---|---|---|
| Emergency Department: | Richardson, Larry | |
| MyMichigan Medical Center | MRN: 2000499313, DOB: 4/23/1978, Sex: M | |
| Alma | Acct #: 2004015860 | |
| 300 E. Warwick Drive | Adm: 3/19/2023, D/C: 3/19/2023 | |
| Alma MI 48801-1014 | | |

**03/19/2023 - ED in Emergency Department: MyMichigan Medical Center Alma (continued)**

**Cardiology Scans (continued)**

**Electrocardiogram - Scan on 3/19/2023**

Scan (below)



**END OF REPORT**

Richardson, Larry (MRN 101712621) Printed by Ryzak, Cassandra, RN [25392] at 3/21/2023 3:33 PM

## Richardson, Larry                                                                    MRN: 101712621

Larson, John, MD              Discharge Summary ⚠️        Date of Service: 3/21/2023 3:11 PM

Resident                      Cosign Needed
Medicine Coronary =
MW/MJ                                   # 361621

### Michigan Medicine

### MC Inpatient Discharge Summary

Larry Richardson, MRN# 101712621, is a 44 y.o. male, admitted to the Medicine Coronary = MW/MJ service for WPW (Wolff-Parkinson-White syndrome). *FIRST HEART SURGERY*

**Michigan Medicine Arrival Date/Time:** 3/20/2023 1:10 AM

**Inpatient Admission Date/Time:** 3/20/2023 3:42 AM
**Discharge Date:** 3/21/2023

RECEIVED

MAR 2 2 2023

SLF MEDICAL RECORDS

**Attending Provider:** Dr. Andrew Wesley Harris

Treatment Team:
Medical Student: Carducci, Jessica
Resident: Larson, John, MD
Medical Student: Vejalla, Anuush
Resident: Kutschman, Kenneth, MD
*PROVIDER - FIRST CONTACT: Larson, John, MD

### Hospital Problems

|  | Noted - Resolved | POA |
|---|---|---|
| Active Problems | | |
| * (Principal) WPW (Wolff-Parkinson-White syndrome) | 3/20/2023 - Present | Yes |

### Other Problems

Active Problems
**Wolff Parkinson White pattern seen on electrocardiogram**
**SVT (supraventricular tachycardia) (CMS/HCC)**

### Recommendations for Follow Up:

**Attention to Primary Care Attending:** (diagnostic studies and exam findings)

Continued age appropriate care and screening

**To Do's for Referring / Subspecialty Provider(s):**

Cardiology/Electrophysiology:
- Follow up Ziopatch that was applied on discharge
- Continue to monitor for need of repeat ablation/antiarrhytmics given inability to fully ablate pre-excitation pathway given para-hisian location.
- Continue to follow his EF and continued consideration of GDMT

Richardson, Larry (MRN 101712621) Printed by Ryzak, Cassandra, RN [25392] at 3/21/2023  3:33 PM

**Intended Cardiology Follow Up Plan**

**Contact info:** Cardiology Main Line 888-287-1082

| Follow up PCP | ☐ MM PCP<br>☐ Needs new MM PCP<br>☒ OSH PCP<br>☐ Needs new OSH PCP | Labs within 30 days of discharge | ☐ BNP  Date_____<br>☐ NT-proBNP  Date_____<br>☐ CBC  Date_____<br>☐ BMP  Date_____<br>☐ CMP  Date_____<br>☐ Lipids  Date_____<br>☐ Magnesium  Date_____<br>☐ PT/INR  Date_____<br>☐ LFTs  Date_____<br>☐ Other:<br>☒ No labs needed post discharge |
|---|---|---|---|
| Follow Up Appts < 14 days | ☐ HFT Bridge (Established HFT pt)<br>☐ PICCOLO (Post Intensive Cardiac Care)<br>☐ Interventional Bridge (post PCI)<br>☐ Est. Pulm HTN Pt<br>☒ General Cardiology Bridge (established pts)<br>☐ Transitions Clinic (not yet established pts)<br>☐ Other: | Studies | ☐ Echo<br>☐ Echo 90 days post discharge after revasc or starting GDMT<br>☐ PFTs full study<br>☐ CXR<br>☐ TEE<br>☐ DCCV<br>☐ Holter/Event monitor<br>☐ Other |
| Follow Up Appts in 2-3 months | ☐ Est. MM Cardiologist:<br>☐ Est. OSH Cardiologist<br>☐ Needs new MM Cardiologist<br>☐ Needs new HFT Cardiologist<br>☐ Est. HFT cardiologist:<br>☐ Other:<br>☐ None needed at this time | Other | ☐ Device Clinic<br>☒ EP/Arrhythmia Clinic<br>☐ Interventional Cards<br>☐ TAVR<br>☐ CT Surgery<br>☐ Vascular Surgery<br>☐ MATRIX<br>☐ Pulm HTN<br>☐ Inherited Cardiomyopathy<br>☐ Cardio-oncology<br>☐ LVAD |

