UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY RICHARDSON
  #361621,                                          NO. 2:23-cv-10488

      Plaintiff,                                    HON. SUSAN K. DeCLERCQ

v

                                                    MAG. JUDGE PATRICIA T.
NATHAN FALK,                                          MORRIS

      Defendant.
_____

| Larry Richardson #361621 | John L. Thurber (P44989) |
| --- | --- |
| *In Pro Per* | Assistant Attorney General |
| St. Louis Correct. Facility | Attorney for Defendant |
| 8585 N. Croswell Rd. | Mich. Dept. of Attorney General |
| St. Louis, MI  48880 | Corrections Division |
| | P.O. Box 30217 |
| | Lansing, MI  48909 |
| | (517) 335-3055 |
| | thurberj@michigan.gov |

_____/

**INDEX OF EXHIBITS**

Ex A – Plaintiff's OTIS Report

Ex B – Plaintiff's Deposition Transcript 11-21-2024