# EXHIBIT A

Plaintiff's OTIS report

  

# MDOC
## Department of Corrections

MICHIGAN.GOV

Michigan's Official Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

# BIOGRAPHICAL INFORMATION



**LARRY RICHARDSON**

Image Date:
7/9/2024

MDOC Number:
**361621**

SID Number:

Name:
**LARRY RICHARDSON**

Racial Identification:
**Black**

Gender:
**Male**

Hair:
**Brown**

Eyes:
**Black**

Height:
**5' 6"**

Weight:
**160 lbs.**

Date of Birth:
██████████

# MDOC STATUS

Current Status:
Prisoner

Assigned Location:
St. Louis Correctional Facility

Security Level:
IV

Earliest Release Date:
10/29/2040

Maximum Discharge Date:
10/29/2077

# ALIASES

L-X

LUXX

LARRY L. ROBINSON-RICHARDSON

LARRY LAVON ROBINSON

LARRY ROBINSON RICHARDSON

# MARKS, SCARS & TATTOOS

Scar- Left Forearm

Tattoo- Left Chest - tiger

# PRISON SENTENCES

## ACTIVE

### Sentence 1

Offense:
  Extortion

MCL#:
  750.213

Court File#:
  184872-FH

County:
  Manistee

Conviction Type:
  Nolo Contendere

Minimum Sentence:
  3 years 0 months 0 days

Maximum Sentence:
  20 years 0 months

Date of Offense:
  11/01/2016

Date of Sentence:
  09/27/2021

### Sentence 2

Offense:
  Homicide - Murder, Second Degree

MCL#:
  750.317

Court File#:
  0215221-01

County:
  Wayne

Conviction Type:
  Jury

Minimum Sentence:
  35 years 0 months 0 days

Maximum Sentence:
  55 years 0 months

Date of Offense:
  10/30/2002

Date of Sentence:
  03/31/2003

## INACTIVE

None

# PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

### Sentence 1

Offense:
  Domestic Violence

MCL#:
  750.812

Court File#:
  01-2280

County:
  Wayne

Conviction Type:
  Plea

Minimum Sentence:

Maximum Sentence:
  3 years 0 months

Date of Offense:

Date of Sentence:
  04/06/2001

Discharge Date:

Discharge Reason:
Discharged Without Improvement

## Sentence 2

Offense:
Burning Dwelling House - Attempt       Minimum Sentence:

MCL#:
750.72                                 Maximum Sentence:
                                         3 years 0 months

Court File#:
01-2280                                Date of Offense:

County:
Wayne                                  Date of Sentence:
                                         04/06/2001

Conviction Type:
Plea                                   Discharge Date:
                                         12/17/2002

Discharge Reason:
Discharged Without Improvement

## SUPERVISION CONDITIONS

None

Michigan.gov Home  |  MDOC Home  |  Escapee/Absconder Tips  |  State Web Sites  Accessibility Policy  |  Policies

Copyright © 2001-2025 State of Michigan