# EXHIBIT B

Plaintiff's Deposition transcript 11-21-2024

## In the Matter Of:

## RICHARDSON 361621 vs FALK

2:23-CV-10488

## LARRY RICHARDSON

*November 21, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

Case 2:23-cv-10488-SKD-PTM   ECF No. 49-3, PageID.368   Filed 01/09/25   Page 3 of 8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

LARRY RICHARDSON #361621,

         Plaintiff,

v

NATHAN FALK,

         Defendant.

. . . . . . . . . . . . . . . . .

     .  Docket No. 2:23-CV-10488

     .  St. Louis, Michigan

     .  Thursday, November 21, 2024

     .  2:29 p.m.

CONTINUED VIDEOCONFERENCE DEPOSITION OF

LARRY RICHARDSON

Taken by the Defendant

Nicole K. Brooks, CER 9224
Esquire Deposition Solutions

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.



APPEARANCES OF COUNSEL

In Pro Per:

    LARRY RICHARDSON, #361621
    St. Louis Correctional Facility
    8585 North Croswell Road
    St. Louis, Michigan 48880

On behalf of Defendant:

    JOHN L. THURBER, ESQ. (P44989)
    Assistant Attorney General
    Michigan Department of Attorney General
    Corrections Division
    P.O. Box 30217
    Lansing, Michigan 48909
    (517) 335-3055
    thurberj@michigan.gov



Q    All right.  And so there is no other defendants other than Mr. Falk; is that right?

A    There's a possible one.  I'm waiting on medical records to come from healthcare.  I put in the request for the records to find out what nurse was working that specific night that chose to make me wait for an hour in the lobby while I was having a heart attack.  That's probably going to be a possible defendant on this case.

Q    Okay.  Fair enough.  But as we stand now though, looking at the amended complaint, ECF number 13, Mr. Falk is the only named defendant; correct?

A    Yes.

Q    Fair enough.  Thank you.  Now, you indicated in the amended complaint that you were suing him in both his individual and official capacities.  And I understand you're not a lawyer but I'd like to just -- won't spend too much time on that, but -- so you're suing Mr. Falk for money damages; is that correct?

A    In his individual capacity or his official capacity?

Q    All right.  Well, yeah, fair enough.  Let's start.  So in his individual capacity, you're -- well, I don't want to put words in your mouth, but you tell me if this is true.  In his individual capacity you are suing Mr. Falk for money damages; is that correct?

A    I was, until MDOC identified him.  So now MDOC is probably going to be on the hook for financial compensation, if there is

 ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

any type of award or settlement made in this case. But as far as when I originally sued him, yes, it was in his individual capacity for the financial damages. As far as the official capacity, I wanted him terminated or disciplined.

Q    That was my next question. So you sued Mr. Falk for money, but then you also requested that the court award -- well, not award, but engage in injunctive relief, or give you some injunctive relief. And the injunctive relief that you seek is to have Mr. Falk terminated; is that correct?

A    Or disciplined, some type of sensitivity class, something to teach him that, you know, a person's life got to be played with here. My life was supposed to go on beyond prison when I got out, now I might not even make it to that day because of his decision and the decision of the person that he conveyed his doubts about my authenticity of my cardiac condition at that specific time.

Q    Other than the injunctive relief we just talked about, so the -- either -- some form of -- you're seeking some form of discipline against Mr. Falk, whether it's termination or some other sanction regarding his employment. Are you seeking any other injunctive relief against him?

A    To be separated from him, so I don't have to be up under his governance. He already showed me that he's not a responsible individual as far as overseeing me. He's going to have to learn from his mistake. I am not willing to risk my life and take a



chance on it.  I don't want to be here up under his governance or supervision.

Q    Fair enough.  Now, in your complaint, and -- excuse me.  In your amended complaint, which is ECF number 13, forgive me if I missed it, I did try and read it over carefully, and maybe I did miss it.  But what is the basis for your seeking both damages and injunctive relief against Mr. Falk?  And what I am looking for is a specific constitutional amendment that you're basing your claim on.

A    Violation of the 8th Amendment.

Q    Other than the 8th Amendment, are you basing your claim on any -- do you have any other claim, or any other basis for your claim against Mr. Falk?

A    I mean, it's also a 14th Amendment violation, because he deprived me of a privilege without due process.  He didn't give me a hearing.  He didn't follow protocol.  And he discriminated against me, which violated PD 03.03.130, discrimination strictly prohibited in section L and K.  If he took an oath upholding this, and this is his responsibility, then either he broke that oath, or he simply chose to act outside the scope of his official capacity, which is a violation of the amendment.  He is supposed to lose all indemnifications and immunity based off his actions.

That's why I said I am suing him in his individual capacity and his official capacity.  If MDOC want to indemnify him, by all means, let them.  If they are going to pay his



CERTIFICATE

I, Nicole K. Brooks, a Certified Electronic Recorder and Notary Public within and for the State of Michigan, do hereby certify:

That this transcript, consisting of 64 pages, is a complete, true, and correct record of the testimony of Larry Richardson, given in this case on November 21, 2024, and that the deponent was duly sworn to tell the truth.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am not interested in the outcome of this matter, financial or otherwise.

IN WITNESS THEREOF, I have hereunto set my hand this 9th day of December, 2024.



Nicole K. Brooks, CER 9224
Notary Public, State of Michigan
County of Macomb
My commission expires: 12/20/2028

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com