32

U.S. DISTRICT COURT
ESTRN. DIST. OF MICHIGAN
SOUTHRN. DIVSN.

RICHARDSON, LARRY
PLANTIFF        #361621

V.

NATHAN FALK
DEFENDANT

FILED
MAR 20 2025
CLERK'S OFFICE
DETROIT

CASE# 2:23-CV-10488

PLANTIFF'S RESPONSE TO DEFENDANT'S REPLY THAT WAS FILED ON 3/4/25

ON 1/28/25, THE DEFENDANT FILED HIS SUMMARY JUDGEMENT MOTION AND THE PLANTIFF FILED A PREEMPTIVE RESPONSE WHICH HE HAD THE COURT TO HOLD IN ABBEYANCE PRIOR TO THE DEFENDANT'S 1/28/25 FILING, WHICH CONTAINS ALL THE EVIDENCE OF MEDICAL RECORDS AND EXPERT WITNESSES THE DEFENDANTS DEMANDED AND "THE COURT ORDERED THE PLANTIFF TO PRODUCE" THAT WAS SUPPORTED BY THE BREEF-IN-SUPPORT THAT WAS ALSO FILED ON 2/7/25 WHICH CONSTITUTED THE COMPLETION OF THE SUMMARY JUDGEMENT RESPONSE AND PLANTIFF'S DAMAGES DEMAND WHICH INCLUDED HIS INJUCTIVE RELICF REQUEST INCLUDED AS A MOTION IN SAID FILING — INJUNCTIVE RELIEF THAT THE DEFENDANT IS NOW ARGUING IN HIS BRIEF:

① THE DEFENDANT ARGUES THAT THE PLANTIFF NEVER PROVIDED MEDICAL RECORDS OF THE DAMAGES SUSTAINED FROM DEFENDANT'S ACTIONS OR LISTED EXPERT WITNESSES — BUT THE PLANTIFF DID IN THE AFOREMENTIONED BREEF THAT WAS FILED AND HELD IN ABBEYANCE UNIL THE 2/7/25 BREEF-IN-SUPPORT WAS FILED........THE PRE-EMPTIVE BRIEF THAT WAS HELD IN ABBEYANCE HAD THE MOTION FOR INJUNCTIVE RELIEF IN IT WHICH THE DEFENDANT NOW ARGUES. IF HE HAS ACKNOWLEDGED AND VALIDATES THE INJUCTIVE PORTION OF SAID BRIEF, HE HAS TO EMBRACE THE ENTIRE BREEF AND THE MEDICAL RECORDS ATTACHED WITH THE EXPERT WITNESS LIST AS A WHOLE ALSO — AS HE MADE IT A AUTHENTIC LITIGATIONAL FILING BY ARGUING PART OF IT — THE COURT ALREADY VALIDATED IT "BY" "ADJUSTING THE DAMAGES TO 500,000,000..." →

WHICH WAS IN FACT INCLUDED IN THE BRIEF THAT THE DEFENDANT IS TRYING TO TRICK THE COURT INTO IGNORING THE ORIGINAL BRIEF FILED PRIOR TO HIS MOTION FOR SUMMARY JUDGEMENT THAT WAS COMPLETED BY THE 2/7/25 BRIEF IN SUPPORT OF SAID MOTION DONE IN RESPONSE TO DEF. MOTION AFTER HIS FILING ON 1/28/25 WHICH DEFENDANT DID IN FACT RESPONSO TO AND LITIGATE BOTH BRIEFS. IN HIS RESPONSE ARGUEMENTS PRIOR TO NOW. WHICH MAKES ALL BRIEFS, EXHIBITS EVIDENCE AND LISTED EXPERT AND OTHERWISE WITNESSES VALID/VIABLE, ACTIVE AND RELEVANT LEGAL AND ALLOWABLE FACTORS IN THE PLANTIFF'S LITIGATION AND FILINGS IN THIS CASE!

THE PLANTIFF - RICHARDSON INCORPORATES BY REFERENCE AND ALL OTHER-MEANS THE EVIDENCE, WITNESSESS, EXHIBITS AND LITIGATION CONTAINED IN THEIR TWO HERE-IN LISTED BRIEFS / BRIEF IN SUPPORT AND ALL RESPONSES HE HAS FILED AS A REPLY TO THE CURRENT RESPONSE THE DEFENDANT HAS JUST FILED ON 3/4/25,

②THE DEFENDANT LITIGATED IN HIS MOTION TO THE COURT TO ORDER THE PLANTIFF TO PRODUCE EVIDENCE THAT "HE HAD TO CONTACT A PRISON THE PLANTIFF WAS TRANSFERRED FROM AND HAVE THEM LOCATE HIS STOLEN LEGAL FOOTLOCKER WITH ALL THE MISSING EVIDENCE IN IT - M.D.O.C. LOST/DESTROYED THAT EVIDENCE AND IT TOOK THE PLANTIFF CONSIDERABLE TIME TO RE-ACCUMMULATE THE EVIDENCE — ONCE THE COURT ORDERED THE PLANTIFF TO TURN OVER THE EVIDENCE: AS SOON AS THE PLANTIFF MADE ACQUESITION OF SAID EVIDENCE, HE SUBMITTED IT IN THE EARLIEST TIME FRAME POSSIBLE: RIGHT AFTER THE PLANTIFF WAS DEPOSED AND "HE AND THE DEFENDANT AGREED THAT HE WOULD PRODUCE THE EVIDENCE" WHICH HE DID IN THE PRE-EMPTIVE S.J. RESPONSE BRIEF THAT WAS HELD IN ABBEYANCE UNTIL THE 2/7/25 COMPLETION BRIEF IN-SUPPORT WAS FILED: DONE IN COMPLIANCE W/ COURT ORDER.

PAGE 2 OF 8 →

RESPONSE TO DEFENDANT'S FIRST ARGUMENT I.

