U.S. DIST. COURT
EASTRN DIST. OF MICHIGAN

CASE # 2:23-CV-10488

TO: JUDGE PATRICIA T. MORRIS AND
CLERK OF THE COURT

FROM: RICHARDSON, LARRY # 361621
8585 N. CROSWELL ROAD
ST. LOUIS, MI 48880



FILED
OCT - 2 2025
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

ON 9/17/25, AFTER I GOT THE CERTIFICATE OF COMPLETION FROM THE MAGISTRATE JUDGE, I WAS PULLED OUT OF MY CELL BY THE DEFENDANT AND SOME OF HIS COWORKERS AND THEY TOOK THE COPY OF THE BRIEFS I FILED AND THE ORIGINAL EXHIBITS ATTACHED TO THESE FILINGS - UPON THEIR LEAVING THE CELL; I WAS TOLD THAT I WON'T BE USING THAT EVIDENCE AGIANST THEM AT TRIAL.

THESE WERE THE ONLY ORIGINAL / COPY OF THE MEDICAL RECORD EVIDENCE I HAD - THE PRISON WON'T GIVE ME ANOTHER COPY, NOR WILL THE HOSPITAL W/O PRIOR PAYMENT.

I AM INDIGENT AND THIS COURT ALLOWED ME TO PROCEED W/O PREPAYMENT, I CAN'T CURRENTLY AFFORD TO PURCHASE ANOTHER COPY.

I HEREBY REQUEST THAT THE COURT / THIS COURT PROVIDE ME A COPY OF THESE BRIEFS AND EXHIBITS / EVIDENCE - MEDICAL RECORDS AND LEVY THE CHARGES TO BE COLLECTED UPON SETTLEMENT AND, OR CLOSURE / COMPLETION OF THIS CASE.

THESES ARE THE DATES OF THE FILINGS I NEED COPIES OF:

MAINLY "THE EXHIBITS / MEDICAL RECORDS"

BRIEFS FILED ON 12/16/24, 1/07/25, 1/23/25, 2/07/25, 2/25/25 AND 3/20/25.

THANK YOU FOR YOUR TIME AND CONSIDERATION / ASSISTANCE IN THIS MATTER.

X RICHARDSON, LARRY    361621    9/24/25
X PLANTIFF             NUMBER    DATE

C.C.: ON FILE



U.S. MARSHALS

FROM:

RICHARDSON 361621
LARRY
8585 N. CROSWELL RD. 137B
ST. LOUIS, MI 48880

CASE NO. 2:23-CV-10488

TO: CLERK OF THE COURT
JUDGE PATRICIA J. MORRIS
1000 WASHINGTON AVENUE
P.O. BOX 913
BAY CITY, MI 48707-0913

US POSTAGE PITNEY BOWES
FIRST-CLASS
ZIP 48880 $ 000.74
02 7W
0008031587 SEP 26 2025