UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY RICHARDSON,

Plaintiff,

Case No. 2:23-cv-10488

v.

Honorable Susan K. DeClercq
United States District Judge

NATHAN FALK,

Defendant.
_______________________________________/

**JUDGMENT**

In accordance with the Sixth Circuit's opinion in *Richardson v. Falk*, No. 25-1867, 2026 WL 2267753, at *7 (Aug. 6, 2026), judgment is hereby **ENTERED** in favor of Defendant Nathan Falk.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: August 31, 2026