**Lab, Diagnostic Testing, and Referral Follow-Up Orders given to patient:**

**Diagnostics for After Your Discharge**
   **Extended Cardiac Monitor**                    Expected date: As directed

**Relevant fax numbers for lab/testing results:**
Interventional bridge/PICCOLO/Gen Cards/ Gen Cards Bridge: fax 734-647-4285
HFT or HFT Bridge: fax 734-763-8075
EP: fax 734-615-0074
Device: fax 734-998-2324
Pulmonary HTN: fax 734-763-7390

**Scheduled Appointments:**
No future appointments.

**Pertinent Clinical Presentation on Admission/ Reason for Hospitalization:**
Larry Richardson is a 44 y.o. man with a past medical history of WPW presenting for palpitations and

Richardson, Larry (MRN 101712621) Printed by Ryzak, Cassandra, RN [25392] at 3/21/2023  3:33 PM
lightheadedness and near syncope yesterday.



When he arrived in the ED, he was tachycardic to 180s. Patient currently incarcerated, when he experienced an episode of palpitations, heart racing, dizziness, and near syncope. When hooked up to a monitor, HR reportedly in the 180s, prompting him to be brought to ED in Alma. Per OSH ED report, HR 150s but otherwise stable. His symptomatic SVT was cardioverted with Ibutilide. Patient remained hemodynamically stable after ablation and transferred to Michigan medicine Ann arbor for definitive management. Patient reports this episode lasted approximately 4 hours. He also states that he has experienced several other episodes of palpitations. Denies edema, weight gain, orthopnea otherwise.

Of note, similar admission following similar episode of SVT on 1/27. At that time, he had persistent chest pain and was in SVT (HR >220). Pt transferred to MM  (2/1) for EP procedure iso longstanding WPW with accessory pathway too close to AV node for ablation. EP was consulted, recommended deferring ablation for 4 weeks due to amiodarone use.  Patient reports compliance with this regimen, off Amiodarone since 2/4.

ED Course: On arrival, pt afebrile, hypotensive to 91/67, HR 70, spO2 100 on RA. Exam unremarkable and pt remained in NSR prior to admission. CBC and CMP unremarkable. Trop 19 -> 19. Electrophysiology was consulted, and they advised that the patient should remain NPO and admission to cardiology be pursued.

**Brief Hospital Course** (*including* **treatment rendered** *and* **response to treatment**):
 Upon transfer to Michigan Medicine Mr. Richardson already had termination of his SVT.  He was monitored overnight with no further episodes.  He has telemetry intermittently showed a pre-excitation pattern during his stay.  On 03/20 he underwent an SVT ablation as noted above.  After his ablation he had no further episodes of SVT but did have intermittent episodes of pre-excitation pattern on telemetry monitoring.  The morning after his ablation procedure he did note significant tenderness at his groin access site so underwent a groin arterial/venous ultrasound which was unrevealing for any specific cause of his pain.  It was deemed that this was likely due to nerve injury during access.  He was given Tylenol with pain control and was deemed appropriate for discharge.  He was given a ZIO patch at discharge and will follow-up with bridge clinic and his electrophysiology team for need for further WPW treatment.

**Last Recorded Vital Signs:**
BP (!) 148/71 (BP Location: Right arm, BP: Patient position: Lying, BP Cuff Information: Lg Adult 31-40 cm)  |
Pulse 80  | Temp 37.2 °C (98.9 °F)  | Resp 18  | Ht 1.702 m (5' 7")  | Wt 81.3 kg (179 lb 3.2 oz) Comment: with cuffs on | SpO2 97%  | BMI 28.07 kg/m²