M.D.O.C. CLINICAL ENCOUNTER THAT IS AN ATTACHED DOCUMENT SHOWS THAT PLAINTIFF WAS PRESCRIBED METOPROLOL, SPIRONOLACTONE AND FARXIGA FOR TREATMENT OF HIS CARDIAC PROBLEMS AFTER BEING HOSPITALIZED FOR CHEST PAINS AND HEART FAILURE, ON 11/2/22 - THIS SHOWS A HISTORY OF CARDIAC COMPLICATIONS PRIOR TO CONTACT W/ DEFENDANT. SEE EXHIBIT # 1 DATED 11/02/22

ON 12/02/22 DEF. FALK HAD TO TAKE PLAINTIFF TO HEALTHCARE FOR CHEST PAINS WHERE THE PLAINTIFF WAS HOSPITALIZED AT ALMA HOSPITAL WHICH NATHAN FALK WAS THE TRANSPORTATION OFFICER WHO TOOK THE PLAINTIFF TO THE HOSPITAL WHERE HE WAS ADMITED FOR 3 DAYS FOR HEART FAILURE - THIS IS PRO-OFFERRED AS EVIDENCE TO PROVE THAT DEFENDANT WAS FULLY "AWARE" OF THE PLAINTIFF HAVING SERIOUS CARDIAC CONDITION AND HIS HISTORY OF HEART COMPLICATIONS ON 1/27/23 AND HE CHOSE TO REFUSE THE PLAINTIFF MEDICAL TREATMENT WITH A CONCIOUS INTENTION OF MAKING HIM SUFFER, OUT OF CRUEL AND UNSUAL PUNISH -MENT AND INFLICTING INHUMAN TREATMENT ON THE PLAINTIFF W/ DELIBERATE INDIFFERANCE - THIS VIOLATED THE 8TH AMEND. U.S.C.A. RIGHT OF THE PLAINTIFF AND P.D. 03.03.130 - PATIENTS W/ SERIOUS ILLNESS. SEE ATTACHED ALMA HOSPITAL DOCUMENT - EXHIBIT 2 DATE 12/2/22

AS A RESULT OF 12/2/22 HOSPITALIZATION THE PLAINTIFF WAS PLACED ON CARDIAC MEDICATION BEING PRESCRIBED SACUBITRIL AND VALSARTAN WITH AMIODAPONE ON 12/9/22 : SEE EXHIBIT 3 - CLINICAL M.D.O.C REPORT DATED 12/09/22

DUE TO THE INTENSE DABILITATING SERIOUS CARDIAC CONDITION AND DECREASED RISK ATTEMPT OF HEALTH/HEART DETERIORATION, ON 12/12/22 THE PLAINTIFF WAS ALSO PRESCRIBED ENTRESTO AND AMIODAPONE ACTTO IN A MEASURE TO PREVENT THE HEART FAILURE FROM DEVOLVING INTO A HEART ATACK OR DEATH. THIS IS PROVIDED TO THIS COURT/DEFENSE AS EVIDENCE OF HOW SERIOUS THE PLAINTIFF'S CARDIAC CONDITION IS AND HOW FALK WAS FULLY AWARE OF IT'S SEVERITY. SEE EXHIBIT #4 DATED 12/12/22 M.D.O.C. CLINIC REPORT

EXHIBIT #5 M.D.O.C. CLINICAL REPORT DATED 12/16/22 SHOWS THAT THE PLAINTIFF WAS SENT TO A OFF-SITE CARDIAC SPECIALIST AND THE DEFENDANT WAS THE TRANSPORTING OFFICER THAT TOOK HIM - SO HE WAS PRESENT AND WELL AWARE OF HOW SERIOUS THE PLAINTIFF'S CARDIAC CONDITION IS. PAGE 3 OF 8 →

IN EXHIBIT #7 ON 12/22/22 THE DEFENDANT SENT THE PLANTIFF TO HEALTH CARE FOR CHEST PAINS AND PALPATATIONS — THIS ESTABLISH THE DEFENDANT POSSESSION OF THE "SEVERITY OF THE PLANTIFF'S HEART DISEASE" KNOWLEDGE AND HIS AWARENESS OF HIS CARDIAC PROBLEMATIC HISTORY

THE PLANTIFF PRESENTS EXHIBIT #7 AS IRON CLAD PROOF THAT THE DEFENDANT WAS FULLY AWARE OF THE EXTENT OF THE PLANTIFF'S HEART DISEASE BECAUSE ON 12/27 AND 12/28/22 — THE DEFENDANT WAS THE TRASPORTATION OFFICER THAT TOOK HIM TO THE HOSPITAL FOR CHEST PAINS AND WAS PRESENT FOR THE PLANTIFF'S ENTIRE TREATMENT AND WAS GIVEN EXPLICIT INSTRUCTIONS BY THE DOCTOR OF HOW TO TREAT AND RESPOND TO THE PLANTIFF GOING INTO CARDIAC ARREST ON THE RETURN TRIP FROM THE HOSPITAL BACK TO THE PRISON WHILE IN THE DEFENDANT'S CARE. SEE EXHIBIT #7.

TO FURTHER SHOW THAT DEF. FALK IS NOT ENTITLED TO ANY FORM OF IMMUNITY DUE TO HIS ACTING AGIANST THE PLANTIFF WITH A CULPABLE STATE OF MIND, EXHIBIT #8 M.D.O.C. CLINICAL ENCOUNTER REPORT PREPARED BY: JOSHUA LENNEMAN R.N. DOCUMENTS WHEN DEF. FALK SENT THE PLANT. TO HEALTH CARE FOR "CHEST PAINS" ON 1/23/23 - JUST FOUR (4) DAYS BEFORE THE DATE OF INCIDENT THIS SUIT IS FILED IN COMPLAINT OF ...... ON 1/23/23 VISIT, THE DEFENDANT INFORMED NURSE JOSHUA LENNEMAN TO AVOID SENDING THE PLANTIFF TO THE HOSPITAL AT ALL COST BECAUSE THE DEFENDAT - NATHAN FACK, DID NOT WANT M.D.O.C. TO MANDATE HIM AND MAKE HIM HAVE TO TRANSPORT THE DEFENDANT TO AND FROM THE HOSPITAL AND THE NURSE DID EXACTLY AS HE SAID CHOOSING TO MAKE THE PLANTIFF TAKE 3 MORE NITRO AND RETURN TO THE UNIT BUT THE MEDICAL PROVIDER IN LANSING ORDER PLANTIFF TO THE HOSPITAL: AND DEF. FALK TOOK HIM: SEE EXHBT #8 PAGE 4of8