**Pertinent Discharge Physical Exam Findings:**
GEN: Well-appearing man in no acute distress.
HEENT: PERRLA. EOMI. Moist mucus membranes. No lymphadenopathy.
CARD: Regular rate and rhythm. Normal S1 and S2. No S3 or S4. No murmurs. PMI not displaced.
PULM: Normal work of breathing in room air. Lungs clear to auscultation bilaterally.
ABD: Non-distended. Normoactive bowel sounds. Soft. Non-tender. No palpable masses or organomegaly.
NEURO: Alert and oriented x3. CN II - XII grossly intact. No focal neurologic deficits.
MSK: No joint tenderness, erythema, or swelling.
EXT: Warm and well-perfused. 2+ distal pulses bilaterally. No lower extremity edema. No hematoma or bruit at bilateral groin access site, significant tenderness on exam of left groin access site with no surrounding erythema or ecchymosis
SKIN: No worrisome rashes or lesions.

**Operations/Major Procedures:**
**Surgical/Procedural Cases on this Admission**

| Case IDs | Date | Procedure | Surgeon | Location | Status |
|---|---|---|---|---|---|
| 3543571 | 3/20/23 | EP Ablation Paroxysmal Supraventricular | Liang, Jackson Jeikai, DO | CVC EP | Comp |



| | Emergency Department: MyMichigan | Patient: Larry Richardson |
| --- | --- | --- |
| **My Michigan Health**<br>UNIVERSITY OF MICHIGAN HEALTH | Medical Center Alma<br>300 E. Warwick Drive<br>Alma MI 48801-1014<br>Phone: 989-466-3228 | MRN: 2000499313<br>DOB: 4/23/1978<br>Gender: male |

# 361621

## Richardson, Larry #2000499313 (DOB:04/23/1978 44 y.o. M) (Adm: 03/24/23)

GRH EMR

### Chief Complaint

| Complaint | Comment |
| --- | --- |
| **Irregular Heart Beat** | |

### Encounter Diagnoses

| | Comments |
| --- | --- |
| **Palpitations** - Primary | |

### ED Disposition

| ED | Condition | Comment |
| --- | --- | --- |
| Disposition<br>**Discharge** | Stable | Larry Richardson discharge to home/self care.<br><br>Condition at discharge: stable |

### Patient Care Team

| | Relationship | Specialty | Notifications | Start | End |
| --- | --- | --- | --- | --- | --- |
| **Darrel Barrows, NP** | **PCP - General** | Family Medicine | | 12/2/22 | |

### ED Provider Notes

Samantha P Tuczynski, MD 3/24/2023 2:56 PM

RECEIVED

### HPI

MAR 28 2023

**Chief Complaint**
Patient presents with
- Irregular Heart Beat

SLF MEDICAL RECORDS

44-year-old male with history of SVT status post ablation presenting for palpitations this morning. He states his symptoms started about 30 minutes prior to arrival. He has been taking all of his medications as prescribed. He has been tolerating p.o. well. No recent illness. He did have an ablation on Monday at U of M by Dr. Liang. He states his symptoms today are consistent with his previous episodes of SVT. Per EMS, patient with intermittent conversion spontaneously en route.

**Patient History**

No past medical history on file.

No past surgical history on file.

No family history on file.

**E-Cigarette/Vaping History**

Richardson, Larry (MRN 2000499313) Printed by Samantha P Tuczynski, MD [20458] at 3/24/2023 4:46 PM

**ED Provider Notes (continued)**

| | |
|---|---|
| Monocytes Relative | 7.7 |
| Eosinophils Relative | 0.6 |
| Basophils Relative | 0.2 |
| Immature Granulocytes | 0.2 |
| Neutrophils Absolute | 6.06 |
| Lymphocytes Absolute | 1.96 |
| Monocytes Absolute | 0.68 |
| Eosinophils Absolute | 0.05 |
| Basophils Absolute | 0.02 |
| Immature Granulocyte Absolute | 0.02 |
| Nucleated Red Blood Cells | 0.0 |
| Nucleated RBC Absolute | 0.00 |

MAGNESIUM

| | |
|---|---|
| Magnesium | 2.2 |

**ED Course** as of 03/24/23 1447
**Fri Mar 24, 2023**
1027    ECG 12 lead
        ECG as interpreted by me: Sinus arrhythmia,
        rate 75, right bundle branch block [ST]