ON 1/... THE PLAINTIFF APPROACHED THE DEFENDANT AND INFORMED HIM THAT HE WAS HAVING CHEST PAINS AND NEEDED IMMEDIATE MEDICAL ATTENTION BECAUSE HE WAS HAVING A HEART-ATTACK; HE TOLD HIM THAT HE WAS HAVING SHARP PAINS TRAVELING FROM HIS CHEST DOWN HIS LEFT ARM, PALPATATIONS, SHORTNESS OF BREATH AND HE FELT LIKE HE WAS ABOUT TO DIE - TOLD HIM HE TOOK 3 NITRO AND THEY DIDN'T HELP; DEF. NATHAN FALK TOLD THE PLAINTIFF TO "GO BACK TO HIS CELL AND DIE, DON'T DO IT ON HIS BASE" - THAT'S A DIRECT ORDER. WHEN THE PLAINTIFF REFUSED AND WENT AND SAT IN THE WHEEL-CHAIR. THE DEFENDANT TOOK OUT HIS RADIO AND CALLED THE YARD SARGENT TO ESCORT THE PLAITIFF TO SOLITARY - CONFINEMENT. SEE THE VIDEO THE DEFENDANT REFERRED TO IN HIS LITIGATION WHICH SHOWS SARGENT HAMMER COME TO GET THE PLANTIFF TO TAKE HIM TO SEGREGATION WHICH IS EVIDENT BECAUSE THE SGT. INITIATED CONTACT W/ THE PLANTIFF ONLY TO DISCOVER THE PLANTIFF WAS IN NEED OF IMMEDIATE MEDICAL ATTENTION; WHICH IS WHEN HE ORDERED THE DEFENDANT AND UNIT STAFF TO GET THE PLANTIFF OVER TO HEALTH CARE IMMEDIATELY - ONLY AFTER THAT IS WHEN HEALTH CARE WAS CONTACTED NOT BEFORE; LOOK AT THE FOOTAGE! EXHIBIT #9 IS AN AFFIDAVIT FROM PRISONER JOHN J. MURRIEL #406018 SPECIFICACLY STATING THAT HE WITNESSED THE PLATIFF INFORM THE DEFENDANT OF HIS CHEST PAINS AND SYMPTOMS AND HIS TAKING OF NITRO AND IT BEING IN-EFFECTIVE; AND THE DEF. NATHAN FALK TO THE PLANTIFF THAT HE DIDN'T CARE IF HE LIVED OR DIED - THAT HE (THE DEF.) WAS NOT AND DID-NOT CALL HEALTH CARE WHICH DELAYED THE PLANTIFF FROM RECEIVING MEDICAL ATTENTION WHICH COULD HAVE SAVED HIS LIFE AND/OR AT THE VERY LEAST PREVENT-ED THE MULTIPLE HEART ATTACKS HE SUFFERED - THE 9 DAYS OF HOS-PITALIZZATION, THE MULTIPLE UNSUCCESSFUL HEART SURGERIES HE HAD AND NOW THE HEART TRANSPLANT HE NEEDS TO SAVE HIS LIFE AND PREVENT HIM FROM DYING IN PRISON. THE DEFENDANT'S ACTIONS TURN HIS SENTENCE INTO A DEATH SENTENCE. THAT IS DELIBERATE INDIFFERACE. SEE EXHIBIT #9 DATED 2/15/23"

PAGE 5 OF 8      →

AS THE DEFENDANT SAID HE IS NOT A MEDICAL PROFESSIONAL SO HE WAS NOT QUALIFIED TO CONCLUDE THAT THE PLANTIFF SYMPTOMS WERE NOT SERIOUS AND LIFE THREATENING, AND HE KNEW HOW DETRAMENTAL THE PLANTIFF'S HEART DISEASE WAS FROM ALL THE PREVIOUS TIMES HE SENT/TOOK THE PLANTIFF TO HEALTH CARE AND WAS "FORCED" TO TRANSPORT HIM TO AND FROM THE HOSPITAL FOR THIS EXACT CONDITION.

THE DEFENDANT CAN'T CLAIM HE DID'NT BELIEVE THE PLANTIFF WAS IN DISTRESS AND NEEDED MEDICAL ATTENTION AND CLAIM THAT HE CONTACTED HEALTH CARE AND GOT HIM MEDICAL TREATMENT...... IF HE DIDN'T BELIEVE HIM HE WOULD HAVE NEVER CALLED HEALTH CARE AS "HE CLAIMED".

IF HE DIDN'T BELIEVE HIM HE WOULD HAVE PLACED HIM IN HANDCUFFS AND TOOK HIM TO SEGREGATION FOR LYING TO AN EMPLOYEE AND REFUSING TO LOCK DOWN! IT'S ONE OR THE OTHER: HE CAN'T HAVE IT BOTH WAYS!

AS FOR THE DAMAGE THE DELAY CAUSED - IT WAS FOR 10 MINUTES AT BARE MINIMUM NOT "7", THEN WHEN THE NURSE - JOSHUA LENNEMAN CONTACTED THE UNIT, THE DEFENDANT TOLD HIM TO GO PASS MEDICATION OUT IN THE SEGREGATION AND MENTAL WARD UNITS BECAUSE THE PLANTIFF WAS ONLY TRYING TO AVOID GOING IN HIS CELL FOR THE NIGHT, SO THE DEFENDANT DELAYED MEDICAL TREATMENT FROM 8:43 PM UNTIL 9:31 PM WHEN HE DIED IN THE HEALTH CARE LOBBY, THE ABULANCE WAS CALLED AND THE NURSE WAS SUMMONED BACK TO H/C AND THE EMT'S SAVED HIS LIFE AND

PAGE 6 OF 8 →

TRANSPORTED TO THE HOSPITAL WHERE HE WAS SENT TO TWO OTHER HOSPITAL AND DIED A SECOND TIME AND HAD 3 MORE FAILED HEART SURGERIES AND NOW NEEDS A HEART TRANSPLANT — AS EVIDENCED IN ALL THE MEDICAL RECORDS ATTACHED TO THE VERY SAME BRIEF THAT THE DEFENDANT ARGUES THE PLANTIFFS INJUNCTIVE ~~RELIEF~~ REQUESTED — I REFER THIS COURT TO THOSE ATTACHED EXHIBIT IN THE S. J. RESPONSE BRIEFS FILED IN JANUARY 2005 AND FEB. 2005.