**ED Course User Index**
[ST] Samantha P Tuczynski, MD

**Clinical Impression** as of 03/24/23 1447
Palpitations

**Medical Decision Making**
44-year-old male presenting via EMS from prison for palpitations.  History of SVT status post recent ablation 5 days ago at U of M.  He does have an event monitor in place.  He has been taking his medications as prescribed.  Vitals are currently stable.  ECG by EMS prior to arrival did reveal an SVT with a rate in the 140s however this has spontaneously resolved.  Heart rate in the 80s.  Blood pressure stable.  Patient is asymptomatic.  Work-up is overall reassuring.  Electrolytes are within normal limits.  He does have intermittent episodes of recurrence of his SVT which resolved spontaneously while in the emergency department.  I discussed the case with electrophysiology, Dr. Liang, who performed the ablation 5 days ago.  He recommends increasing patient's Toprol XL from 25 to 50 mg/day and will follow-up in outpatient setting as scheduled.  Discussed plan with patient at bedside, verbalizes understanding and agreement.  Return precautions provided.

**Amount and/or Complexity of Data Reviewed**
Independent Historian: EMS
External Data Reviewed: notes.
Labs: ordered. Decision-making details documented in ED Course.
Radiology: ordered and independent interpretation performed. Decision-making details documented in ED Course.
ECG/medicine tests: ordered and independent interpretation performed. Decision-making details documented in ED Course.

**Risk**

Richardson, Larry (MRN 2000499313) Printed by Samantha P Tuczynski, MD [20458] at 3/24/2023  4:46 PM

# Richardson, Larry   #361621

MRN: 101712621

Rouf, Rosanne, MD
Physician
Specialty: Cardiology

Progress Notes ⚠ 💟
Signed

Encounter Date: 4/25/2023

Reason for visit:  This is a new patient referred to me for Transitions Clinic. This is the first time I am seeing this patient.

*SECOND HEART SURGERY*

History of Present Illness:

Larry Richardson is a 45 y.o. male who presented to my clinic for evaluation of recent discharge from U-M. He is here from the correctional facility with two officers in the office. He has known he had WPW sicne he was age 21 when he flatlined during surgery for anesthesia. In early march, he felt palpitations and LHD, nearly passed out---he was brought to the ED and had a HR in the 190s. At an OSH he was givien ibutilide then transferred to U-M for ablation. Previous eval in early Feb by U-M EP had rec'd he stay off amiodarone and then they would attempt ablation. Per the d/c note:

Briefly, during EP study, an accessory pathway was identified in direct proximity to the His pathway. EP study confirmed that his clinical SVT was due to orthodromic atrioventricular tachycardia (AVRT) using this para-Hisian pathway. Ablation was partially successful in modifying the properties of the accessory pathway such that AVRT could not be induced; however, complete elimination of pre-excitation was not able to be achieved due to its proximity to transient complete heart block being seen during the procedure. After his ablation he had no further episodes of SVT but did have intermittent episodes of pre-excitation pattern on telemetry monitoring.

At baseline, he denies paroxysmal nocturnal dyspnea, lightheadedness, syncope, presyncope. He regularly has chest pain, occ SOB, occ LHD which is brought on by palpitations. He doesn't have these episodes when he works out.

ROS: A 13-point ROS was performed and is negative other than what has been reported in the HPI.

PAST MEDICAL HISTORY:
**Patient Active Problem List**
Diagnosis
 • Wolff Parkinson White pattern seen on electrocardiogram
 • SVT (supraventricular tachycardia) (CMS/HCC)
 • WPW (Wolff-Parkinson-White syndrome)
Systolic dysfunction, no prior h/o CHF per the patient

RECEIVED

APR 26 2023

SLF MEDICAL RECORDS

Social History:
Incarcerated. Here with 2 officers present.

Family History:
Siblings: unknown
Mom: had several heart attacks, and a brain aneurysm, first heart attack at age 37

Allergen                                                         • Reactions
  • Bactrim [Sulfamethoxazole-Trimethoprim]                      Rash-Mild
  • Lamictal [Lamotrigine]                                       Rash-Mild
  • Sulfamethoxazole                                             Rash-Mild
  • Tetracyclines                                                Rash-Mild
  • Cephalexin                                                   Rash-Mild
  • Trimethoprim                                                 Rash-Mild