FOR EVIDENCE OF DEFENDANT'S DELAY AND SYMPTOMS PLANTIFF PROVIDED TO DEFENDANT "SEE" EXHIBIT #10 M.D.O.C. CLINICAL REPORT DATED 1/27/23 9:31 PM BY JOSHUA LENNEMAN R.N. — THE SAME NURSE WHO REFUSED TO SEND PLANTIFF TO THE HOSPITAL AT DEF.'S REQUEST ON 1/22/23 BECAUSE DEFENDANT DIDN'T FEEL-LIKE TRANSPORTING THE PLANTIFF TO HOSPITAL BUT THE DOCTOR IN LANSING ORDERED PLANTIFF TO GO AGIANST R.N. J. LENNEMAN'S DECISION AND DEFENDANT HAD TO TAKE HIM ANYWAY.

PAGE 2 OF THIS REPORT SPECIFICALLY STATES:

# APPEARS IN DISTRESS

SYMPTOM/ACCESSMENT
DECREASED CARDIAC OUTPUT, LEFT BUNDLE BRACH BLOCK, WOLFS PARKINSON WHITE, AND CARDIOMYOPATHY

# IMPAIRED TISSUE INTEGRITY

THE DEFENDANT INTENTIONALLY IMPOSED CRUEL PUNISHMENT ON THE PLANTIFF VIA INHUMANE TREATMENT.

RESPONSE TO DEFENDANT'S ARGUEMENT II
THE DEFENDANT DENIED THE PLANTIFF IMMEDIATE MEDICAL ATTENTION TO HIS SERIOUS ILLNESS GARAUNTEED BY THE 8TH AMENDMENT AND P.D.03.0313. WITHOUT GIVING HIM A HEARING WHICH VIOLATES THE DUE PROCESS CLAUSE OF THE 14TH AMENDMENT U.S.C.A — AND SINCE M.C.L. 24,201 STATES THAT M.D.O.C. POLICY HAS THE FULL FORCE OF LAW WHICH MEANS THE DEF. ALSO DEPRIVE THE PLANTIFF OF HIS 14TH AMENDMENT RIGHT TO EQUAL PROTECTION UNDER THE LAW ALSO SO THIS COURT CAN'T DISMISS HIS 14TH AMND CLAIM. PAGE 7 OF 8 →

THE LAST ARGUMENT THAT THE DEFENDANT PRESENTS IS # III.

THE INJUNCTIVE RELIEF THAT RICHARDSON SEEKS IS WITHIN THE POWER OF THE INDENIFYING PARTY WHO WILL BE NEGOTIATING AND PAYING THE SETTLEMENT OR JURY AWARDED DAMAGES SO IF THE ASSISTANT ATTORNEY GENERAL WANTS M.D.O.C. TO BE EXCLUDED THEN HE NEEDS TO QUIT REQUESTING QUALIFIED IMMUNITY FOR M.D.O.C., QUIT FOR THE DEFENDANT FROM REPRESENTING THE DEFENDANT ON BEHALF OF M.D.O.C. AND THE M.D.O.C. NEEDS TO REVOKE ITS INDEMNIFICATION OF THE DEFENDANT AND ALLOW HIM TO BE SUED ONLY IN HIS PRIVATE CAPACITY, GET HIS OWN ATTORNEY, AND PAY HIS OWN DAMAGES TO THE PLAINTIFF WHEN HE LOOSES (HE'S STILL GOING TO MEET THE CRITERIA OF PAYMENT IF HE WINS - GOD KNOWS)

SO THE A.A.G. NEEDS TO QUIT BEING A HYPO- CRITE TRYING TO PLAY THE ONE FOOT IN, ONE FOOT OUT GAME.......

THE FACT IS THE PLAINTIFF WAS M.D.O.C.'S WARD WHEN THEIR AGENT ACTING ON THEIR BEHALF "CHOSE TO" ALLOW THE PLAINTIFF HARM AND DEATH." SO M.D.O.C. IS RESPONSIBLE, WHEATHER A SILENT ENTITY OR A DIRECT HANDS ON PARTICIPANT: AND YES THE PLAINTIFF IS ENTITLED TO THE REQUESTED RELIEF AND THE DEFENDANT'S A.A.G.'S PRINCIPLE WILL BE MORE THAN WILLING TO CONSIDER THEM ONCE SEATED AT THE NEGOTIATION TABLE - ITS BETTER THAN PAYING OUT FIVE HUNDRED MILLION DOLLARS.

RELIEF REQUESTED
THE PLAINTIFF PRAYS THAT THIS COURT DENIES THE DEFENDANTS MOTIONS.
X RICHARDSON, LARRY 361603 / 3/10/25 PAGE 8 OF 8

EXHIBIT # 1

DATED 11/2/22

M.D.O.C.
CLINIC REPORT BY KIM FARRIS

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: Richardson, Larry | | Off #: | 0361621 |
| Date of Birth: 04/23/1978 | Sex: M | Facility: | MRF |
| Note Date: 11/02/2022 10:56 | Provider: Farris, Kim [KF1] PA | Unit: | HU#5 |

Review Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Farris, Kim [KF1] PA

Review of Hospital discharge notes 10/26/22-10/30/2-22:
Discharge Dx:
Pre-Syncope
Bradycardia
Non-ischemic Cardiomyopathy
Chronic HFrEF
New medication orders to start Metoprolol 20 mg q day/ Spironolactone 25 mg q day/Farxiga 10mg q day.
Recommendation to f/u with EP- Dr. Mohammad Kanjwal in 2-4 weeks.