Major findings:
On my comprehensive cardiovascular examination, he is in no acute distress. Vital signs are BP 129/78 (BP Location: Left arm, BP: Patient position: Sitting, BP Cuff Information: Lg Adult 31-40 cm) | Pulse 54 | Temp 36.3 °C (97.3 °F) (Temporal) | Ht 1.702 m (5' 7") | Wt 83.6 kg (184 lb 6.4 oz) | SpO2 97% | BMI 28.88 kg/m² . Breathing rate was 12 times per minute. HEENT: Eyelids are normal. Pupils are round and reactive to light. Conjunctivae are clear. No central cyanosis. His neck is supple and symmetrical without goiter or lymphadenopathy.  JVP was 8 cm. Carotids were brisk without bruits.   Lungs were clear to auscultation and percussion. Cardiac exam shows a normal S2 and S1. I do not auscultate any extracardiac sounds. Abdomen is soft without hepatosplenomegaly or abdominal masses. No abdominal tenderness. Bowel sounds are normal. Extremities show no pitting edema in LLE. Distal pulses +2 bilaterally in the radial artery. Neurologic examination is grossly normal. Mentation and affect are appropriate.

Assessment:

45 y.o. male with WPW s/p attempted ablation in March 2023 who has systolic dysfunction and persistent palpitations since discharge.

Updated Problem List:
**Patient Active Problem List**
Diagnosis
  • Wolff Parkinson White pattern seen on electrocardiogram
  • SVT (supraventricular tachycardia) (CMS/HCC)
  • WPW (Wolff-Parkinson-White syndrome)

Plan:
Larry Richardson is a 45 y.o. male who has WPW (orthodromic AVRT) with recurrent SVT s/p cryoablation by U-M EP team in early March 2023, only partially successful and incompletely ablated due to concerns that accessory pathway was too close to AVN/his bundle and would result in CHB. He was kept on metoprolol XL and discharged with a ZioPatch which resulted 4/19/23 and showed continued presence of delta wave c/w pre-excitation and 102 SVT episodes lasting as long as 32 minutes. The patient validates with continued symptoms of palpitations +/- chest pain +/- lightheadedness post-hospital discharge.

His baseline HR is 54, thus no room to uptitrate metop XL. He is no longer on amiodarone and has concerns for long-term side effects. I am referring him to the EP clinic for further evaluation.

In the meantime, I also reviewed his indication for GDMT. He was found to have EF of 20% in Aug 2022 in the setting of frequent tachyarrhythmia but no CHF symptoms. Thus, he has stage B HF/NICM likely due to tachy-mediated mechanism. The patient reported difficulty in remembering to take his medication, thus we simplified his regimen today to be more c/w

 **My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

Emergency Department: MyMichigan
Medical Center Alma
300 E. Warwick Drive
Alma MI 48801-1014
Phone 989-466-3228

Patient: Larry Richardson
MRN: 2000499313
DOB: 4/23/1978
Gender: male



**Richardson, Larry #2000499313 (DOB:04/23/1978 45 y.o. M) (Adm: 05/12/23)**  \hfill **GRH EMR**

## Chief Complaint

| Complaint | Comment |
|---|---|
| Irregular Heart Beat | |

## Encounter Diagnoses

| | Comments |
|---|---|
| **Narrow complex tachycardia (CMS/HCC)** - Primary | |
| **WPW (Wolff-Parkinson-White syndrome)** | |

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | Larry Richardson discharge to home/self care. |
| | | Condition at discharge: stable |

## Patient Care Team

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Darrel Barrows, NP** | **PCP - General** | Family Medicine | | 12/2/22 | |

## ED Provider Notes

Craig Adams, MD 5/12/2023 12:54 PM

**HPI**

No chief complaint on file.

Chief complaint rapid heart rate
HPI this patient is a 45-year-old male with history of WPW presenting to the emergency department with symptoms of rapid heart rate with chest tightness since 9 AM today. Symptoms are moderate to severe and persistent. Patient states she has a history of WPW and is scheduled to get a cardiac ablation sometime in the near future at the University Michigan. He currently complains of some mild chest discomfort and rapid heart rate. In route patient was given Versed and 1 attempt at cardioversion by EMS was unsuccessful at 120 mV

History provided by: **Patient**

**Patient History**

No past medical history on file.

No past surgical history on file.