407 request for his EP/cardiology f/u appt was completed by Dr. Joseph on 10/31/2022.  Approval is pending.
Pt is scheduled for MP f/u later this week.

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | Metoprolol Succinate ER Oral Tablet Extended Release 24 Hour 25 MG | 11/02/2022 10:56 | 11/02/2022 | | 1 tab By Mouth every morning x 360 day(s) -- ACMO approved exp 10/30/2023 |
| | Indication:   Other cardiomyopathies | | | | |
| | Spironolactone Oral Tablet 25 MG | 11/02/2022 10:56 | 11/02/2022 | | 1 tab By Mouth daily x 360 day(s) |
| | Indication:   Other cardiomyopathies | | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Vitals | Every Mon-Wed-Fri | 21 days | | Farris, Kim [KF1] PA |
| | Discontinue Reason: | | | |
| | Order Date: | 11/02/2022 | | |
| | End Date: | | | |

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Farris, Kim [KF1] PA on 11/02/2022 11:16

EXHIBIT #2

ALMA HOSPITAL DOC

DATED

12/2/22



**My Michigan Health**
UNIVERSITY OF MICHIGAN HEALTH

Emergency Department:     Richardson, Larry
MyMichigan Medical Center     MRN: 2000499313, DOB: 4/23/1978, Sex: M
Alma     Acct #: 2003741440
300 E. Warwick Drive     Adm: 12/2/2022, D/C: 12/2/2022
Alma MI 48801-1014

## 12/02/2022 - ED in Emergency Department: MyMichigan Medical Center Alma (continued)

### Labs

#### CBC and differential (Final result)

Electronically signed by: **Patrick Milett, PA on 12/02/22 1451**     Status: **Completed**
Ordering user: Patrick Milett, PA 12/02/22 1451     Ordering provider: Patrick Milett, PA
Authorized by: Patrick Milett, PA     Ordering mode: Standard
Frequency: Routine Once 12/02/22 1451 - 1 occurrence     Class: Lab Collect
Quantity: 1     Lab status: Final result
Instance released by: Patrick Milett, PA (auto-released) 12/2/2022 2:51 PM

##### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| F20716 | Blood | Blood, Venous | 999 12/02/22 1450 |

#### CBC and differential (Abnormal)                    Resulted: 12/02/22 1500, Result status: Final result

Ordering provider: Patrick Milett, PA  12/02/22 1451     Order status: Completed
Filed by: Interface, Lab Results In  12/02/22 1501     Collected by: 999 12/02/22 1450
Resulting lab: MYMICHIGAN HEALTH GRATIOT LABORATORY

##### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| WBC | 7.8 | 3.5 - 10.5 k/uL | — | 31 |
| RBC | 4.86 | 4.40 - 5.70 M/uL | — | 31 |
| Hemoglobin | 14.7 | 13.5 - 17.0 G/DL | — | 31 |
| Hematocrit | 42.6 | 40.0 - 50.0 % | — | 31 |
| MCV | 87.7 | 80.0 - 96.0 fL | — | 31 |
| MCH | 30.2 | 27.0 - 32.0 PG | — | 31 |
| MCHC | 34.5 | 31.0 - 35.0 G/DL | — | 31 |
| RDW | 13.4 | 11.8 - 15.6 % | — | 31 |
| Platelet Count | 236 | 150 - 450 K/UL | — | 31 |
| MPV | 10.0 | 7.6 - 11.2 fL | — | 31 |
| Differential Type | AUTOMATED | — | — | 31 |
| Neutrophils Relative | 69.0 | % | — | 31 |
| Lymphocytes Relative | 23.2 | % | — | 31 |
| Monocytes Relative | 6.3 | % | — | 31 |
| Eosinophils Relative | 0.4 | % | — | 31 |
| Basophils Relative | 0.5 | % | — | 31 |
| Immature Granulocytes | 0.6 | % | — | 31 |
| Neutrophils Absolute | 5.38 | 1.70 - 7.00 K/UL | — | 31 |
| Lymphocytes Absolute | 1.81 | 0.90 - 2.90 K/uL | — | 31 |
| Monocytes Absolute | 0.49 | 0.30 - 0.90 K/uL | — | 31 |
| Eosinophils Absolute | 0.03 | 0.05 - 0.50 K/uL | L⌄ | 31 |
| Basophils Absolute | 0.04 | 0.00 - 0.30 K/uL | — | 31 |
| Immature Granulocyte Absolute | 0.05 | 0.00 - 0.04 K/uL | H⌃ | 31 |
| Nucleated Red Blood Cells | 0.0 | % | — | 31 |
| Nucleated RBC Absolute | 0.00 | 0 K/uL | — | 31 |

Comment:
The Instrument enumerates NRBC's separately from the WBC's. Therefore the need to differentiate manually is not necessary.

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 31 - Unknown | MYMICHIGAN HEALTH GRATIOT LABORATORY | Maged Hanna, MD | 300 E. Warwick Drive Alma MI 48801 | 01/10/22 0748 - Present |

#### CBC and differential                    Resulted: 12/02/22 1454, Result status: In process

EXHIBIT #3

M.D.O.C.

CLINIC REPORT

DATED

12/9/22

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Richardson, Larry | | | Off #: | 0361621 |
| Date of Birth: | 04/23/1978 | Sex: | M | Facility: | SLF |
| Note Date: | 12/09/2022 16:53 | Provider: | Oliver, Sharon [SO1] MD | Unit: | unit 2 |

Chart Review/Update encounter performed at Non Patient Contact.