Richardson, Larry (MRN 2000499313) Printed by Craig Adams, MD [1190] at 5/12/2023 7:00 PM

| My **Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

**Emergency Department: MyMichigan**
**Medical Center Alma**
300 E. Warwick Drive
Alma MI 48801-1014
Phone 989-466-3228

**Patient: Larry Richardson**
MRN: 2000499313
DOB: 4/23/1978
**Gender: male**



## Richardson, Larry #2000499313 (DOB:04/23/1978 45 y.o. M) (Adm: 05/13/23)

**GRH EMR**

### Chief Complaint

| Complaint | Comment |
|---|---|
| **Rapid Heart Rate** | |

### Encounter Diagnoses

| | Comments |
|---|---|
| **Chest pain, unspecified type** - Primary | |
| **Supraventricular tachycardia (CMS/HCC)** | |

### ED Disposition

| ED Disposition **Discharge** | Condition Stable | Comment Larry Richardson discharge to home/self care. Condition at discharge: stable |
|---|---|---|

### Patient Care Team

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Darrel Barrows, NP** | **PCP - General** | Family Medicine | | 12/2/22 | |

### ED Provider Notes

Gerardine B Villanueva, MD 5/14/2023  4:43 AM

## HPI

Chief Complaint
Patient presents with
- Rapid Heart Rate

Mr. Richardson is a 45M with PMH significant for WPW who presents with another episode of tachycardia. Found to have a rate of 180s. Patient has associated CP (6/10 normally 4-6/10) with SOB and diaphoresis. Nonexertional, nonradiating and not associated with nausea or vomiting. Had 2 small cups of coffee yesterday.Converted back to NSR once EMS arrived. Patient reports chronic chest pain that is 4-6 out of 10 at baseline. Denies fevers, chills, nausea, vomiting, abdominal pain. Patient has a scheduled ablation at U of M tomorrow. Was given nitro x 2 prior to arrival without improvement of his CP.

**Patient History**

Past Medical History:
Diagnosis                                                                      Date
- WPW (Wolff-Parkinson-White syndrome)

Richardson, Larry (MRN 2000499313) Printed by Gerardine B Villanueva, MD [20869] at 5/14/2023  6:45 AM

Richardson, Larry (MRN 101712621)                                Encounter Date: 05/04/2023
**Richardson, Larry**          #361621                                    MRN:101712621

---

Hale, Benjamin William, MD   Op Note  ▲ ☑        Date of Service: 5/15/2023  8:08 AM
Physician                    Signed

Medicine Wilson3
Electrophysiology

Case Time:                   Procedures:                      Surgeons:
5/15/2023  8:08 AM            Carto/Cryo EP Ablation           _Hale, Benjamin William, MD_
                             Paroxysmal Supraventricular      Huntrakul, Anurut, MD
                             Tachycardia

*3RD HEART SURGERY*

*SECOND HEART SURGERY DIDN'T WORK*

## ELECTROPHYSIOLOGY SERVICE OPERATIVE REPORT

PROCEDURE 5/15/2023

PROCEDURE:
- Comprehensive Electrophysiology Study
- 3D electroanatomic mapping (CARTO)
- SVT ablation: accessory pathway ablation for ORT
- Cryoablation
- Ultrasound guided Venous access

EP ATTENDING:
Benjamin Hale, MD

EP FELLOW:
Anurut Huntrakul, MD

ANESTHESIA:
MAC

INDICATION:
Symptomatic SVT with intermittent preexcitation, failed ablation on 3/20/2023

RECEIVED

MAY 17 2023

SLF MEDICAL RECORDS

*← FIRST HEART SURGERY*

PROCEDURE:
He was brought to the EP lab in a fasting state, then prepped and draped in the usual sterile fashion. Time out was performed. MAC anesthesia was used by the anesthesia staff during the procedure. The patient presented to the lab in sinus rhythm with right bundle branch block with intermittent preexcitation on the 12-lead ECG. The pattern of preexcitation was characteristic of a parahisian pathway (LB with V2 transition, inferior lead discordance; +II/-III).

Vascular ultrasound evaluation and access using a Sonosite ultrasound was used to evaluate the femoral veins at the vascular access sites. The right and left femoral veins were cannulated with modified Seldinger technique under ultrasound guidance using an echotip needle. The needle was visualized entering the vessels and wires were confirmed in the intended vessels prior to insertion of the hemostatic introducer sheaths.

Two sheaths were inserted into the left femoral vein (6 Fr, 6 Fr) and two sheath were placed in the right femoral vein (8 Fr and SR-0 ).
Heparin 3000 units were given.

The Pentaray multipolar catheter was advanced into the SR-0 to the RA. Geometry of the right atrium, TV annulus and RV inflow was created. Open window mapping with simultaneous early V map was created during NSR with preexcitation. The

Richardson, Larry (MRN 101712621)                                          Encounter Date: 05/04/2023

conducting pathway was localized to the right anteroseptal area (1 O'clock, adjacent to the His cloud).