**Barriers to Communication:**  NA- Not a face to face encounter

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Oliver, Sharon [SO1] MD

Entresto and Amiodarone ACMO approved

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | SACUBITRIL/VALSART 49MG/51MG TABS | 12/09/2022 16:53 | 12/09/2022 | | 1 tab By Mouth two times daily x 180 day(s) -- ACMO approved until 12/8/2023 |
| | Indication:   Other cardiomyo~~s~~, Pre-excitation syndrome, Left bundle-branch block, unspecified | | | | |
| | Amiodarone HCL Oral Tablet 100 MG | 12/09/202~~~~ 16:~~~~ | 12/09/2022 | | 1 tab By Mouth daily x 180 day(s) -- ACMO approved until 12/8/2023 |
| | Indication:   Other cardiomyopathies | | | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 4005111 47 | SACUBITRIL/VALSARTAN 24MG/26MG TABS | 12/09/2022 16:53 | 12/09/20~~~~ | | 1 TAB BY MOUTH TWO TIMES DAILY X 365 DAY(S) -- ACMO APPROVED EXP 8/31/2023 |
| | Discontinue Type:     *When Pharmacy Processes* | | | | |
| | Discontinue Reason:  *Order Changed* | | | | |
| | Indication: | | | | |

**Co-Pay Required:**          No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

**Standing Order:**             No .

Completed by Oliver, Sharon [SO1] MD on 12/09/2022 16:59

See Amendment

EXHIBIT # 4

M.D.O.C.

CLINIC REPORT

DATED

12/12/22

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Richardson, Larry | | Off #: | 0361621 |
| Date of Birth: | 04/23/1978 | Sex: M | Facility: | SLF |
| Note Date: | 12/12/2022 16:23 | Provider: Oliver, Sharon [SO1] MD | Unit: | unit 2 |

Chart Review/Update encounter performed at Non Patient Contact.
**Barriers to Communication:** NA- Not a face to face encounter

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Oliver, Sharon [SO1] MD

Entresto and Amiodarone ACMO approved

ADMINISTRATIVE NOTE   **2**         Provider:   Oliver, Sharon [SO1] MD

Amiodarone disontinued

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 4005978 21 | Amiodarone HCL Oral Tablet 200 MG | 12/12/2022 16:23 | 12/12/2022 | | TAKE 1/2 TABLET = 100MG BY MOUTH DAILY X 180 DAY(S) -- ACMO APPROVED UNTIL 12/8/2023  << HALF TABS >> |

|  |  |
|---|---|
| Discontinue Type: | *Immediate* |
| Discontinue Reason: | *Provider Discontinued- Inmate Refused* |
| Indication: | |

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Oliver, Sharon [SO1] MD on 12/12/2022 16:23

EXHIBIT # 5

M.D.O.C.

CLINICAL REPORT

DATED

12/16/22

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Richardson, Larry | | | Off #: | 0361621 |
| Date of Birth: | 04/23/1978 | Sex: | M | Facility: | SLF |
| Note Date: | 12/16/2022 14:52 | Provider: | Melton, Theresa [TM6] | Unit: | unit 2 |

COVID-19 encounter performed at Clinic.

**Barriers to Communication:** None

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**            Provider:   Melton, Theresa [TM6] RN

COVID-19 screening completed upon return from off site specialty appointment.
Acuity Score: 0
Prisoner denies any symptoms/complaints/concerns at time of this assessment.
Temp: 96.6
Denies use of antipyretic within the last 24 hours. Denies need for OTC currently.
SOB: Denies
Cough: Denies
Sore Throat: Denies
 Muscle Aches/Pain: Denies
 Sweats/Chills/Shaking: Denies
Headache: Denies
 Diarrhea: Denies
Nausea: Denies
Loss of Taste/Smell: Denies
Nursing Education provided: Prisoner instructed to report any new/worsening concerns to health care.
Prisoner instructed on the importance of good, thorough handwashing and the need to increase fluids as tolerated.

**Co-Pay Required:**            No         **Cosign Required:**  No

**Telephone/Verbal Order:**   No

**Standing Order:**            No

Completed by Melton, Theresa [TM6] RN on 12/16/2022 15:00

EXHIBIT # 6

M.D.O.C.

CLINIC REPORT

DATED

12/22/22

# Michigan Department of Corrections
## Clinical Encounter

| | |
|---|---|
| Offender Name: Richardson, Larry | Off #: 0361621 |
| Date of Birth: 04/23/1978 | Facility: SLF |
| Encounter Date: 12/22/2022 21:21    Sex: M | Unit: unit 2 |
| Provider: Maxon, Felicia [FM1] RN | |

Nursing Note encounter performed at Clinic.
**Barriers to Communication:** None

**SUBJECTIVE:**

COMPLAINT **1**        Provider:   Maxon, Felicia [FM1] RN

Chief Complaint:    Other Problem

Subjective:      "I've been having some palpitations"

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Cardiovascular**
**General**
Yes: Palpitation, Hx of Heart Disease
No: Angina

**General**
**Constitutional Symptoms**
Yes: Current Medical, Dental, Mental Health Complaint
No: Dizziness, Dyspnea

*[handwritten: DEFENDANT'S UNIT — HISTORY OF HEART PROBLEMS]*

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 12/22/2022 | 21:30 SLF | | 97.3 | 36.3 | | Maxon, Felicia [FM1] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/22/2022 | 21:30 SLF | 75 | | | Maxon, Felicia [FM1] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/22/2022 | 21:30 SLF | 16 | Maxon, Felicia [FM1] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/22/2022 | 21:30 SLF | 123/79 | | | | Maxon, Felicia [FM1] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

EXHIBIT # 7

M.D.O.C.

CLINIC REPORT

DATED

12/28/22

# Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: Richardson, Larry | | Off #:     0361621 |
| Date of Birth:    04/23/1978 | Sex:        M | Facility:  SLF |
| Encounter Date: 12/28/2022 09:35 | Provider:  Nicholson, Brandi [BN4] | Unit:      unit 2 |

COVID-19 encounter performed at Clinic.