A His-RV catheter was placed in the RV apex via the 6 Fr sheath, a BW DF decapolar catheter was positioned in the coronary sinus and the Josephson was placed in the RAA .

Baseline EP study was performed and showed
- Intermittent preexcitation with PR 102 and QRSd 168 ms
- AH 69 ms, HV 76 ms (during loss of preexcitation)
- AVWBCL 470 ms, AVNERP 600/350 ms
- Constant single echo with AES with earliest A at His
- retrograde AP ERP 600/340 ms
- Spontaneous SVT (occurred x 1 time), CL 430 ms ,VA time 134 ms, earliest A at His

We then mapped earliest A activationduring V pacing with the Pentaray which showed the earliest atrial activation at right anteroseptal area (11 O'clock), at a consistent location compared with the antegrade maps.

The cryoablation catheter (6 mm, Xtra 3) was exchanged with the Pentaray and positioned to the right anteroseptal area. During catheter manipulation, pathway block was observed (due to catheter bumping of the pathway). After 30 minute waiting period and 2 doses of 12 mg adenosine, we did not observe the conduction through the AP. We then performed empiric cryoablation at the earliest A and V sites on the right anteroseptal area with multiple freeze/thaw cycles during AV-nodal conducted rhythm while monitoring AV conduction and PR intervals closely. Due to concern of unreliable tissue contact from the inferior approach, we also obtained the right internal jugular venous access and placed a 8 Fr sheath. The cryo catheter was advanced into the 8 Fr sheath to the mapped site from a superior approach. Again, cryoablation with several freeze/thaw cycles were performed. A total of 45 minutes 58 of cryoablation was performed in this area (some lesions shorter than desired and repeated due to "high refrigerant flow" on Cryoconsole).

After an additional 25 minute waiting period after the final ablation, post ablation EP study showed
- AERP 600/230 ms, AVNERP < AERP
- VAWBCL 380 ms, VAERP 600/270 ms.
- No AV conduction but 1:1 VA conduction at 600 ms (not via AP based on long VA time) during 12 mg adenosine.

Catheters were removed from the heart. All sheaths were removed and hemostasis was achieved manual pressure. The patient was weaned from anesthesia and transferred to the cardiac recovery unit neurologically intact and in stable condition. There were no complications.

Cryo time: 45 minutes
Complications: None

SUMMARY:
1. Intermittent antegrade conduction and consistent retrograde conduction of anteroseptal AP (11 O'clock, adjacent to His signal)
2. SVT CL 430 ms, VA 134 ms with earliest A at His (likely ORT)
3. Bump termination of AP.
4. Empiric cryoablation using inferior and superior approach

RECOMMENDATIONS:
> Flat time 3 hours
> No change to outpatient medications (continue GDMT)
> EKG in recovery
> Zio x 14 days on discharge to monitor for recurrent SVT
> Outpatient follow-up in arrhythmia clinic in 3 months (Liang/Judge)

Anurut Huntrakul, MD

Richardson, Larry (MRN 101712621) Printed by Powell, Tamika [30273] at 5/17/2023 7:33 AM                    Page 2 of 4

Richardson, Larry (MRN 101712621)                                    Encounter Date: 05/04/2023
Cardiac Electrophysiology Fellow
5/15/2023
1:07 PM

I was present for the entire procedure.

Benjamin William Hale, MD

**Open window mapping during antegrade conduction via AP and cryoablation positions**



**Earliest V signal**



**Earliest A signal**

Richardson, Larry (MRN 101712621)                                Encounter Date: 05/04/2023

Electronically signed by Huntrakul, Anurut, MD at 5/15/2023 1:08 PM
Electronically signed by Huntrakul, Anurut, MD at 5/15/2023 1:11 PM
Electronically signed by Hale, Benjamin William, MD at 5/15/2023 3:53 PM

## Note Details

| | | | |
|---|---|---|---|
| Author | Hale, Benjamin William, MD | File Time | 5/15/2023 3:53 PM |
| Author Type | Physician | Status | Signed |
| Last Editor | Hale, Benjamin William, MD | Service | Medicine Wilson3 Electrophysiology |
| Hospital Acct # | 84337781 | Admit Date | 5/15/2023 |

Admission (Discharged) on 5/15/2023

Note shared with patient

## Care Timeline

| 05/15 0808 | Carto/Cryo EP Ablation Paroxysmal Supraventricular Tachycardia |
|---|---|
| 05/15 1614 | Discharged 1614 |