**Barriers to Communication:**  None

**SUBJECTIVE:**

COMPLAINT   1          Provider:  Nicholson, Brandi [BN4] MA

Chief Complaint:    No Complaint(s)

Subjective:    Covid Screen for Offsite

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

*RETURN FROM HOSPITAL WHEN DEFENDANT TOOK THE PLANTIFF HIMSELF AND BROUGHT HIM BACK.*

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/28/2022 | 09:34 SLF | 98.9 | 37.2 | Temporal | Nicholson, Brandi [BN4] MA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/28/2022 | 09:34 SLF | 79 | Via Machine | Regular | Nicholson, Brandi [BN4] MA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/28/2022 | 09:34 SLF | 18 | Nicholson, Brandi [BN4] MA |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/28/2022 | 09:34 SLF | 97 | Room Air | Nicholson, Brandi [BN4] MA |

**Exam:**

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Prisoner denies any symptoms/complaints/concerns at time of this assessment.

Acuity: 0

Temp: 98.9

Denies use of antipyretic within the last 24 hours. Denies need for OTC at this time

Fever: Denies

SOB: Denies

Cough: Denies

Congestion/Runny Nose: Denies

EXHIBIT # 8

M.D.O.C
CLINIC REPORT BY
JOSHUA LENNEMEN
DATED
1/23/23

# Michigan Department of Corrections
## Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: Richardson, Larry | | Off #: | 0361621 |
| Date of Birth:   04/23/1978 | Sex:       M | Facility: | SLF |
| Encounter Date: 01/23/2023 18:19 | Provider:  Lenneman, Joshua [JL13] | Unit: | unit 2 |

Nursing Note encounter performed at Clinic.

**Barriers to Communication:**  None

**SUBJECTIVE:**

COMPLAINT  **1**         Provider:  Lenneman, Joshua [JL13] RN

Chief Complaint:   Chest Pain

Subjective:       Inmate c/o angina in center of chest. Rates pain 7/10. Took 3 nitroglycerin tabs before coming to healthcare.

**Pain Location:**   Chest-Sternal

Pain Scale:   7

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

*HISTORY OF HEART SURGERY AND DISEASE*

**ROS:**

**Cardiovascular**

**General**

Yes: Normal, Hx of Hypertension, Hx of Heart Disease, Hx of Heart Surgery

No: Cough, Exertional dyspnea, Palpitation, Hx of CAD, Hx of CVA (Stroke), Hx of TIA, Hx of Murmur, Hx of Rheumatic Fever, Hx of Hyperlipidemia

**History**

**Family Medical**

No: Family History Documented in Comment Box

**Personal Medical**

Yes: Medical Conditions Related to Encounter, Describe Symptoms, When did symptoms begin, What makes symptoms worse, What makes symptoms better

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/23/2023 | 18:21 | SLF | 97.5 | 36.4 | | Lenneman, Joshua [JL13] RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/23/2023 | 18:21 | SLF | 86 | | | Lenneman, Joshua [JL13] RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/23/2023 | 18:21 | SLF | 14 | Lenneman, Joshua [JL13] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

Offender Name: Richardson, Larry
Date of Birth:   04/23/1978
Encounter Date: 01/23/2023 18:19

Sex:       M
Provider:  Lenneman, Joshua [JL13]

Off #:      0361621
Facility:  SLF
Unit:       unit 2

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 01/23/2023 | 18:21 SLF | 139/93 | | | | Lenneman, Joshua [JL13] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 01/23/2023 | 18:21 SLF | 98 | | Lenneman, Joshua [JL13] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 01/23/2023 | 18:21 SLF | Unavailable | 0.0 | | Lenneman, Joshua [JL13] RN |

**Exam:**

**Cardiovascular**

**Observation**

Yes: Normal Rate, Regular Rhythm

No: Tachycardia, Bradycardia, Pacemaker, Pacemaker w/ICD

**Diagnostics**

**Medication Review**

Yes: Current Medication List, Compliance, Allergies

See Offender health summary for various allergies

**Vital Signs**

Yes: Vital Sign Obtained (See Flow Sheet)

**General**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person

No: Appears in Distress, Cyanotic, Diaphoretic, Dyspneic, Pale, Unconscious

**Other**

Yes: Medical Provider Notified, Specify in Comment Box

MP contacted r/t reported angina. Instructed to take 3 more doses of Nitroglycerin and if pain or symptoms do not subside then to call MP back for further guidance.

**Musculoskeletal**

**Chest Wall**

Yes: Normal Exam

**Peripheral Vascular**

**General**

Yes: Normal

No: Non-Pitting Edema, Pitting Edema

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Absent Breath Sounds

**Observation/Inspection**

Yes: Normal

No: Respiratory Distress

**ASSESSMENT:**

Alteration in Comfort

Dehydration

Risk for decreased cardiac tissue perfusion

| Offender Name: Richardson, Larry | | Off #: | 0361621 |
| Date of Birth: 04/23/1978 | Sex: M | Facility: | SLF |
| Encounter Date: 01/23/2023 18:19 | Provider: Lenneman, Joshua [JL13] | Unit: | unit 2 |

**PLAN:**

*OFF SITE DOCTOR IN MDOC HEADQUARTERS CHOSE TO SEND THE PLANTIFF TO THE HOSPITAL DUE TO THE CARDIAC HISTORY OF DISEASE AND SURGERY AGIANST THIS NURSE'S RECOMMEDATIONS.*

**Disposition:**

Education Provided

Kite PRN

On Call Provider Contacted

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/23/2023 | Counseling | Plan of Care | Lenneman, Joshua | Verbalizes Understanding |

*THE DEFENDANT WAS THE TRANSPORTING OFFICER*

| **Co-Pay Required:** | No | **Cosign Required:** Yes |
|---|---|---|
| **Telephone/Verbal Order:** | No | |
| **Standing Order:** | No | |

Completed by Lenneman, Joshua [JL13] RN on 01/23/2023 18:35

Requested to be cosigned by Barrows, Darrell [DB1] NP.

Cosign documentation will be displayed on the following page.