 **My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

Emergency Department: MyMichigan
Medical Center Alma
300 E. Warwick Drive
Alma MI 48801-1014
Phone 989-466-3228

Patient: Larry Richardson
MRN: 2000499313
DOB: 4/23/1978
Gender: male



**Richardson, Larry #2000499313 (DOB:04/23/1978 45 y.o. M) (Adm: 05/19/23)**

**GRH EMR**

## Chief Complaint

| Complaint | Comment |
|---|---|
| **Chest Pain** | |

RECEIVED

MAY 22 2023

SLF MEDICAL RECORDS

## Encounter Diagnoses

| | Comments |
|---|---|
| **Atypical chest pain** - Primary | |
| **Troponin level elevated** | |

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | Larry Richardson discharge to home/self care. |
| | | Condition at discharge: stable |

## Patient Care Team

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Darrel Barrows, NP** | **PCP - General** | Family Medicine | | 12/2/22 | |

## ED Provider Notes

## Vital Signs

Most recent update: 5/19/2023 11:44 PM

| BP | Wt | BMI |
|---|---|---|
| 144/99 ! | 180 lb (81.6 kg) | 29.05 kg/m² |

## Laboratory Test Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **APTT [166113082]** | | | | Collected: 05/20/23 0100 |
| Specimen: Blood, Venous | | | | |
| **CBC and differential [166113067] (Abnormal)** | | | | Collected: 05/19/23 1654 |
| Specimen: Blood, Venous | | | | Updated: 05/19/23 1702 |
| | **WBC** | 7.2 | k/uL | |
| | **RBC** | 4.01 ⌄ | M/uL | |
| | **Hemoglobin** | 12.0 ⌄ | G/DL | |
| | **Hematocrit** | 34.7 ⌄ | % | |
| | **MCV** | 86.5 | fL | |
| | **MCH** | 29.9 | PG | |
| | **MCHC** | 34.6 | G/DL | |
| | **RDW** | 13.0 | % | |
| | **Platelet Count** | 202 | K/UL | |
| | **MPV** | 9.7 | fL | |
| | **Differential Type** | AUTOMATED | | |
| | **Neutrophils Relative** | 66.7 | % | |

Richardson, Larry (MRN 2000499313) Printed by David Jacob Kramp, MD [19687] at 5/20/2023 1:47 AM

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Richardson, Larry | | | Off #: | 0361621 |
| Date of Birth: | 04/23/1978 | Sex: | M | Facility: | JCF |
| Note Date: | 12/29/2023 10:07 | Provider: | Bryant, Krystal [KB25] | Unit: | C |

Review Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Bryant, Krystal [KB25] NP

Received an order from U of M Cardiology referring him to Advanced Heart Failure and Transplant Cardiology for NICM and low EF post ablation. Please call 844-369-7816 to schedule this new patient visit at Michigan Medicine once approved. Will place request

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Transplant Clinic - Consultation | | Routine (review within 14 days) | No | |

Subtype:

U of M Transplant Clinic-Taubman Center 1st Floor Rec G

Reason for Request:

Received an order from U of M Cardiology referring him to Advanced Heart Failure and Transplant Cardiology for NICM and low EF post ablation. Please call 844-369-7816 to schedule this new patient visit at Michigan Medicine once approved.

**Discontinued Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Cardiology - Consultation | 09/28/2023 | Routine (review within 14 days) | No | |

Subtype:

U of M Hospital

Reason for Request:

Reviewed Electrophysiology note. Pt with known SVT and multiple ablations. Pt not tolerating Toprol r/t paresthesias in his feet and they switched to Metoprolol 12.5mg BID (reduced dose due to bradycardia in their clinic). EF went from 15 to 60 to 42%. They have ordered a TTE. Pt with persistently reduced LVEF s/p ablation they recommend referral to general cardiology for ongoing NICM evaluation and management.

Comments:

ref 20580810
8/18/23-407 faxed-lmullins
Frankel Cardiovascular
1425 East Ann St
AA, MI
**per specialist office appt not needed and was cancelled, please discontinue this request**sl

**Cancelled per U of M Cardiology, visit not needed, please cancel this request**sl

*[handwritten, circled: NOW NEEDS HEART TRANSPLANT]*

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** | No |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Bryant, Krystal [KB25] NP on 12/29/2023 10:14