COPY

EXHIBIT # 9
AFFIDAVIT BY
JOHN J MURRIEL
# 406018 DATED 2/15/23
AGIANST DEF. W. FALK

STATE OF MICHIGAN

U.S. DISTRICT COURT

AFFIDAVIT OF FACTS OBSERVED

I, JOHN J MURRIEL # 406018, SWEAR UPON PENALTY OF PURJURY THAT ALL FACTS HERE IN STATE ARE TRUE, CORRECT, AND COMPLETE:

ON 1/27/23 AT ABOUT 8:40 - 9:15 PM I WITNESSED INMATE LARRY RICHARDSON # 361621 REPEATEDLY TELL C/O FALKER THAT HE WAS HAVING CHEST PAINS, TOOK ALL HIS NITRO, SHOWED HIM THE EMPTY BOTTLE AND HE FELT LIKE HE WAS HAVING A HEART ATTACK; C/O FALKER THEN TOLD HIM MULTIPLE TIMES: "I DON'T CARE IF YOU LIVE OR DIE, I'M NOT CALLING OR SENDING YOU TO HEALTH CARE."

C/O FALKER NEVER DID. A SGT CAME IN THE UNIT 15 MINUTE LATER CALLED AND SENT THEM TO HEALTH CARE AND 3 HOSPITAL WHERE HE HAD 2 HEART ATTACKS AND FLAT-LINED/DIED FOR SEVERAL MINUTES; HE WAS HOSPITALIZED FOR 9 DAYS ALL BECAUSE OF C/O FALKER'S DELIBERATE INDIFFERANCE TO HIS LIFE AND SAFETY.

I SWEAR AND AFFIRM THAT MY ABOVE STATED FACTS ARE WHAT I WITNESSED AND OVER AS SWORN TESTIMONY AN ARE HERE BY SELF-NOTERIZED VIA 28 U.S.CA § 1746.

X ~John Murri~ # 406018     2-15-23

AFFIANT'S SIGNATURE        DATE

X ~signature~ # 850613     2/15/23

WITNESS'S SIGNATURE        DATE

FACILITY REFUSED NOTARY

EXHIBIT # 10
CLINIC REPORT BY
JOSHUA LENNEMAN on
1/27/23 AT 9:31PM

*PLAN14FF SENT TO H/C AT 3:53 - 8:54PM*

? ← 9:31PM

# Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: Richardson, Larry | | Off #:   0361621 |
| Date of Birth:   04/23/1978 | Sex:   M | Facility:   SLF |
| Encounter Date:  01/27/2023 21:31 | Provider:  Lenneman, Joshua [JL13] | Unit:   unit 2 |

Urgent/Emergent encounter performed at Clinic.   *DIED*

**Barriers to Communication:**  None

## SUBJECTIVE:

COMPLAINT  **1**        Provider:  Lenneman, Joshua [JL13] RN

Chief Complaint:    Chest Pain

Subjective:    I was at church service and started having chest pain and took 3 Nitroglycerin last on at 2050. After c/o chest pain continued, blurred vision, tingling/numbness in hands and feet, shortness of breath, chest tightness, and nausea.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

## ROS:

**Cardiovascular**
**General**   *HISTORY OF CARDIAC COMPLICATIONS*
  Yes: Exertional dyspnea, Hx of Hypertension, Hx of Heart Disease, Hx of Heart Surgery
  No: Normal, Cough, Hx of CAD, Hx of CVA (Stroke), Hx of TIA, Hx of Murmur, Hx of Rheumatic Fever, Hx of Hyperlipidemia

**History**
**Family Medical**
  Yes: Family History Documented in Comment Box
  Mother and Father passed of MI
**Personal Medical**
  Yes: Medical Conditions Related to Encounter, Describe Symptoms, When did symptoms begin, What makes symptoms worse, What makes symptoms better
  LBBB, WPW, cardiomyopathy

## OBJECTIVE:

## Exam:
**Cardiovascular**
**Observation**
  Yes: Regular Rhythm, Tachycardia, Bradycardia
  No: Normal Rate, Pacemaker, Pacemaker w/ICD
**Diagnostics**
**Medication Review**
  Yes: Current Medication List, Compliance, Allergies
  Allergies see chart

| | | | | |
|---|---|---|---|---|
| Offender Name: Richardson, Larry | | | Off #: | 0361621 |
| Date of Birth: 04/23/1978 | Sex: | M | Facility: | SLF |
| Encounter Date: 01/27/2023 21:31 | Provider: | Lenneman, Joshua [JL13] | Unit: | unit 2 |

## Exam:

### Vital Signs

Yes: Vital Sign Obtained (See Flow Sheet)

### General
#### Appearance

Yes: Alert and Oriented to Time, Place, and Person, Appears in Distress, Diaphoretic, Dyspneic, Pale

No: Cyanotic, Unconscious

#### Other

Yes: Medical Provider Notified, Specify in Comment Box

MP Barrows informed.

### Musculoskeletal
#### Chest Wall

Yes: Normal Exam

### Peripheral Vascular
#### General

Yes: Normal

No: Non-Pitting Edema, Pitting Edema

### Pulmonary
#### Auscultation

Yes: Clear to Auscultation,

No: Absent Breath Sounds

#### Observation/Inspection

Yes: Normal

No: Respiratory Distress

## ASSESSMENT:

Decreased cardiac output

Hx: LBBB, WPW, and cardiomyopathy. Sent to local hospital for further evaluation.

Impaired tissue integrity

## PLAN:

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | Cosign Required: | Yes |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Lenneman, Joshua [JL13] RN on 01/27/2023 21:32

Requested to be cosigned by  Barrows, Darrell [DB1] NP.

Cosign documentation will be displayed on the following page.

RICHARDSON, LARRY 361621
8525 N. CROSWELL RD
ST. LOUIS, MI 48880

UNITED STATES DISTRICT COURT
ESTRN. DIST. OF MICHIGAN
OFF. OF THE CLERK
1000 WASHINGTON AVENUE
P.O. BOX 913
BAY CITY, MI 48207-0913

RECEIVED
MAR 25 2025
CLERK'S OFFICE
DETROIT

RECEIVED
MAR 20 2025
THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE